IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN BODIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, and BRENT WHITELY,<br><br>Defendants. | Case No. 4:19-cv-03089<br><br>NOTICE OF MOTION OF AMRIT KUMAR FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Amrit Kumar ("Movant"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired the securities of SAExploration Holdings, Inc. between March 15, 2016 and August 15, 2019, both dates inclusive; and (2) approving proposed Lead Plaintiff's selection of Hagens Berman Sobol Shapiro LLP as Lead Counsel and Hilliard Martinez Gonzales LLP as Liaison Counsel for the Class.

DATED: October 17, 2019

Respectfully submitted,

HILLIARD MARTINEZ GONZALES LLP

By ___*/s/ Marion M. Reilly*___
    Marion M. Reilly

Marion M. Reilly
John B. Martinez
719 South Shoreline, Suite 500

- 1 -

Corpus Christi, TX  78401
Telephone: (361) 882-1612
Facsimile:  (361) 882-3015
marion@hmglawfirm.com
john@hmglawfirm.com

*Liaison Counsel for [Proposed] Lead Plaintiff*

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Marion M. Reilly*
MARION M. REILLY