IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN BODIN, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, and BRENT WHITELY,<br><br>          Defendants. | Case No. 4:19-cv-03089<br><br>DECLARATION OF REED R. KATHREIN IN SUPPORT OF MOTION OF AMRIT KUMAR FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL |

I, Reed R. Kathrein, declare as follows:

1.      I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Amrit Kumar ("Movant").  I am an attorney licensed to practice law in the States of California, Illinois and Florida.  I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff, and Approval of His Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Movant's sworn Certification;

Exhibit B:      Chart of Movant's estimated loss;

Exhibit C:      Notice of pendency of class action published in *BusinessWire*, a national

business-oriented wire service, on August 18, 2019;

Exhibit D:      Hagens Berman's firm résumé; and

Exhibit E:      Hilliard Martinez Gonzales LLP's firm résumé

- 1 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 17th day of October 2019, at Berkeley, California.

*/s/ Reed R. Kathrein*
REED R. KATHREIN

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Marion M. Reilly*
MARION M. REILLY
