# Exhibit A

<u>CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW</u>

The individual or institution listed below ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint alleging securities fraud against SAExploration Holdings, Inc. and various of its officers and directors, and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth in the attached.

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____ *Amrit kumar* _____
      71AD59AEACA0443...
      (Signature of Representative Plaintiff)

Date Signed: Oct 15, 2019 | 5:16 PM PDT _____

Name (print): Amrit Kumar _____

**Amrit Kumar - SAExploration Holdings, Inc. (SAEX)**
**Class Period 03/15/16 - 08/15/19**

| PURCHASES* | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 08/29/16 | 700.00 | $249.6000 | | 04/10/17 | 300 | $111.4000 |
| 08/30/16 | 400.00 | $240.0000 | | 04/10/17 | 650 | $109.6000 |
| 08/31/16 | 25.00 | $210.0000 | | | | |
| 02/14/17 | 100.00 | $120.8000 | | | | |
| 02/15/17 | 250.00 | $118.6000 | | | | |
| 02/16/17 | 100.00 | $115.0000 | | | | |
| 02/17/17 | 50.00 | $113.8000 | | | | |
| 02/21/17 | 50.00 | $108.0000 | | | | |
| 03/01/17 | 50.00 | $98.6000 | | | | |
| 03/02/17 | 50.00 | $92.0000 | | | | |
| 03/07/17 | 50.00 | $111.0000 | | | | |
| 03/09/17 | 50.00 | $108.6000 | | | | |
| 03/10/17 | 50.00 | $102.4000 | | | | |
| 03/13/17 | 50.00 | $104.0000 | | | | |
| 03/15/17 | 50.00 | $119.6000 | | | | |
| 03/15/17 | 50.00 | $118.8000 | | | | |
| 05/04/17 | 90.00 | $98.0000 | | | | |

* Adjusted for 20-1 split on September 17, 2018