# Exhibit B

**Loss Analysis for Amrit Kumar - SAEX**
**Class Period 03/15/16 - 08/15/19**

| | Date | Shares | PURCHASES* Share Price | | Amount Paid | | Date | Shares | SALES Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | | | |
| Class Period Purchases | 08/29/16 | 700 | $249.6000 | | $174,720.00 | | 04/10/17 | 300 | $111.4000 | | $33,420.00 |
| | 08/30/16 | 400 | $240.0000 | | $96,000.00 | | 04/10/17 | 650 | $109.6000 | | $71,240.00 |
| | 08/31/16 | 25 | $210.0000 | | $5,250.00 | | | | | | |
| | 02/14/17 | 100 | $120.8000 | | $12,080.00 | | | | | | |
| | 02/15/17 | 250 | $118.6000 | | $29,650.00 | | | | | | |
| | 02/16/17 | 100 | $115.0000 | | $11,500.00 | | | | | | |
| | 02/17/17 | 50 | $113.8000 | | $5,690.00 | | | | | | |
| | 02/21/17 | 50 | $108.0000 | | $5,400.00 | | | | | | |
| | 03/01/17 | 50 | $98.6000 | | $4,930.00 | | | | | | |
| | 03/02/17 | 50 | $92.0000 | | $4,600.00 | | | | | | |
| | 03/07/17 | 50 | $111.0000 | | $5,550.00 | | | | | | |
| | 03/09/17 | 50 | $108.6000 | | $5,430.00 | | | | | | |
| | 03/10/17 | 50 | $102.4000 | | $5,120.00 | | | | | | |
| | 03/13/17 | 50 | $104.0000 | | $5,200.00 | | | | | | |
| | 03/15/17 | 50 | $119.6000 | | $5,980.00 | | | | | | |
| | 03/15/17 | 50 | $118.8000 | | $5,940.00 | | | | | | |
| | 05/04/17 | 90 | $98.0000 | | $8,820.00 | | | | | | |
| Post Class Purchases | | | | | | | Post Class Sales | | | | |

* Adjusted for 20-1 split on September 17, 2018

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 2,165 | Total Amount Paid in CP | $391,860.00 | |
| Total Shares Sold in CP | 950 | Total Amount Sold in CP | $104,660.00 | |
| Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| Total Shares Sold to Current | 950 | Total Amount Sold to Current | $104,660.00 | ALTERNATIVE |

Actual Net Shares Acquired in CP   1,215 (CP Retained Shares)

Net Amount Paid in CP   $287,200.00
Net Amount Paid in CP Minus Sold to Current Date   $287,200.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)   1,215 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date   1,215 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP   $1.83

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price   $2,219.03
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price   $2,219.03 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price   $284,980.97 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)   $284,980.97
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)   $284,980.97 ALTERNATIVE

As of 10/17/2019