# Exhibit E



# ROBERT C. HILLIARD

Hilliard Martinez Gonzales L.L.P.

*Founding Partner*

## U.S. SUPREME COURT

**Successfully argued before the Supreme Court of the United States**

*Hernandez v. Mesa*
*Argument: Feb. 21, 2017*

## ACCOLADES & ASSOCIATIONS

**National Law Journal 2015 Elite Trial Lawyer of the Year: Motor Vehicles**

**National Law Journal 2016 Elite Trial Lawyer of the Year: Products Liability**

**Texas Super Lawyer 15 years**

**Martindale-Hubbell "AV ® Preeminent Rating,"**

**Litigation Counsel of America (LCA) Member**

**American Board of Trial Advocates (ABOTA), "Advocate" level**

**Alumni Board of Trustees for St. Mary's University's School of Law**

**American Association for Justice National Co-Chair, Ethics Committe Chairman 1992-1995**

### KNOWLEDGE & EXPERIENCE
### *in* PROSECUTING COMPLEX LITIGATION

*Mr. Hilliard is the Founding Partner of Hilliard Martinez Gonzales, LLP (1985 – present) and Hilliard & Shadowen, LLP (2012 – present).*

Mr. Hilliard is currently Co-Lead Counsel in *In re: General Motors LLC Ignition Switch Litigation*, MDL 2543. This multidistrict litigation is considered the largest product liability litigation in US history. Mr. Hilliard has successfully led approximately 1,153 plaintiffs and their attorneys in a wide array of pretrial matters, including discovery disputes and negotiations with opposing counsel about the proceedings. As reported by *The New York Times*, "…G.M. reached another legal milestone, setting aside $575 million to resolve the cases of about 1,380 people, all represented by Robert C. Hilliard. Mr. Hilliard, a lawyer who is among those leading the class-action cases against the automaker, said that 45 death cases were among those settled."

Mr. Hilliard is also currently Co-Lead Counsel for the Plaintiffs' Steering Committee in the Texas GM MDL, *In re: General Motors LLC Ignition Switch Litigation*, MDL No. 2014-51871.

Mr. Hilliard's firm, Hilliard & Shadowen LLP, is currently in leadership roles in the following MDLs:

• **2014**: *In re Aggrenox Antitrust Litig.*, No. 3:14 MD 2516 (SRU) (D. Conn.) (Interim Co-Lead counsel on behalf of consumer class plaintiffs);

• **2014:** *Loestrin 24 Fe Antitrust Litig.*, No. 1:13-md02472-S (D.R.I) (Interim Co-Lead counself of behalf of consumer class plaintiffs);

• **2014:** *In re Niaspan Antitrust Litig.*, No. 2:13-md-02460-JD (E.D. Pa.) (Interim Co-Lead Counsel on behalf of consumer class plaintiffs);

• **2013:** *In re Nexium (Esomeprazole Antitrust Litig.*, No. 1:12-md-02409-WGY (D. Mass.) (Co-Lead Counsel on behalf of consumer class plaintiffs);

**2016/2017:** Mr. Hilliard is lead counsel in a series of cases challenging the U.S. Border Patrol's policy of using lethal force against persons across the border in Mexico who allegedly throw rocks at agents in the U.S. The United States Supreme Court granted Mr. Hilliard's Petition for Certiorari and he presented oral argument before the Court in February 2017. Mr. Hilliard's clients include surviving family members of

## ACCOLADES & ASSOCIATIONS

St. Edward'sUniversity 2016 Distinguished Alumni

---

American Bar Association

---

Corpus Christi Bar Association

---

2015 Cover Story in Elite Attorney SA: "In Justice: Texas Attorney Bob Hilliard brings national causes to justice"

---

Featured in the 2011 Texas Super Lawyer magazine: "The Bulldog — Bob Hilliard Takes On Cases Others Won't Touch... And Wins."

---

2011 Cover Story about Mr. Hilliard in NSIDE Magazine "The Champion"

---

Featured on ABC World News Tonight, CNN, CNBC, Good Morning America, FOX News, 60 Minutes, New York Times, USA Today, Washington Post, Wall Street Journal and other national and international media



an unarmed, unthreatening 15-year-old bystander and a father who was a bystander in another incident while on a picnic with his wife and two young children. *Hernandez v. United States,* No. 11-50792 consolidated with No. 12-50217 and No. 12-50301 (5th Cir.). Under pressure of Mr. Hilliard's litigation, as well as condemnation from Congressional leaders and international human rights organizations, the Border Patrol announced sweeping revisions to use-of-force policies and the case caught the attention of the Nation's highest court.

