UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN BODIN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, and BRENT WHITELEY,<br><br>    Defendants. | § CIVIL ACTION NO. 4:19-cv-03089<br>§<br>§ **NOTICE OF MOTION AND MOTION OF**<br>§ **TONY TEP FOR APPOINTMENT AS**<br>§ **LEAD PLAINTIFF AND APPROVAL OF**<br>§ **LEAD PLAINTIFF'S SELECTION OF**<br>§ **COUNSEL**<br>§<br>§ **CLASS ACTION**<br>§<br>§<br>§<br>§<br>§<br>§ |

Movant Tony Tep ("Movant"), through counsel, hereby moves the Court pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order:

(a)    appointing Movant as Lead Plaintiff in this action; and

(b)    approving Movant's selection of The Rosen Law Firm P.A. as Lead Counsel and Steckler Gresham Cochran PLLC as Liaison Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) a Memorandum of Law dated October 17, 2019; (2) Appendix Accompanying Movant's Motion, dated October 17, 2019; and (3) a [Proposed] Order Appointing Movant as Lead Plaintiff and Approving Movant's Selection of Counsel.

**CERTIFICATE OF CONFERENCE**

Local Rule 7.1(D) requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or

persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7.1(D) be waived.

Dated: October 17, 2019                     Respectfully submitted,

                                            **STECKLER GRESHAM COCHRAN PLLC**

                                            _____/s/ R. Dean Gresham_____
                                            R. Dean Gresham
                                            Texas Bar No. 24027215
                                            12720 Hillcrest Road, Suite 1045
                                            Dallas, Texas 75219
                                            Telephone: (972) 387-4040
                                            Facsimile: (972) 387-4041
                                            Email: dean@stecklerlaw.com

                                            [Proposed] Liaison Counsel for Plaintiff and Class

                                            **THE ROSEN LAW FIRM, P.A.**
                                            Laurence Rosen, Esq. (pro hac vice to be filed)
                                            Phillip Kim, Esq. (pro hac vice)
                                            275 Madison Avenue, 40th Floor
                                            New York, NY 10116
                                            Phone: (212) 686-1060
                                            Fax: (212) 202-3827
                                            Email: lrosen@rosenlegal.com
                                            Email: pkim@rosenlegal.com

                                             [Proposed] Lead Counsel for Plaintiff and Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


_____/s/ R. Dean Gresham_____

3