UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN BODIN, Individually and on Behalf of All Others Similarly Situated, § § § | CIVIL ACTION NO. 4:19-CV-03089 |
| Plaintiff, § § § | **TONY TEP'S APPENDIX ACCOMPANYING MOTION TO BE APPOINTED AS LEAD PLAINTIFF AND** |
| v. § § § | **TO APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** |
| SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, and BRENT WHITELEY, § § § | **CLASS ACTION** |
| Defendants. § § § § | |

Attached are true and correct copies of the following exhibits:

Exhibit 1:      PSLRA early notice issued on August 18, 2019;

Exhibit 2:      Tony Tep's PSLRA Certification;

Exhibit 3:      Tony Tep's Loss Chart;

Exhibit 4:      Tony Tep's Declaration;

Exhibit 5:      The Rosen Law Firm, P.A.'s firm resume; and

Exhibit 6:      Steckler Gresham Cochran PLLC's firm resume.

Dated: October 17, 2019                    Respectfully submitted,

                                                    **STECKLER GRESHAM COCHRAN PLLC**

                                                            /s/ R. Dean Gresham
                                                    R. Dean Gresham
                                                    Texas Bar No. 24027215
                                                    12720 Hillcrest Road, Suite 1045
                                                    Dallas, Texas 75219
                                                    Telephone: (972) 387-4040
                                                    Facsimile: (972) 387-4041
                                                    Email: dean@stecklerlaw.com

1

2

[Proposed] Liaison Counsel for Plaintiff and Class

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq. (pro hac vice to be filed)
Phillip Kim, Esq. (pro hac vice)
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

_____/s/ R. Dean Gresham_____