# EXHIBIT 3

**SAExploration Holdings, Inc. Loss Chart**

**Class Period: March 15, 2016 through August 15, 2019**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|
| | | | | | | | | | | | $1.83 |
| Tony Tep | 11/16/2016 | 55.00 | ($208.94) | ($11,491.70) | | | | | | | |
| | 11/16/2016 | 35.20 | ($209.00) | ($7,356.80) | | | | | | | |
| | 11/16/2016 | 50.00 | ($209.40) | ($10,470.00) | | | | | | | |
| | 11/16/2016 | 86.25 | ($209.80) | ($18,095.25) | | | | | | | |
| | 11/16/2016 | 259.50 | ($210.00) | ($54,495.00) | | | | | | | |
| | 11/16/2016 | 145.00 | ($210.40) | ($30,508.00) | | | | | | | |
| | 11/16/2016 | 12.00 | ($212.00) | ($2,544.00) | | | | | | | |
| | 11/16/2016 | 0.10 | ($212.60) | ($21.26) | | | | | | | |
| | 11/16/2016 | 300.40 | ($213.00) | ($63,985.20) | | | | | | | |
| | 11/16/2016 | 5.00 | ($210.80) | ($1,054.00) | | | | | | | |
| | 11/16/2016 | 46.55 | ($211.00) | ($9,822.05) | | | | | | | |
| | 11/16/2016 | 5.00 | ($211.40) | ($1,057.00) | | | | | | | |
| | 11/16/2016 | 37.50 | ($233.60) | ($8,760.00) | | | | | | | |
| | 11/16/2016 | 10.00 | ($233.45) | ($2,334.50) | | | | | | | |
| | 11/16/2016 | 135.15 | ($234.25) | ($31,658.89) | | | | | | | |
| | 11/16/2016 | 102.80 | ($233.65) | ($24,019.22) | | | | | | | |
| | 11/16/2016 | 10.00 | ($234.20) | ($2,342.00) | | | | | | | |
| | 11/16/2016 | 2.50 | ($232.36) | ($580.90) | | | | | | | |
| | 11/16/2016 | 5.00 | ($232.40) | ($1,162.00) | | | | | | | |
| | 11/16/2016 | 5.00 | ($232.45) | ($1,162.25) | | | | | | | |
| | 11/16/2016 | 25.00 | ($232.65) | ($5,816.25) | | | | | | | |
| | 11/16/2016 | 5.00 | ($232.75) | ($1,163.75) | | | | | | | |
| | 11/16/2016 | 25.00 | ($232.85) | ($5,821.25) | | | | | | | |
| | 11/16/2016 | 5.00 | ($232.95) | ($1,164.75) | | | | | | | |
| | 11/16/2016 | 62.05 | ($233.05) | ($14,460.75) | | | | | | | |
| | 11/16/2016 | 70.00 | ($233.65) | ($16,355.50) | | | | | | | |
| | 11/16/2016 | 155.00 | ($216.59) | ($33,571.45) | | | | | | | |
| | 8/8/2017 | 25.00 | ($51.85) | ($1,296.25) | | | | | | | |
| | 1/30/2018 | 125.00 | ($48.98) | ($6,122.50) | | | | | | | |
| | | 1805.00 | | ($368,692.47) | | | | | 1805.00 | $3,309.31 | ($365,383.16) |

* Price and quantity are reverse split adjusted.