# EXHIBIT 4

## DECLARATION OF TONY TEP

I, Tony Tep, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this Declaration in support of my lead plaintiff motion in the SAExploration Holdings, Inc. ("SAExploration") securities litigation.

2.      I live in Fairfax County, Virginia.  I am a college graduate and work in sales.  I have been investing for over 10 years.

3.      I learned of this case after reading about it on the internet and viewing various notices issued by a number of law firms.  Prior to agreeing to be lead plaintiff, I vetted various law firms by reviewing their websites.  Ultimately, I decided to move forward as lead plaintiff in this action given my substantial financial interest and the merits of the action. I also understand that lead plaintiff status was not required for me in order to secure a recovery.

4.      I am aware of the role and the obligations of a lead plaintiff including overseeing the litigation and attorneys. The losses I suffered in SAExploration securities are material, and if appointed lead plaintiff, I am committed to prosecuting this action to maximize the recovery for all investors who purchased or acquired SAExploration securities during the class period.

5.      I selected The Rosen Law Firm P.A. ("Rosen") as proposed lead counsel based on my research of the firm, their experience, and my communications with them.  I provided Rosen account information demonstrating my transactions in SAExploration and executed my PSLRA certification in support of my lead plaintiff motion.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on _____
10/15/2019

DocuSigned by:

A998276E40694FD...

Tony Tep

1