UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN BODIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, and BRENT WHITELEY,<br><br>Defendants. | Civil Action No. 4:19-cv-03089 |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF ROY BAMPTON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Roy Bampton ("Bampton") and have personal knowledge of the facts set forth herein. I make this Declaration in support of Bampton's motion for appointment as Lead Plaintiff for the Class and approval of Bampton's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Press release published over *Business Wire* on August 18, 2019, announcing the pendency of the above-captioned action; |
| Exhibit B: | Shareholder Certification executed by Bampton; |
| Exhibit C: | Loss Chart of Bampton; and |
| Exhibit D: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 17, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman