# Exhibit A



# SAEX FILING NOTICE: Rosen, A Top Ranked Law Firm, Files First Securities Class Action Lawsuit Against SAExploration Holdings, Inc Seeking Recovery of Investor Losses – SAEX

August 18, 2019 01:48 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of SAExploration Holdings, Inc. (NASDAQ: SAEX) from March 15, 2016 through August 15, 2019, inclusive (the "Class Period"). The lawsuit seeks to recover damages for SAExploration investors under the federal securities laws.

To join the SAExploration class action, go to https://www.rosenlegal.com/cases-register-1657.html or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) the Company improperly did not classify Alaska Seismic Ventures, LLC ("ASV") as a variable interest entity; (2) the Company had a controlling financial interest in ASV, which required the Company to consolidate ASV in its financial statements; (3) the Company had deficient internal controls over financial reporting; (4) these practices were likely to lead to an investigation of the Company by the SEC; (5) SAExploration would be forced to delay the filing of its quarterly report for the quarter ended June 30, 2019; and (6) as a result, Defendants' statements about SAExploration's business, operations and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than October 17, 2019. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://www.rosenlegal.com/cases-register-1657.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Contacts

The Rosen Law Firm, P.A.

Laurence Rosen, Esq.

Phillip Kim, Esq.

275 Madison Avenue, 34th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
cases@rosenlegal.com
www.rosenlegal.com

**Tweets** by @rosen_firm

 **The Rosen Law Firm**
@rosen_firm

Globally recognized Rosen Law Firm Announces Filing of Securities Class Action Lawsuit Against Match Group, Inc. – ticker: MTCH  rosenlegal.com/cases-1684.html



Oct 7, 2019

 **The Rosen Law Firm**
@rosen_firm

Rosen Law Firm Announces Filing of Securities Class Action Lawsuit Against SmileDirectClub Inc.; Encourages Investors with Losses in Excess of $100K to Contact the Firm – SDC rosenlegal.com/cases-1679.html



Oct 3, 2019

 **The Rosen Law Firm**
@rosen_firm

Rosen Law Firm Announces Filing of Securities Class Action Lawsuit Against Waitr Holdings Inc. – WTRH  rosenlegal.com/cases-1690.html