# Exhibit C

**SAExploration Holdings, Inc. (SAEX)**
**Class Period: March 15, 2016 to August 15, 2019**
**Reverse stock Split on July 27, 2016 (135:1)**
**Reverse stock Split on September 17, 2018 (20:1)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 62-Day* Mean Price $1.8284 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bampton, Roy | 8/15/2016 | 100 | $49.8678 | ($4,987) | | | | | | | |
| Bampton, Roy | 11/15/2016 | 2,500 | $9.9576 | ($24,894) | | | | | | | |
| **Bampton, Roy** | | **2,600** | | **($29,881)** | | | | | **130** | **$238** | **($29,643)** |

*Avg Closing Prices from August 16 to October 16