UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

John Bodin

v.   Case Number: 4:19–cv–03089

SAExploration Holdings, Inc., et al.

## NOTICE OF RESETTING

**A proceeding has been set in this case as to SAExploration Holdings, Inc. as set forth below.**

**Before the Honorable Frances H Stacy**

**PLACE:**

United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/2/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: April 6, 2020   David J. Bradley, Clerk