United States District Court
Southern District of Texas

**ENTERED**

April 21, 2020

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

JOHN BODIN,
Individually and on Behalf of All Others Similarly
Situated,

       Plaintiff,

v.

SAEXPLORATION HOLDINGS, INC., JEFF
HASTINGS, BRIAN BEATTY, and BRENT
WHITELEY,

       Defendants.

Case No. 4:19-cv-03089

**AMENDED JOINT STIPULATION AND ORDER TO SCHEDULE
AMENDED COMPLAINT AND RESPONSE AND CONTINUE INITIAL PRETRIAL
CONFERENCE**

WHEREAS, on August 18, 2019, Plaintiff John Bodin filed a putative class action complaint asserting claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b), 78t(a), and Rule 10b-5 promulgated by the U.S. Securities and Exchange Commission (the "Complaint");

WHEREAS, the claims asserted in the Complaint in this action are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which codifies procedural rules for private securities actions brought under the federal securities laws, including a stay of discovery until any motions to dismiss are decided, *see* 15 U.S.C. § 78u-4(b);

WHEREAS, on February 7, 2020, the Court entered an order appointing as Co-Lead Plaintiffs Tony Tep and Amrit Kumar ("Plaintiffs"), and as Co-Lead Counsel Phillip Kim of the The Rosen Law Firm and Reed Kathrein of Hagens Berman Sobol Shapiro LLP (together, "Plaintiffs' Counsel") (Dkt. No. 42);

AMENDED JOINT STIPULATION AND
  ORDER TO SCHEDULE AMENDED COMPLAINT
AND RESPONSE AND CONTINUE INITIAL PRETRIAL CONFERENCE      **Page 1**

WHEREAS the law firm of Sidley Austin LLP has been engaged by and is representing Defendant SAExploration Holdings, Ltd. ("SAExploration") and the law firm of Vinson & Elkins LLP is representing Defendant Jeff Hastings in this matter (Hastings, SAExploration, and Plaintiffs are, together, the "Parties");[1]

WHEREAS, on January 6, 2020, the Court issued a Notice of Resetting scheduling an Initial Conference in this matter for March 16, 2020, at 10:00 a.m.;

WHEREAS, on March 3, 2020, the Parties stipulated and agreed to a Joint Stipulation and Proposed Order to Schedule Amended Complaint and Response and Continue Initial Pretrial Conference (Dkt. No. 44, the "March 3 Scheduling Stipulation");

WHEREAS, on March 4, 2020, the Court referred the March 3 Scheduling Stipulation to Magistrate Judge Frances H. Stacy (Dkt. No. 45);

WHEREAS, on March 9, 2020, the Court issued a Notice of Resetting rescheduling the March 16, 2020 Initial Conference in this matter for May 5, 2020, at 10:00 a.m.;

WHEREAS, on April 6, 2020, the Court issued a Notice of Resetting rescheduling the May 5, 2020 Initial Conference in this matter for September 2, 2020;

WHEREAS, as of the date of this filing, the Court has not entered the March 3 Scheduling Stipulation;

WHEREAS, under the March 3 Scheduling Stipulation, Plaintiffs are to file an Amended Complaint by April 17, 2020;

WHEREAS, Plaintiffs and SAExploration have met and conferred, and in light of the current COVID-19-related environment and certain challenges have agreed to this Amended Stipulation;

---

[1] Defendants Brent Whiteley and Brian Beatty have yet to appear in this action, and pursuant to the previous stipulation dated September 10, 2019 (Dkt. No. 15) may choose not to appear or answer until after Plaintiffs have filed an Amended Complaint.

WHEREAS, the Parties agree that an extension of the schedule set forth in the March 3 Scheduling Stipulation would promote judicial economy;

WHEREAS, it is in the interest of the parties and the interest of justice to minimize the expenditure of judicial time and resources by resolving administrative issues, including the scheduling of pleading, by mutual agreement where possible; and

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties:

1.      Plaintiffs shall file an amended complaint by **Monday, May 18, 2020**.

2.      SAExploration and Hastings shall answer, move to dismiss, or otherwise respond to the amended complaint by **Friday, July 17, 2020**.  SAExploration and Hastings need not answer or otherwise plead in response to the initial Complaint.

