

SIDLEY AUSTIN LLP
2020 MCKINNEY AVENUE, SUITE 2000
DALLAS, TX 75210
+1 214-981-3300
+1 214-981-34-00 FAX

+1 214-981-3401
YVETTE.OSTOLAZA@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

August 31, 2020

The Honorable Andrew S. Hanen
United States Courthouse
515 Rusk Street
Houston, TX 77002

Re:  *JOHN BODIN, Individually and on Behalf of All Others Similarly Situated v. SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, and BRENT WHITELEY,* Case Number: 4:19-CV – **NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY FOR SAEXPLORATION HOLDINGS, INC., AND AUTOMATIC STAY OF PROCEEDINGS**

Dear Judge Hanen:

**PLEASE TAKE NOTICE** that, on August 27, 2020, SAExploration Holdings, Inc. and debtors in possession (collectively, the "Debtors")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors' chapter 11 cases are pending before the Honorable Marvin Isgur, United States Bankruptcy Judge, and are being jointly administered under the lead case *In re SAExploration Holdings, Inc., et. al*., Case No. 20-34306 (collectively, the "Chapter 11 Cases"). A copy of the voluntary petition of the lead Debtor, SAExploration Holdings, Inc., is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement, against any of the Debtors or against any property of each of the Debtors' bankruptcy estates, of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are:  SAExploration Holdings, Inc. (7100); SAExploration Sub, Inc. (8859); SAExploration, Inc. (9022); SAExploration Seismic Services (US), LLC (5057); and NES, LLC.    The location of the debtors' service address is available at:  *https://dm.epiq11.com/case/saexploration/info*

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

August 31, 2020
Hon. Andrew S. Hanen
Page | 2

over property of any of the Debtors' bankruptcy estates.[2]  No order has been entered in the Chapter 11 Cases granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, (II) Permitting the Debtors to Modify the Automatic Stay in their Sole Discretion to Proceed with Litigation or Contested Matters Commenced Prepetition, (III) Approving the Form and Manner of Notice, and (IV) Granting Related Relief (the "Order") [Docket No. 23], entered on August 28, 2020, and attached hereto as **Exhibit B**, all persons wherever located (including individuals, partnerships, corporations, and other entities and all those acting on their behalf), persons party to a contract or agreement with the Debtors, governmental units, whether of the United States, any state or locality therein or any territory or possession thereof, or any foreign country (including any division, department, agency, instrumentality or service thereof, and all those acting on their behalf), are hereby put on notice that they are subject to the Order and must comply with its terms and provisions.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, any governmental agency, department, division or subdivision, or any similar governing authority is prohibited from, among other things: (a) denying, revoking, suspending, or refusing to renew any license, permit, charter, franchise, or other similar grant to the Debtors; (b) placing conditions upon such a grant to the Debtors; or (c) discriminating against the Debtors with respect to such a grant, solely because the Debtors are debtors under the Bankruptcy Code, may have been insolvent before the commencement of these Chapter 11 Cases, or are insolvent during the pendency of these Chapter 11 Cases as set forth more particularly in the Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, parties to contracts or agreements with the Debtors are prohibited from terminating such contracts or agreements because of a Debtor's bankruptcy filing—except as permitted by the Court under applicable law.

**PLEASE TAKE FURTHER NOTICE** that pursuant to sections 105(a) and 362(k) of the Bankruptcy Code and Rule 9020 of the Federal Rules of Bankruptcy Procedure, among other applicable substantive law and rules of procedure, any person or governmental unit seeking to assert its rights or obtain relief outside of the processes set forth in the Order, the Bankruptcy Code, and applicable law may be subject to proceedings in front of the Court for failure to comply with the Order and applicable law—including contempt proceedings resulting in fines, sanctions, and punitive damages against the entity and its assets inside the United States.

---

[2] Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned cases. The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

August 31, 2020
Hon. Andrew S. Hanen
Page | 3

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Debtors' Chapter 11 Cases may be obtained by (i) reviewing, free of charge, the docket of the Debtors' Chapter 11 Cases on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/case/saexploration/info, (ii) visiting the Court's website at http://www.txs.uscourts.gov/bankruptcy (PACER login and password required) in accordance with the procedures and fees set forth therein, or (iii) contacting any of the following proposed counsel for the Debtors: (a) Eric M. English, Esq., John F. Higgins, IV, Esq., and Michael S. Johnson, Esq., Porter Hedges LLP, 1000 Main Street, 36th Floor, Houston TX 77010.

