United States District Court
Southern District of Texas
**ENTERED**
September 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN BODIN, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-3089 |
| | § | |
| SAEXPLORATION HOLDINGS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER STAYING CASE

Before the Court is a notice (Doc. No. 67) stating that Defendant SAExploration Holdings, Inc. filed a Voluntary Petition in the United States Bankruptcy Court for the Southern District of Texas seeking relief under the provisions of Chapter 11 of the United States Bankruptcy Code.

When a bankruptcy petition is filed, an automatic stay operates as a self-executing injunction. The stay prevents creditors from taking any collection actions against the debtor or the property of the debtor's estate for pre-petition purposes. 11 U.S.C. § 362(a). The Court therefore

**ORDERS** that this case is **STAYED**. All pending motions are **MOOT** but may be summarily re-urged if the automatic stay is lifted.

SIGNED at Houston, Texas, this ___2nd___ day of September 2020.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE