IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN BODIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                             Plaintiff,<br><br>     v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, AND MICHAEL FAUST,<br><br>                            Defendants. | Case No. 4:19-cv-03089<br><br>**NOTICE OF MOTION AND MOTION OF LEAD PLAINTIFFS AMRIT KUMAR AND TONY TEP TO MODIFY ORDER STAYING CASE**<br><br>CLASS ACTION |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

     **PLEASE TAKE NOTICE** that Lead Plaintiffs Amrit Kumar and Tony Tep ("Lead Plaintiffs"), by and through their counsel, will and do hereby move this Court, for a modification of the Court's Order Staying Case (ECF No. 69) for the purpose of lifting the stay as to Non Debtor-Defendants Jeff Hastings, Brian Beatty, Brent Whiteley, L. Melvin Cooper, Gary Dalton, David D. Sgro, Gregory R. Monahan, and Michael Faust.

     Lead Plaintiffs have conferred with all Defendants who have appeared in this action, and counsel cannot agree about the disposition of the motion.

DATED: September 22, 2020          Respectfully submitted,

                                **HAGENS BERMAN SOBOL SHAPIRO LLP**

                                By    */s/ Reed R. Kathrein*
                                    REED R. KATHREIN

                                Reed R. Kathrein (admitted *Pro Hac Vice*)

- 1 -

Danielle Smith (admitted *Pro Hac Vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**STECKLER GRESHAM COCHRAN PLLC**

R. Dean Gresham (TX Bar No. 24027215)
12720 Hillcrest Road, Suite 1045
Dallas, TX  75219
Telephone: (972) 387-4040
Facsimile:  (972) 387-4041
dean@stecklerlaw.com

*Co-Liaison Counsel for Lead Plaintiffs and the Class*

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim (admitted *Pro Hac Vice*)
Laurence M. Rosen
Brent J. LaPointe (admitted *Pro Hac Vice*)
275 Madison Avenue, 40th Floor
New York, NY  10016
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com
blapointe@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**HILLIARD MARTINEZ GONZALES LLP**

- 3 -

Marion M. Reilly (TX Bar No. 24079195)
John B. Martinez (TX Bar No. 24010212)
719 South Shoreline, Suite 500
Corpus Christi, TX  78401
Telephone: (361) 882-1612
Facsimile:  (361) 882-3015
marion@hmglawfirm.com
john@hmglawfirm.com

*Liaison Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Reed R. Kathrein*
REED R. KATHREIN