IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN BODIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>        v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, AND MICHAEL FAUST,<br><br>                                        Defendants. | Case No. 4:19-cv-03089<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS AMRIT KUMAR'S AND TONY TEP'S MOTION TO MODIFY ORDER STAYING CASE**<br><br><u>CLASS ACTION</u> |

WHEREAS, the Court has considered Lead Plaintiffs Amrit Kumar's and Tony Tep's

Motion To Modify Order Staying Case,

IT IS HEREBY ORDERED THAT:

1.      Having reviewed all pending motions and accompanying memoranda of law, the

Court hereby orders that the stay is lifted as to Non Debtor-Defendants Jeff Hastings, Brian

Beatty, Brent Whiteley, L. Melvin Cooper, Gary Dalton, David D. Sgro, Gregory R. Monahan,

and Michael Faust.


SO ORDERED.

Dated: _____
        Houston, Texas

                                        _____
                                        HON. ANDREW S. HANEN
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF TEXAS

- 1 -

DATED: September 22, 2020

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By ___*/s/ Reed R. Kathrein*___
        REED R. KATHREIN

Reed R. Kathrein (admitted *Pro Hac Vice*)
Danielle Smith (admitted *Pro Hac Vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**STECKLER GRESHAM COCHRAN PLLC**

R. Dean Gresham (TX Bar No. 24027215)
12720 Hillcrest Road, Suite 1045
Dallas, TX  75219
Telephone: (972) 387-4040
Facsimile:  (972) 387-4041
dean@stecklerlaw.com

*Co-Liaison Counsel for Lead Plaintiffs and the Class*

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim (admitted *Pro Hac Vice*)
Laurence M. Rosen
Brent J. LaPointe (admitted *Pro Hac Vice*)
275 Madison Avenue, 40th Floor
New York, NY  10016

- 3 -

Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com
blapointe@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**HILLIARD MARTINEZ GONZALES LLP**

Marion M. Reilly (TX Bar No. 24079195)
John B. Martinez (TX Bar No. 24010212)
719 South Shoreline, Suite 500
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
marion@hmglawfirm.com
john@hmglawfirm.com

*Liaison Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Reed R. Kathrein*
REED R. KATHREIN