United States District Court
Southern District of Texas
**ENTERED**
October 09, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| AMRIT KUMAR and TONY TEP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, and MICHAEL FAUST,<br><br>Defendants. | Case No. 4:19-cv-03089 |

**FIRST JOINT STIPULATION
AND ORDER TO EXTEND BRIEFING SCHEDULE ON
PLAINTIFFS' MOTION TO MODIFY ORDER STAYING CASE**

WHEREAS, on August 18, 2019, John Bodin filed a putative class action complaint asserting claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b), 78t(a), and Rule 10b-5 promulgated by the U.S. Securities and Exchange Commission (the "Complaint");

WHEREAS, the claims asserted in the Complaint are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which codifies procedural rules for private securities actions brought under the federal securities laws, including a stay of discovery until any motions to dismiss are decided, *see* 15 U.S.C. § 78u-4(b);

WHEREAS, on February 7, 2020, the Court entered an order appointing as Co-Lead Plaintiffs Tony Tep and Amrit Kumar ("Plaintiffs"), and as Co-Lead Counsel Phillip Kim of The Rosen Law Firm and Reed Kathrein of Hagens Berman Sobol Shapiro LLP (Dkt. No. 42);

FIRST JOINT STIPULATION
AND RDER TO EXTEND BRIEFING SCHEDULE ON
PLAINTIFFS' MOTION TO MODIFY ORDER STAYING CASE                                    Page 1
ACTIVE 261980674

WHEREAS, on July 15, 2020, Plaintiffs filed their amended putative class action complaint (Dkt. No. 55, the "Amended Complaint");

WHEREAS, on August 31, 2020, Defendant SAExploration Holdings, Inc. ("SAExploration") filed its Notice of Suggestion of Bankruptcy (Dkt. No. 67), which SAExploration subsequently amended on September 1, 2020 (Dkt. No. 68), and September 14, 2020 (Dkt. No. 70);

WHEREAS, on September 2, 2020, the Court stayed this case pursuant to 11 U.S.C. § 362(a), ordering that "[a]ll pending motions are MOOT but may be summarily re-urged if the automatic stay is lifted" (Dkt. No. 69, the "Stay Order"));

WHEREAS, on September 22, 2020, Plaintiffs filed their Motion to Modify Order Staying Case (Dkt. No. 74, the "Motion"), requesting that the Stay Order be lifted as to Defendants Jeff Hastings, Brian Beatty, Brent Whiteley, L. Melvin Cooper, Gary Dalton, David D. Sgro, Gregory R. Monahan, and Michael Faust (collectively with SAExploration, "Defendants");

WHEREAS, absent an extension, Defendants' deadline to respond to the Motion is currently October 13, 2020, and Plaintiffs' deadline to file a reply in support of their Motion is October 20, 2020;

WHEREAS, the Parties agree that an extension of the schedule for briefing the Motion would promote judicial economy;

WHEREAS, it is in the interest of the parties and the interest of justice to minimize the expenditure of judicial time and resources by resolving administrative issues, including the scheduling of briefing, by mutual agreement where possible; and

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties:

1.      Defendants shall have their deadline extended to respond to the Motion by **Wednesday, November 4, 2020**.

2.      Plaintiffs shall reply by **Wednesday, November 18, 2020**.

3.      Neither Plaintiffs nor Defendants waive their rights to seek from each other or the Court additional adjournments or extensions of the above deadlines.

Dated:  October 7, 2020

Respectfully submitted,

**STECKLER GRESHAM COCHRAN PLLC**

*/s/ R. Dean Gresham*
R. Dean Gresham
Texas Bar No. 24027215
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75219
Telephone: (972) 387-4040
Facsimile: (972) 387-4041
Email: dean@stecklerlaw.com

*Co-Liaison Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**

*/s/ Brent J. LaPointe*
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Brent J. LaPointe, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: blapointe@rosenlegal.com

*Co-Lead Counsel for the Class*

**HILLIARD MARTINEZ GONZALES LLP**

FIRST JOINT STIPULATION
AND                         ORDER TO EXTEND BRIEFING SCHEDULE ON
PLAINTIFFS' MOTION TO MODIFY ORDER STAYING CASE                    Page 3
ACTIVE 261980674

*/s/ Marion M. Reilly*

Marion M. Reilly
John B. Martinez
719 South Shoreline, Suite 500
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
marion@hmglawfirm.com
john@hmglawfirm.com

*Co-Liaison Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Reed R. Kathrein*

Reed R. Kathrein
Danielle Smith
Lucas E. Gilmore
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for the Class*

**SIDLEY AUSTIN LLP**

*/s/ Yvette Ostolaza*

Yvette Ostolaza
Texas Bar No. 00784703
Fed. Bar No. 15819
yvette.ostolaza@sidley.com
Yolanda C. Garcia
Texas Bar No. 24012457

**FIRST JOINT STIPULATION
AND                              ORDER TO EXTEND BRIEFING SCHEDULE ON
PLAINTIFFS' MOTION TO MODIFY ORDER STAYING CASE**                              **Page 4**
ACTIVE 261980674

Fed. Bar No. 1013902
ygarcia@sidley.com
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Tel: (214) 981-3300
Fax: (214) 981-3400

*Attorneys for Defendants SAExploration
Holdings, Inc. and L. Melvin Cooper*

**VINSON & ELKINS LLP**

*/s/ Jeffrey S. Johnston*
Jeffrey S. Johnston
Texas Bar No. 24002368
Fed. Bar No. 22089
James L. Leader, Jr.
1001 Fannin Street
Suite 2500
Houston, Texas 77002
(713) 758-2222
jjohnston@velaw.com
jleader@velaw.com

*Attorneys for Defendant Jeff Hastings*

**McKOOL SMITH, P.C.**

*/s/ Michael P. Fritz*
Robert Manley
Texas Bar No. 787955
Fed. Bar No. 18833
Michael P. Fritz
Texas Bar No. 24036599
Fed. Bar No. 753366
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 978-4000
(214) 978-4044
rmaney@mckoolsmith.com
mfritz@mckoolsmith.com

*Attorneys for Defendants Gary Dalton, David D.
Sgro, Gregory R. Monahan, and Michael Faust*

**IT IS SO ORDERED**

Dated: _____10|8|20_____　　　_____

U.S. District Judge