# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

AMRIT KUMAR and TONY TEP,
Individually and on Behalf of All Others Similarly
Situated,

               Plaintiff,

    v.

SAEXPLORATION HOLDINGS, INC., JEFF
HASTINGS, BRIAN BEATTY, BRENT
WHITELEY, L. MELVIN COOPER, GARY
DALTON, DAVID D. SGRO, GREGORY R.
MONAHAN, and MICHAEL FAUST,

               Defendants.

Case No. 4:19-cv-03089

## FIRST JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING THE FILING OF A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

WHEREAS, on August 18, 2019, John Bodin filed a putative class action complaint asserting claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b), 78t(a), and Rule 10b-5 promulgated by the U.S. Securities and Exchange Commission (the "Complaint");

WHEREAS, the claims asserted in the Complaint are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which codifies procedural rules for private securities actions brought under the federal securities laws, including a stay of discovery until any motions to dismiss are decided, *see* 15 U.S.C. § 78u-4(b);

WHEREAS, on February 7, 2020, the Court entered an order appointing as Co-Lead Plaintiffs Tony Tep and Amrit Kumar ("Plaintiffs"), and as Co-Lead Counsel Phillip Kim of The Rosen Law Firm and Reed Kathrein of Hagens Berman Sobol Shapiro LLP (Dkt. No. 42);

WHEREAS, on July 15, 2020, Plaintiffs filed their amended putative class action complaint (Dkt. No. 55, the "Amended Complaint");

WHEREAS, on August 31, 2020, Defendant SAExploration Holdings, Inc. ("SAExploration") filed its Notice of Suggestion of Bankruptcy (Dkt. No. 67), which SAExploration subsequently amended on September 1, 2020 (Dkt. No. 68), and September 14, 2020 (Dkt. No. 70);

WHEREAS, on September 2, 2020, the Court stayed this case pursuant to 11 U.S.C. § 362(a), ordering that "[a]ll pending motions are MOOT but may be summarily re-urged if the automatic stay is lifted" (Dkt. No. 69, the "Stay Order"));

WHEREAS, on September 22, 2020, Plaintiffs filed their Motion to Modify Order Staying Case (Dkt. No. 74, the "Motion"), requesting that the Stay Order be lifted as to Defendants Jeff Hastings, Brian Beatty, Brent Whiteley, L. Melvin Cooper, Gary Dalton, David D. Sgro, Gregory R. Monahan, and Michael Faust (collectively with SAExploration, "Defendants");

WHEREAS, on October 8, November 5, and November 16 of 2020, the Court entered the First, Second, and Third Joint Stipulation and Order to Extend Briefing Schedule on Plaintiffs' Motion to Modify Order Staying Case (Dkt. Nos. 77, 83, 85), extending the schedule for briefing the Motion;

WHEREAS, on November 20, 2020, the Parties submitted the Fourth Joint Stipulation and Order to Extend Briefing Schedule on Plaintiffs' Motion to Modify Order Staying Case (Dkt. No. 85), which remains pending before the Court;

WHEREAS, as of December 1, 2020, the Parties executed a settlement term sheet setting forth the material terms associated with the resolution of this action (the "Settlement Term Sheet");

WHEREAS, in accordance with the Settlement Term Sheet, the Parties agree to cease all litigation activities in this action, except those related to the negotiation of the final stipulation and agreement of settlement and preparation for seeking preliminary approval of the settlement from the Court;

WHEREAS, the Parties agree that a stay of proceedings while the Parties negotiate the final stipulation and agreement of settlement and prepare for seeking preliminary approval of the settlement would promote judicial economy;

WHEREAS, it is in the interest of the parties and the interest of justice to minimize the expenditure of judicial time and resources by resolving administrative issues by mutual agreement where possible; and

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties:

1.      With the exception of activities related to the negotiation of the final stipulation and agreement of settlement and preparation for seeking preliminary approval of the settlement from the Court, this case is stayed.

2.      Current court proceedings in this action (including any deadlines or filing requirements) are suspended.

3.      All pending motions, including Plaintiffs' Motion to Modify Order Staying Case (Dkt. No. 74), are moot but may be summarily re-urged if this stay is lifted.

4.      Neither Plaintiffs nor Defendants waive their rights to seek a lift of this stay from each other or the Court.

**FIRST JOINT STIPULATION AND [PROPOSED] ORDER**
**TO STAY PROCEEDINGS PENDING THE FILING OF**
**A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**          **Page 3**
ACTIVE 263423206

Dated:  December 7, 2020

Respectfully submitted,

**STECKLER WAYNE COCHRAN PLLC**

*/s/ Braden M. Wayne*
Stuart L. Cochran
Texas Bar No. 24027936
Braden M. Wayne
Texas Bar No. 24075247
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75219
Telephone: (972) 387-4040
Facsimile: (972) 387-4041
Email: stuart@swclaw.com
braden@swclaw.com
*Co-Liaison Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**

*/s/ Brent J. LaPointe*
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Brent J. LaPointe, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: blapointe@rosenlegal.com

*Co-Lead Counsel for the Class*

**HILLIARD MARTINEZ GONZALES LLP**

*/s/ Marion M. Reilly*
Marion M. Reilly
John B. Martinez
719 South Shoreline, Suite 500
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
marion@hmglawfirm.com
john@hmglawfirm.com

**FIRST JOINT STIPULATION AND [PROPOSED] ORDER
TO STAY PROCEEDINGS PENDING THE FILING OF
A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** **Page 4**
ACTIVE 263423206

*Co-Liaison Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Danielle Smith*
Reed R. Kathrein
Danielle Smith
Lucas E. Gilmore
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for the Class*

**SIDLEY AUSTIN LLP**

*/s/ Yolanda C. Garcia*
Yvette Ostolaza
Texas Bar No. 00784703
Fed. Bar No. 15819
yvette.ostolaza@sidley.com
Yolanda C. Garcia
Texas Bar No. 24012457
Fed. Bar No. 1013902
ygarcia@sidley.com
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Tel: (214) 981-3300
Fax: (214) 981-3400

*Attorneys for Defendants SAExploration*
*Holdings, Inc. and L. Melvin Cooper*

**FIRST JOINT STIPULATION AND [PROPOSED] ORDER**
**TO STAY PROCEEDINGS PENDING THE FILING OF**
**A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**          **Page 5**
ACTIVE 263423206

**VINSON & ELKINS LLP**

*/s/ Jeffrey S. Johnston*
Jeffrey S. Johnston
Texas Bar No. 24002368
Fed. Bar No. 22089
James L. Leader, Jr.
1001 Fannin Street
Suite 2500
Houston, Texas 77002
(713) 758-2222
jjohnston@velaw.com
jleader@velaw.com

*Attorneys for Defendant Jeff Hastings*

**McKOOL SMITH, P.C.**

*/s/ Michael P. Fritz*
Robert Manley
Texas Bar No. 787955
Fed. Bar No. 18833
Michael P. Fritz
Texas Bar No. 24036599
Fed. Bar No. 753366
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 978-4000
(214) 978-4044
rmaney@mckoolsmith.com
mfritz@mckoolsmith.com

*Attorneys for Defendants Gary Dalton, David D.
Sgro, Gregory R. Monahan, and Michael Faust*

**FIRST JOINT STIPULATION AND [PROPOSED] ORDER
TO STAY PROCEEDINGS PENDING THE FILING OF
A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**          **Page 6**
ACTIVE 263423206

**IT IS SO ORDERED**

Dated: _____    _____
                                       U.S. District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 7, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Yolanda C. Garcia*