## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AMRIT KUMAR and TONY TEP, Individually and on Behalf of All Others Similarly Situated,<br><br> Plaintiff,<br><br>v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, and MICHAEL FAUST,<br><br> Defendants. | Case No. 4:19-cv-03089 |

### SUMMARY NOTICE OF PENDENCY AND
### PROPOSED CLASS ACTION SETTLEMENT

**TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED SAEXPLORATION HOLDINGS, INC. CLASS A COMMON STOCK FROM MARCH 15, 2016, THROUGH FEBRUARY 7, 2020, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of Texas, that a hearing will be held on _____ __, 2021, at __:__ __.m., before the Honorable Andrew S. Hanen, at the United States District Court, Southern District of Texas, Courtroom 9110, 515 Rusk Street, Houston, Texas 77002, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $3,550,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Plaintiffs' Counsel for an award of attorneys' fees of up to one-third plus interest of the Settlement Amount, reimbursement of

1

expenses of not more than $50,000, and an award of no more than $10,000, in aggregate, or $5,000 each, to Lead Plaintiffs, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement dated January 15, 2021 ("Stipulation"). The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you purchased SAExploration Holdings, Inc. ("SAExploration") Common Stock during the period from March 15, 2016, through February 7, 2020, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in SAExploration Common Stock. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to, calling, or contacting the Claims Administrator: SAExploration Holdings, Inc. Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net/SAExploration/. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form electronically or postmarked no later than _____, 2021, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____, 2021, in the manner and form explained in the Notice. All members of the Settlement Class who have not

2

requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Stipulation.

Any objection to the Settlement, Plan of Allocation, or Plaintiffs' Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Lead Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than _____, 2021, by each of the following:

| CLERK OF THE COURT: | PLAINTIFFS' COUNSEL: | DEFENDANTS' COUNSEL: |
| --- | --- | --- |
| United States District Court Southern District of Texas 515 Rusk Street, Room 9110 Houston, TX 77002 | Reed R. Kathrein, Esq. HAGENS BERMAN SOBOL SHAPIRO LLP 715 Hearst Avenue, Suite 202 Berkeley, CA 94710 | Yvette Ostolaza, Esq. SIDLEY AUSTIN LLP 2021 McKinney Avenue, Suite 2000 Dallas, TX 75201 |
| | Phillip Kim, Esq. THE ROSEN LAW FIRM, P.A. 275 Madison Avenue, 40th Floor New York, New York 10016 | Jeffrey S. Johnson VINSON & ELKINS LLP 1001 Fannin Street, Suite 2500 Houston, TX 77002 |
| | | Robert Manley McKOOL SMITH, P.C. 300 Crescent Court, Suite 1500 Dallas, TX 75201 |
| | | Samy Khalil GERGER KHALIL HENNESSY & McFARLANE LLP First City Tower 101 Fannin Street, Suite 2450 Houston, TX 77002 |
| | | John Kinchen HUGHES ARRELL KINCHEN LLP 1221 McKinney, Suite 3150 Houston, TX 77010 |

3

If you have any questions about the Settlement, you may call or write to Plaintiffs' Counsel:

<table>
<tr>
<td>Reed R. Kathrein, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510)725-3000</td>
<td>Phillip Kim, Esq.<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Avenue, 40th Floor<br>New York, New York 10016<br>Telephone: (212) 686-1060</td>
</tr>
</table>

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: _____, 2021

_____
BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS