SAExploration Holdings, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

*Important Notice about a
Securities Class Action Settlement*

*You may be entitled to a payment.
This Notice may affect your legal
rights.*

*Please read it carefully.*

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

*In re SAExploration and Thomas Eccles, et al. SAExploration Holdings, Inc. et al., No. 4:19-cv-3089 (S.D. Tex.)*

THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.
PLEASE VISIT <u>WWW.STRATEGICCLAIMS.NET</u> OR CALL 1-866-274-4004 FOR MORE INFORMATION.

There has been a proposed Settlement of claims against SAExploration Holdings, Inc. ("SAExploration") and certain of its officers and directors (collectively, "Defendants"). The Settlement resolves a lawsuit in which Plaintiffs allege that, in violation of the federal securities laws, Defendants misled investors, issuing materially false and misleading statements and causing damages to Settlement Class Members. Defendants deny any wrongdoing.

You received this notice because you or someone in your family may have purchased SAExploration Common Stock between March 15, 2016 and February 7, 2020, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for the settlement and dismissal and release of Defendants, a fund consisting of $3,550,000 in cash ("Settlement Fund"), less attorneys' fees and expenses, will be divided among all Settlement Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation and Agreement of Settlement at <u>www.strategicclaims.net/SAExploration/</u>. You may request a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim by contacting the Claims Administrator in any of the following ways: (1) mail: *SAExploration Holdings, Inc. Securities Litigation*, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll-free, (866) 274-4004; (3) fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) website: www.strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. A copy of the Proof of Claim can be found on the website. The website also contains a link to the online filing system where you can submit an electronic version of the Proof of Claim. PROOFS OF CLAIM ARE DUE BY _____, 2021 TO THE CLAIMS ADMINISTRATOR AT THE ABOVE ADDRESS OR SUBMITTED ELECTRONICALLY THROUGH THE ONLINE FILING SYSTEM AT WWW.STRATEGICCLAIMS.NET. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____ __, 2021, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____ __, 2021. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on _____ __, 2021 at __:__ _.m. at the Bob Casey United States Courthouse, 515 Rusk Street, Courtroom 9110, Houston, TX, 77002, or via telephonic or other virtual means at the Court's direction, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Plaintiffs' Counsel for up to one-third of the Settlement Fund in attorneys' fees, plus actual expenses, for litigating the case and negotiating the Settlement. You may attend the hearing and ask to be heard by the Court, but you don't have to. For more information, call toll-free (866) 274-4004, or visit the website, www.strategicclaims.net.