IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AMRIT KUMAR and TONY TEP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, and MICHAEL FAUST,<br><br>Defendants. | Case No. 4:19-cv-03089 |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Co-Lead Plaintiffs Amrit Kumar and Tony Tep (collectively, "Plaintiffs" or "Lead Plaintiffs") bring this consented motion for an order: (i) preliminarily approving the settlement with SAExploration Holdings, Inc. ("SAExploration" or the "Company"), Jeff Hastings, Brian Beatty, Brent Whiteley, L. Melvin Cooper, Gary Dalton, David D. Sgro, Gregory R. Monahan, and Michael Faust (collectively, "Defendants") as embodied in the Stipulation and Agreement of Settlement dated January 15, 2021 (the "Stipulation"), concurrently submitted herewith; (ii) conditionally certifying the proposed Class for settlement purposes; (iii) approving the manner of giving notice of the Settlement to the proposed Class; (iv) approval of Strategic Claims Services ("SCS") as the Claims Administrator: and (v) setting a hearing date for the final approval thereof (the "Settlement Hearing").

1

This Motion is based upon the Stipulation and all exhibits attached thereto; the proposed Order of Preliminarily Approval of Settlement, which provides for the preliminary approval of the Settlement and the dissemination of notice of the Settlement to the Settlement Class; and all other pleadings and matters of record.

Co-Lead Counsel has conferred with Defendants' counsel, and they consent to this motion. Accordingly, Plaintiffs request that the Court enter the proposed Order Granting Co-Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, a copy of which is attached as Exhibit A to the Stipulation filed concurrently.

Dated: February 8, 2021  Respectfully submitted,

**STECKLER WAYNE COCHRAN PLLC**

 */s/ Stuart L. Cochran*
Stuart L. Cochran
Texas Bar No. 24027936
Braden M. Wayne
Texas Bar No. 24075247
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75219
Telephone: (972) 387-4040
Facsimile: (972) 387-4041
Email: stuart@swclaw.com
　　　　braden@swclaw.com

*Co-Liaison Counsel for the Class*


**THE ROSEN LAW FIRM, P.A.**

 */s/ Phillip Kim*
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Brent J. LaPointe, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: blapointe@rosenlegal.com

*Co-Lead Counsel for the Class*

**HILLIARD MARTINEZ GONZALES LLP**

 /s/ *Marion M. Reilly*
Marion M. Reilly
John B. Martinez
719 South Shoreline, Suite 500
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
marion@hmglawfirm.com
john@hmglawfirm.com

*Co-Liaison Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Reed R. Kathrein*
Reed R. Kathrein
Danielle Smith
Lucas E. Gilmore
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for the Class*

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Defendants' counsel, all of whom are unopposed to the relief sought by this motion.

                                                         */s/ Brent J. LaPointe*
                                                        Brent J. LaPointe

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                         */s/ Stuart L. Cochran*
                                                        Stuart L. Cochran