**EXHIBIT A**

| Event | Deadline for Compliance |
| --- | --- |
| Date for the Settlement Hearing. | Plaintiff suggests one hundred and twenty five (125) days after entry of the Preliminary Approval Order.<br><br>(Preliminary Approval Order ¶ 6). |
| E-Mailing of Summary Notice and Mailing of Postcard Notice | No later than sixteen (16) calendar days following entry of the Preliminary Approval Order.<br><br>(Preliminary Approval Order ¶11). |
| Publication of Summary Notice and Posting of Summary Notice to Website. | No later than sixteen (16) calendar days following entry of the Preliminary Approval Order.<br><br>(Preliminary Approval Order ¶¶16, 17). |
| Deadline for filing Claim Forms. | No later than forty-four (44) calendar days prior to the Settlement Hearing.<br><br>(Preliminary Approval Order ¶ 19(a)). |
| Filing deadline for requests for exclusion. | No later than twenty-one (21) days prior to the Settlement Hearing.<br><br>(Preliminary Approval Order ¶ 21). |
| Date for Plaintiff to file papers in support of the Settlement, the Plan of Allocation and for application for attorneys' fees and reimbursement of expenses. | No later than forty-four (44) days prior to the Settlement Hearing.<br><br>(Preliminary Approval Order ¶ 28). |
| Filing deadline for objections. | No later than twenty-one (21) days prior to the Settlement Hearing.<br><br>(Preliminary Approval Order ¶ 25). |
| Date for Plaintiff to file reply papers in support of the Settlement, the Plan of Allocation and for application for attorneys' fees and reimbursement of expenses. | No later than seven (7) days prior to the Settlement Hearing.<br><br>(Preliminary Approval Order ¶ 29) |