IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMRIT KUMAR and TONY TEP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, and MICHAEL FAUST,<br><br>Defendants. | <u>CLASS ACTION</u><br><br>Case No. 4:19-cv-03089 |

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION, AND CLASS CERTIFICATION**

PLEASE TAKE NOTICE that Lead Plaintiffs Amrit Kumar and Tony Tep, by and through their attorneys, individually and on behalf of all others similarly situated, will and hereby do move this Court on August 12, 2021 at 9:00 a.m., the date and time previously set by the Honorable Andrew S. Hanen, United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002 for an order: (i) finally approving the Proposed Class Action Settlement, (ii) finally approving the Plan of Allocation, and (iii) finally certifying the Proposed Settlement Class.

This motion is based on the accompanying: (i) Memorandum of Law in Support of Co-Lead Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiffs; (ii) the Joint Declaration of Reed M. Kathrein and Philip Kim in Support of (1) Lead Plaintiffs' Motion for Final Approval of Proposed Class Action

1

Settlement, Plan of Allocation, and Class Certification; and (2) Lead Counsels' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Lead Plaintiffs, and the exhibits attached thereto; and (iv) the pleadings and records on file in this action, including the Stipulation and Agreement of Settlement (ECF No. 90) and the exhibits thereto, and other such matters and argument as the Court may consider at the hearing on this motion.

Dated: June 1, 2020                                  Respectfully submitted,

                                                     **STECKLER WAYNE COCHRAN PLLC**

                                                     */s/ Stuart L. Cochran*
                                                     Stuart L. Cochran
                                                     Texas Bar No. 24027936
                                                     Braden M. Wayne
                                                     Texas Bar No. 24075247
                                                     12720 Hillcrest Road, Suite 1045
                                                     Dallas, Texas 75219
                                                     Telephone: (972) 387-4040
                                                     Facsimile: (972) 387-4041
                                                     Email: stuart@swclaw.com
                                                             braden@swclaw.com

                                                     *Co-Liaison Counsel for the Class*

                                                     **THE ROSEN LAW FIRM, P.A.**

                                                     */s/ Phillip Kim*
                                                     Phillip Kim, Esq.
                                                     Laurence M. Rosen, Esq.
                                                     Brent J. LaPointe, Esq.
                                                     275 Madison Avenue, 40th Floor
                                                     New York, New York 10016
                                                     Telephone: (212) 686-1060
                                                     Fax: (212) 202-3827
                                                     Email: pkim@rosenlegal.com
                                                     Email: lrosen@rosenlegal.com
                                                     Email: blapointe@rosenlegal.com

                                                     *Co-Lead Counsel for the Class*

**HILLIARD MARTINEZ GONZALES LLP**

*/s/ Marion M. Reilly*
Marion M. Reilly
John B. Martinez
719 South Shoreline, Suite 500
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
marion@hmglawfirm.com
john@hmglawfirm.com

*Co-Liaison Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Reed R. Kathrein*
Reed R. Kathrein
Danielle Smith
Lucas E. Gilmore
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                            */s/ Stuart L. Cochran*
                                            Stuart L. Cochran