**2017:** After Mr. Hilliard filed a lawsuit against Major League Baseball for a client severely injured by a foul ball, all thirty ball clubs announced they would extend safety netting beyond the dugout.

**2013:** Mr. Hilliard was the lead trial attorney for 15 patients killed or injured during Bristol-Myers Squibb's testing of an experimental drug for Hepatitis C. Mr. Hilliard led all filings, pre-trial matters, and negotiations and, as reported in the Wall Street Journal, successfully settled the cases for $80 million.

**2013:** Mr. Hilliard was Lead Counsel in the pharmaceutical product liability case, *In re: Risperdal Litigation,* against Johnson & Johnson. He tried two cases before juries in the Philadelphia County Court of Common Pleas that both settled during trial. See Banks v. Janssen Pharmaceuticals, Inc. et al.; Bentley v. Janssen Pharmaceuticals, Inc., et al. Mr. Hilliard led the negotiations and successfully settled over 1,500 cases for a confidential amount after taking

the deposition of Johnson & Johnson's C.E.O., Alex Gorsky.

**2011:** The Honorable Kurt Englehart (E.D. La) appointed Mr. Hilliard as one of eight attorneys to the Plaintiffs' Steering Committee in *In Re FEMA Trailer Product Liability Litigation,* MDL No. 1873. Mr. Hilliard's firm represented approximately 30,000 FEMA Plaintiffs, 98% of whom accepted the proposed settlement. Mr. Hilliard was one of the trial lawyers in the first bellwether case, *Alexander, et al. v. Gulf Stream Coach, Inc., In Re FEMA Trailer Product Liability Litigation,* MDL No. 1873 (E.D. La.).

## BAR & COURT ADMISSIONS

**United States Supreme Court**

---

**Supreme Court of Texas**

---

**State Bar of Texas**

---

**United States Court of Appeals: Fifth Circuit & Eighth Circuit**

---

**United States District Courts: District of Columbia, Eastern, Northern, Southern and Western Districts of Texas, Louisiana, Pennsylvania, Minnesota and Western District of Michigan**

## EDUCATION

**St. Mary's University School of Law - J.D., 1983**

---

**St. Edward's University B.A. English Literature, Summa Cum Laude 1980**



**2011:** Mr. Hilliard was a 2011 Public Justice National Trial Lawyer of the Year Finalist for his pro bono representation of Koua Fong Lee, a Hmong refugee, who served three years of a six-year prison sentence for vehicular homicide in Minnesota as a result of an accident involving his runaway Toyota. Mr. Hilliard successfully led a four-day evidentiary hearing proving the sudden unintended acceleration of Mr. Lee's Toyota and culminating in Mr. Lee's immediate and permanent release from custody. All charges were dropped, and Mr. Hilliard received the Never Forgotten Award from the Innocence Project of Minnesota for his tireless work on this case. Mr. Hilliard then sued Toyota and was lead trial lawyer in the civil case filed in Federal Court in Minnesota, where a Minnesota jury returned a verdict of over 10 million dollars for all of the victims of the accident, including the Lee family. Toyota lost its appeal of this verdict when the 8th Circuit affirmed 3-0.

Mr. Hilliard's other recent jury verdicts as lead trial attorney:

- **2013**: *Davila v. Premium Assets, Inc.* — $25 million jury verdict; the top premises liability verdict in Texas in 2013.

- **2012**: *Chatman-Wilson v. Cabral & Coca-Cola, Enterprises, Inc.* — $21 million jury verdict against Coca-Cola; one of the top overall verdicts in Texas for 2012.

- **2011**: *Garcia v. Christus Spohn* — $6.4 million jury verdict against Christus Spohn Medical Center; the third highest premises liability verdict in 2011.

**MR. HILLIARD *is* DOUBLE BOARD CERTIFIED *in* PERSONAL INJURY TRIAL LAW *(1990) and* CIVIL TRIAL LAW *(1992).***