3.      If SAExploration or Hastings moves to dismiss, Plaintiffs shall file their Opposition by **Tuesday, September 15, 2020,** and SAExploration and Hastings shall reply by **Monday, November 9, 2020**.

4.      Neither Plaintiffs, SAExploration, nor Hastings waive their rights to seek from each other or the Court additional adjournments or extensions of the above deadlines.

5.      The Parties agree that Defendants Whiteley and Beatty, and any other defendants who may be named in Plaintiffs' Amended Complaint, may adopt and agree to be bound by the terms of this Amended Stipulation *nunc pro tunc* by timely filing written notice to that effect on or before the date set herein for SAExploration and Hastings to answer or otherwise respond to the Amended Complaint.

ADDITIONALLY, and in light of the above Amended Stipulation, the Parties respectfully request that this Court continue the Initial Conference set for September 2, 2020, to

a date convenient to the Court and Parties after the Court has ruled on any motion(s) to dismiss that SAExploration or the other defendants may file.

Dated: April 17, 2020

Respectfully submitted,

**STECKLER GRESHAM COCHRAN PLLC**

*s/ R. Dean Gresham*
R. Dean Gresham
Texas Bar No. 24027215
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75219
Telephone: (972) 387-4040
Facsimile: (972) 387-4041
Email: dean@stecklerlaw.com

*Co-Liaison Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**

*s/ Phillip Kim*
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Brent J. LaPointe, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: blapointe@rosenlegal.com

*Co-Lead Counsel for the Class*

**HILLIARD MARTINEZ GONZALES LLP**

*s/ Marion M. Reilly*
Marion M. Reilly
John B. Martinez
719 South Shoreline, Suite 500
Corpus Christi, TX 78401
Telephone: (361) 882-1612

**AMENDED JOINT STIPULATION AND
ORDER TO SCHEDULE AMENDED COMPLAINT
AND RESPONSE AND CONTINUE INITIAL PRETRIAL CONFERENCE**                    **Page 4**

Facsimile: (361) 882-3015
marion@hmglawfirm.com
john@hmglawfirm.com

*Co-Liaison Counsel for the Class*

## HAGENS BERMAN SOBOL SHAPIRO LLP

*s/ Reed R. Kathrein*
Reed R. Kathrein
Danielle Smith
Lucas E. Gilmore
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for the Class*

## SIDLEY AUSTIN LLP

*s/ Yvette Ostolaza*
Yvette Ostolaza
Texas Bar No. 00784703
Fed. Bar No. 15819
yvette.ostolaza@sidley.com
Yolanda C. Garcia
Texas Bar No. 24012457
Fed. Bar No. 1013902
ygarcia@sidley.com
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Tel: (214) 981-3300
Fax: (214) 981-3400

**AMENDED JOINT STIPULATION AND
ORDER TO SCHEDULE AMENDED COMPLAINT
AND RESPONSE AND CONTINUE INITIAL PRETRIAL CONFERENCE**                  **Page 5**

*Attorneys for Defendant SAExploration Holdings, Inc.*

**VINSON & ELKINS LLP**

*s/ Jeffrey S. Johnston*
Jeffrey S. Johnston
Texas Bar No. 24002368
Fed. Bar No. 22089
James L. Leader, Jr.
1001 Fannin Street
Suite 2500
Houston, Texas 77002
(713) 758-2222
jjohnston@velaw.com
jleader@velaw.com

*Attorneys for Defendant Jeff Hastings*

**IT IS SO ORDERED**

Dated: 4|21|20

U.S. District Judge

**AMENDED JOINT STIPULATION AND
ORDER TO SCHEDULE AMENDED COMPLAINT
AND RESPONSE AND CONTINUE INITIAL PRETRIAL CONFERENCE**                    **Page 6**