Dated: August 31, 2020                                    Respectfully submitted,


                                                         By:


                                                              *Yvette Ostoalza*

                                                         Yvette Ostolaza
                                                         **Counsel for SAExploration Holdings, Inc.**
                                                         Sidley Austin LLP
                                                         2021 McKinney Avenue, Suite 2000
                                                         Dallas, TX 75201
                                                         Telephone:    +1 (214) 981-3300
                                                         Facsimile:    +1 (214) 981-3400

## CERTIFICATE OF SERVICE

I, Tiffanie N. Limbrick, certify that on the 31st day of August, 2020, I caused to be served, via electronic mail a true and correct copy of the foregoing Notice of Suggestion on Pendency of Bankruptcy for SAExploration Holdings, Inc. and Automatic Stay of Proceedings, on counsel of record.

By:

*Tiffanie N. Limbrick*

Tiffanie N. Limbrick

## <u>EXHIBIT A</u>

**Voluntary Petition of SAExploration Holdings, Inc.**

*Retention of Professionals*

RESOLVED FURTHER, that the Proper Officers, be, and each of them hereby is, authorized, empowered and directed, for, in the name and on behalf of the Company, to retain the law firm of Porter Hedges LLP ("**PH**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights in connection therewith, and the Proper Officers be, and each of them hereby is, authorized, empowered and directed, for, in the name and on behalf of the Company, to prepare, execute and negotiate appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PH;

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized, empowered and directed, for, in the name and on behalf of the Company, to retain the services of Imperial Capital, LLC and its affiliates ("**Imperial**") and Winter Harbor LLC and its affiliates ("**Winter Harbor**") as the Company's investment banker, financial advisor and consultant advisor, as applicable, and in connection therewith, the Proper Officers be, and each of them hereby is, authorized, empowered and directed, for, in the name and behalf of the Company, to prepare, execute and negotiate appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Imperial and Winter Harbor;

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized, empowered and directed, for, in the name and on behalf of the Company, to retain the services of Epiq Corporate Restructuring, LLC and its affiliates ("**Epiq**") as the Company's claims, noticing and solicitation agent and in connection therewith, the Proper Officers be, and each of them hereby is, authorized, empowered and directed, for, in the name and on behalf of the Company, to prepare, execute and negotiate appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Epiq;

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized, empowered and directed, for, in the name and on behalf of the Company, to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Proper Officers be, and each of them hereby is, authorized, empowered and directed, for, in the name and on behalf of the Company, to prepare, execute and negotiate appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, convenient or appropriate;

*Cash Collateral and Postpetition Financing*

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized, empowered and directed, for, in the name and on behalf of the Company, to obtain post-petition financing according to terms which may be negotiated by the management of the

Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement or orders; and in connection therewith, the Proper Officers be, and each of them hereby is, authorized, empowered and directed, for, in the name and on behalf of the Company, to prepare, execute and negotiate appropriate loan agreements, cash collateral agreements or orders and related ancillary documents;

***Restructuring Support Agreement, Backstop Agreement, Plan and Disclosure Statement***

RESOLVED FURTHER, that in connection with the Chapter 11 case, the Board has determined that it is advisable, desirable and in the best interests of the Company to enter into a Restructuring Support Agreement (the **"*Restructuring Support Agreement*"**) among the debtors and the other parties thereto;

RESOLVED FURTHER, that in connection with the Chapter 11 case, the Board has determined that it is advisable, desirable and in the best interests of the Company to enter into a Backstop Agreement (the **"*Backstop Agreement*"**) among the debtors and the other parties thereto;

RESOLVED FURTHER**,** that the form, terms and provisions of the Restructuring Support Agreement and the Backstop Agreement together with the Plan of Reorganization (the **"*Plan*"**) and related Disclosure Statement (the **"*Disclosure Statement*"**) and exhibits annexed thereto and the execution, delivery and performance thereof and the consummation of the transactions contemplated thereunder by the Company be, and hereby are, authorized, approved and declared advisable, desirable and in the best interests of the Company, with such changes therein and additions thereto as any Proper Officer executing the same may in such Proper Officer's discretion deem necessary, convenient or appropriate, it being acknowledged that the execution of the Restructuring Support Agreement, the Backstop Agreement, the Plan or the Disclosure Statement and such other documents, agreements, instruments and certificates as may be required by the Restructuring Support Agreement, the Backstop Agreement, the Plan and the Disclosure Statement, as applicable, shall be conclusive evidence of the authorization and approval thereof;

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized, empowered and directed, for, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, the Restructuring Support Agreement, the Backstop Agreement, the Plan and the Disclosure Statement, substantially in the forms previously presented to the Board, together with such other documents, agreements, instruments and certificates as may be required by the Restructuring Support Agreement, the Backstop Agreement, the Plan and the Disclosure Statement, as applicable;

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized, empowered and directed, for, in the name and on behalf of the Company, to prepare, execute and negotiate any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the Restructuring Support Agreement, the

Backstop Agreement, the Plan and the Disclosure Statement and/or any of the related documents which shall, in such Proper Officer's sole judgment, be necessary, convenient or appropriate; and

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized, empowered and directed, for, in the name and on behalf of the Company, to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Proper Officer to be necessary, convenient or appropriate to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a Chapter 11 plan and related disclosure statement.

*General*

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized, empowered and directed, for, in the name and on behalf of the Company, to make, execute, provide and deliver any and all statements, applications, certificates, representations, payments, notices, receipts; any other instruments, agreements, and documents; and to take any and all other action which, in the opinion of such Proper Officer is, or may be, advisable, desirable and in the best interests of such Company in connection with, or to consummate any of the transactions contemplated by, the foregoing recitals and resolutions;

RESOLVED FURTHER, that the form of any additional resolution required in connection with the foregoing recitals and resolutions be, and hereby is, ratified, confirmed and approved in all respects; *provided, however*, the Proper Officers, on the advice of counsel, consider the adoption thereof advisable, desirable, and in the best interests of the Company, in which case, the Secretary of the Company be, and hereby is, authorized, empowered and directed to insert as an appendix hereto a copy of such resolution, which shall thereupon be deemed to have been ratified, confirmed and approved by the Board with the same force and effect as if it were set out verbatim herein; and

RESOLVED FURTHER, that any and all lawful actions heretofore or hereafter taken by any Proper Officer within the terms of the foregoing recitals and resolutions be, each hereby is, ratified, confirmed and approved in all respects.

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to Identify the case:</td></tr>
<tr><td colspan="2">Debtor Name:  SAExploration Holdings, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  Southern District of Texas</td></tr>
<tr><td colspan="2">Case Number (If known):</td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 31 Largest Unsecured Claims and Are Not Insiders

12/15

A consolidated list of creditors holding the 31 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 31 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  WILMINGTON SAVINGS FUND SOCIETY, FSB 500 DELAWARE AVENUE WILMINGTON, DE 19801 | CONTACT: GEOFFREY J. LEWIS PHONE: 302-792-6000 FAX: 612-217-5651 GLEWIS@WSFSBANK.COM | CONVERTIBLE NOTES | | | | $60,000,000.00 |
| 2  TEXAS CHAMPIONS BANK 6124 S. STAPLES CORPUS CHRISTI, TX 78413 | CONTACT: DANIEL WALKER PHONE: 361-992-9850 FAX: 512-475-1313 WALKERD@TEXASCHAMPIONBANK.COM | PPP LOAN | | | | $6,801,372.00 |
| 3  KUUKPIK 801 B STREET, SUITE 300 ANCHORAGE, AK 99501-3657 | CONTACT: KIMBERLY M. GREGORY PHONE: 907-480-6220 FAX: 907-279-6126 KGREGORY@KUUKPIK.COM | NON CONTROLLING INTEREST / ROYALTIES | C, U | | | $419,910.97 |
| 4  KAPLAN HECKER & FINK LLP 350 FIFTH AVENUE, SUITE 7110 NEW YORK, NY 10118 | CONTACT: JULIE E FINK, PARTNER PHONE: 212-763-0883 FAX: 212-564-0883 JFINK@KAPLANHECKER.COM | LEGAL FEES | | | | $299,170.71 |
| 5  WORLD WIDE CUSTOMS BROKERS LTD. 133, 10710 – 25TH STREET NE CALGARY, AB T3N 0A1 CANADA | CONTACT: D. GOUVEIA PHONE: 403-291-2543 FAX: 403-291-0361 DGOUVEIA@WWCB.CA | TRADE | C, U | | | $200,000.00 |
| 6  BRUCH HANNA LLP 1099 NEW YORK AVE NW STE 500 WASHINGTON, DC 20001 | CONTACT: GREGORY BRUCH PHONE: 202-969-1630 FAX: 202-969-1625 GBRUCH@BRUCH-HANNA.COM | LEGAL FEES | | | | $164,901.60 |

Debtor: SAExploration Holdings, Inc.                    Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 GERGER KAHLIL & HENNESSY LLP 1001 FANNIN, SUITE 2450 HOUSTON, TX 77002 | CONTACT: DAVID GERGER PHONE: 713-224-4400 FAX: 713-224-5153 DGERGER@GKFIRM.COM | LEGAL FEES | | | | $159,609.39 |
| 8 FAIRWEATHER SCIENCE, LLC 301 CALISTA COURT ANCHORAGE, AK 99518 | CONTACT: GENERAL MANAGER PHONE: 907-346-3247 FAX: 907-349-1920 SHEYNA.WIDSOM@FAIRWEATHER.COM | TRADE | C, U | | | $100,000.00 |
| 9 LANKLER SIFFERT & WOHL LLP 500 FIFTH AVENUE, 34TH FLOOR NEW YORK, NY 10110-3398 | CONTACT: JILLIAN BERMAN, PARTNER PHONE: 212-921-8399 FAX: 212-764-3701 JBERMAN@LSWLAW.COM | LEGAL FEES | | | | $99,856.97 |
| 10 VINSON & ELKINS LLP 2001 ROSS AVE 3900 DALLAS, TX 75201 | CONTACT: WENDY TRAHAN SALINAS PHONE: 214-220-7700 FAX: 214-220-7716 WSALINAS@VELAW.COM | LEGAL FEES | | | | $98,590.03 |
| 11 HUGHES ARRELL KINCHEN LLP 1221 MCKINNEY ST. STE 3150 HOUSTON, TX 77010 | CONTACT: GREG ARRELL, PARTNER PHONE: 713-942-2255 FAX: 713-942-2266 GARRELL@HAKLLP.COM | LEGAL FEES | | | | $97,464.45 |
| 12 VEHICLE SOURCE PRODUCTS, INC. 4003 CHANCE LN ROSHARON, TX 77583 | CONTACT: DON STEWART, PRESIDENT PHONE: 281-431-7766 FAX: 281-431-7729 DON.STEWART@VSP-INC.COM | TRADE | C, U | | | $91,000.00 |
| 13 EWELL, BROWN, BLANKE & KNIGHT LLP 111 CONGRESS AVENUE, STE. 2800 AUSTIN, TX 78701 | CONTACT: DAVID BLANKE, PARTNER PHONE: 512-770-4000 FAX: 877-851-6384 DBLANKE@EBBKLAW.COM | LEGAL FEES | | | | $67,644.66 |
| 14 MAGSEIS FAIRFIELD 9811 KATY FWY SUITE 1200 HOUSTON, TX 77024 | CONTACT: CAREL HOOIJKAAS, CEO PHONE: 47 23 36 80 20 POST@MAGSEISFAIRFIELD.COM | TRADE | C, U | | | $66,094.51 |
| 15 JEFFREY HASTINGS 4721 GOLDEN SPRING CIRCLE ANCHORAGE, AK 99507 | PHONE: 907-346-3390 | COBRA | | | | $50,211.20 |
| 16 NORTHERN OILFIELD SOLUTIONS, LLC 450 ALASKAN WAY S STE 707 SEATTLE, WA 98104-2785 | CONTACT: SHELDON VANVOAST, CEO PHONE: 206-792-0077 | TRADE | C, U | | | $50,000.00 |
| 17 AIRPORT EQUIPMENT RENTALS, INC. 1285 VAN HORN RD FAIRBANKS, AK 99701 | CONTACT: JERRY SADLER, PRESIDENT PHONE: 907-456-2000 FAX: 907-456-2066 SCONTENTO@AER-INC.NET | TRADE | C, U | | | $47,931.00 |

Debtor: SAExploration Holdings, Inc.

Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 SOFTCHOICE CORPORATION 16609 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | CONTACT: CHRISTINE FISHER, SR CR MGR PHONE: 416-588-9002 FAX: 312-655-9001 CHRISTINE.FISHER@SOFTCHOICE.COM | TRADE | C, U | | | $34,293.00 |
| 19 BROOKS RANGE SUPPLY 1 OLD, SPINE RD PRUDHOE BAY, AK 99734 | CONTACT: CURT CHRISTENSON, GM PHONE: 907-563-1080 FAX: 907-562-1317 MANAGER@BROOKSRANGESUPPLY.COM | TRADE | C, U | | | $30,000.00 |
| 20 FIBERTOWN HOUSTON, LLC 2501 EARL RUDDER FWY SOUTH COLLEGE STATION, TX 77845 | CONTACT: JOE LANGSTON, VP PHONE: 979-393-9100 NOC@FIBERTOWN.COM | TRADE | C, U | | | $30,000.00 |
| 21 STEWART & STEVENSON LLC 55 WAUGH DR STE 800 HOUSTON, TX 77007 | CONTACT: ARTY LABARBERA, MANAGER PHONE: 833-385-0284 FAX: 866-409-8503 HEADQUARTERS@SSSS.COM ; A.LABARBERA@SSSS.COM | TRADE | C, U | | | $30,000.00 |
| 22 BOUNCE LLC 15814 CHAMPIONS FOREST 129 SPRING, TX 77379 | CONTACT: MICHAEL MILLER - OWNER / PRESIDENT PHONE: 832-820-3914 INFO@BOUNCEFIRM.COM | TRADE | C, U | | | $25,000.00 |
| 23 PATHFINDER AVIATION, LLC 1936 MERRILL FIELD DRIVE ANCHORAGE, AK 99501 | CONTACT: CHUCK CONSTANT, CEO PHONE: 907-257-1555 FAX: 907-226-2801 AOC@PATHFINDERAVIATION.COM | TRADE | C, U | | | $25,000.00 |
| 24 TUCKER SNO-CAT (R) CORPORATION 2872 SOUTH PACIFIC HIGHWAY MEDFORD, OR 97501 | CONTACT: MARCUS MCNEIL, PRESIDENT PHONE: 541-779-3731 FAX: 541-779-3735 MARCUS@SNO-CAT.COM | TRADE | C, U | | | $25,000.00 |
| 25 GENUENT GLOBAL, LLC 1400 POST OAK BLVD., SUITE 200 HOUSTON, TX 77056 | CONTACT: MATT ECKERT PHONE: 713-547-4444 MECKERT@GENUENT.COM | TRADE | C, U | | | $24,360.00 |
| 26 C & C SEISMIC INC. 1731 S SAN MARCOS, BLDG 934 SAN ANTONIO, TX 78207 | CONTACT: GENERAL COUNSEL PHONE: 210-532-2253 | TRADE | C, U | | | $20,000.00 |
| 27 HAMILTON Y COMPANIA SA AVENIDA DE LAS PETROLIFERAS S/N LASPALMAS DE LAS PALMAS 35008 SPAIN | CONTACT: JAVIER SANCHEZ-SIMON MUNOZ PRESIDENTE PHONE: +34 928 46 30 62 FAX: +34) 928460298 HAMILTONLASPALMAS@HAMILTONYCIA.COM | TRADE | C, U | | | $20,000.00 |

Debtor: SAExploration Holdings, Inc.                    Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28  LYNDEN TRANSPORT INC. 18000 INTERNATIONAL BLVD  800 SEATTLE, WA  98188 | CONTACT: PAUL GRIMALDI, PRESIDENT PHONE: 907-245-1544 FAX: 907-245-1744 INFORMATION@LYNDEN.COM | TRADE | C, U | | | $20,000.00 |
| 29  PATHFINDER NAVIGATION, INC. 22503 LAIN ROAD SPRING, TX  77379 | CONTACT: MURRAY CLIFT, PRESIDENT PHONE: 281-251-7594 INFO@PATHFINDERGEO.COM | TRADE | C, U | | | $20,000.00 |
| 30  PENTAGON FREIGHT SERVICES (S) PTE LTD. 27F LOYANG CRESCENT SINGAPORE SINGAPORE | CONTACT: JACK WONG – MANAGING DIRECTOR PHONE: 65 6542 0922 FAX: 65 6545 4912 SINGAPORE.PENTAGON@PENTAGONFREIGHT.COM | TRADE | C, U | | | $20,000.00 |
| 31  SHELL FLEET NAVIGATOR P.O. BOX 4337 CAROL STREAM, IL  60197-4337 | CONTACT: RUSTY BARRON, VICE PRESIDENT AND GENERAL MANAGER PHONE: 888-212-8916 FAX: 800-767-1325 | TRADE | C, U | | | $20,000.00 |

Official Form 204        **Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 31 Largest Unsecured Claims**        Page 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 11** |
| **SAEXPLORATION HOLDINGS, INC.,** | § |
| | § **Case No. 20-[_____] ([___])** |
| **Debtor.** | § |
| | § **(Jointly Administered)** |
| | § **(Emergency Hearing Requested)** |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure,

the following are corporations, other than a government unit, that directly or indirectly own 10%

or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Whitebox Advisors LLC | 35.34% |
| DuPont Capital Management Corp. | 15.25% |

Dated: August 27, 2020
      Houston, Texas

**PORTER HEDGES LLP**

By:  */s/ John F. Higgins*
     John F. Higgins (TX 09597500)
     Eric M. English (TX 24062714)
     M. Shane Johnson (TX 24083263)
     Megan Young-John (TX 24088700)
     1000 Main St., 36th Floor
     Houston, Texas 77002
     Telephone: (713) 226-6000
     Facsimile: (713) 226-6248
     jhiggins@porterhedges.com
     eenglish@porterhedges.com
     sjohnson@porterhedges.com
     myoungjohn@porterhedges.com

**PROPOSED COUNSEL FOR DEBTORS**
**AND DEBTORS-IN-POSSESSION**

10709147

**Fill in this information to identify the case:**

Debtor name    SAExploration Holdings, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 31 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/27/2020      x *Michael J. Faust*
                                         Signature of individual signing on behalf of debtor

                                         Michael Faust
                                         Printed name

                                         Chairman, Chief Executive Officer and President
                                         Position or relationship to debtor

**<u>EXHIBIT B</u>**

**Order**

ENTERED
08/28/2020

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 11** |
| | § |
| **SAEXPLORATION HOLDINGS, INC.,** *et al.*, | § **Case No. 20-34306 (MI)** |
| | § |
| | § **(Joint Administration Pending)** |
| **Debtors.**[1] | |

### ORDER GRANTING COMPLEX
### CHAPTER 11 BANKRUPTCY CASES TREATMENT

These jointly administered cases were filed on August 27, 2020. A *Notice of Designation as Complex Chapter 11 Bankruptcy Case* (the "Notice")[2] was filed. Based on its review of the initial pleadings, the Court concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court orders:

1.     The Procedures for Complex Chapter 11 Cases in the Southern District of Texas apply to these cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2.     The Debtors must give notice of this order to all parties in interest within seven days. If a party-in-interest objects to the provisions of this order, that party may file an appropriate motion within 14 days after service of the order.

3.     The Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules") apply to this case, subject to the following modifications:

     a.     Bankruptcy Local Rule 1001-1(b) does not apply.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: SAExploration Holdings, Inc. (7100), SAExploration Sub, Inc. (8859), SAExploration, Inc. (9022), SAExploration Seismic Services (US), LLC (5057), and NES, LLC. The address of the Debtors' headquarters is: 1160 Dairy Ashford Road, Suite 160, Houston, TX 77079.

[2]    Capitalized terms used and not defined shall have the meaning ascribed to them in the Notice.

b.       Local District Court Civil Rule 83.1 applies

c.       Appendix A to the Local Rules of the District Court applies.

d.       If a conflict exists between the Bankruptcy Local Rules and the Procedures for Complex Chapter 11 Cases in the Southern District of Texas, the Procedures for Complex Chapter 11 Cases in the Southern District of Texas govern.

Signed: August 28, 2020

_____
Marvin Isgur
United States Bankruptcy Judge