# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| AMRIT KUMAR and TONY TEP, Individually and on Behalf of All Others Similarly Situated,<br><br> Plaintiff,<br><br> v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, and MICHAEL FAUST,<br><br> Defendants. | Case No. 4:19-cv-03089 |

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING:**
**(A) MAILING OF THE POSTCARD NOTICE;**
**(B) PUBLICATION OF THE SUMMARY NOTICE; AND**
**(C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over nineteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over four hundred and twenty-five (425) class action settlements since its inception. Pursuant to the Court's Order Granting Co-Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dated March 15, 2021 (the "Preliminary Approval Order"), SCS was appointed and approved as Claims Administrator in connection with the Settlement of the above-captioned action.[1] I submit this Declaration in order to provide the Court and the Parties

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation and Agreement of Settlement, dated as of January 15, 2021 (the "Stipulation").

information regarding the mailing of the Postcard Notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

### MAILING OF POSTCARD NOTICE

2. To provide actual notice to those persons and entities who purchased common stock of SAExploration Holdings, Inc. ("SAExploration") during the period from March 15, 2016 through February 7, 2020, inclusive (the "Settlement Class Period"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Postcard Notice to potential members of the Settlement Class. A true and correct copy of the Postcard Notice is attached as **Exhibit A**.

3. SCS mailed, by first class mail, postage prepaid, the Postcard Notice to 275 individuals and organizations identified in the transfer records that were provided to SCS. These records reflect persons and entities that purchased SAExploration common stock for their own account, or for the account(s) of their clients, during the Settlement Class Period. The transfer record mailing was completed on March 26, 2021.

4. As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. The names and addresses of these beneficial purchasers are known only to the nominees. SCS maintains a proprietary master list consisting of 670 banks and brokerage companies ("Nominee Account Holders"), as well as 574 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups"). On March 26, 2021, SCS caused a letter to be mailed or e-mailed to the

1,244 nominees contained in the SCS master mailing list.  The letter notified them of the Settlement and requested that within 10 calendar days from the date of the letter, they either (a) send a Postcard Notice to their customers who may be beneficial purchasers/owners; (b) email an electronic version of the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") supplied by SCS to beneficial purchasers/owners; or (c) provide SCS with a list of the names, mailing addresses, and email addresses, to the extent email addresses were available, of such beneficial purchasers/owners so that SCS could promptly mail the Postcard Notice or email the Summary Notice directly to them.  A copy of the letter sent to these nominees is attached as **Exhibit B.**

5.      Following these mailings, SCS received additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that SCS mail a Postcard Notice, and SCS received requests from nominees for Postcard Notices so that the nominees could forward them to their customers.  To date, SCS has mailed a total of 43,691 Postcard Notices.[2] In addition to the 275 Postcard Notices SCS mailed to the individuals and entities listed on the records from SAExploration's transfer agent, we mailed or provided 43,416 Postcard Notices to Nominee Account Holders, Institutional Groups, and other individuals.

6.      In addition to the Postcard Notices mailed, SCS was notified by one of the Nominee Account Holders that they emailed a total of 25,757 of their customers to notify them of this settlement and to provide direct links to the Notice Packet on the Settlement webpage.  A copy of the Notice Packet is attached as **Exhibit C**.

---

[2] Out of the 43,691 Postcard Notices mailed, SCS received 15 requests from potential Settlement Class Members to mail them the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Claim Form") (collectively, the "Notice Packet").

7. On March 26, 2021, SCS also sent the Depository Trust Company ("DTC") the Notice Packet for the DTC to publish on its Legal Notice System ("LENS"). LENS enables DTC participants to search and to download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

8. Out of the 43,691 Postcard Notices mailed, 2,409 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 94, and SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 2,315 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 1,452 were re-mailed to updated addresses.

## PUBLICATION OF THE SUMMARY NOTICE

9. Pursuant to the Preliminary Approval Order, SCS caused the Summary Notice to be published electronically once on the *Globe Newswire* and in print once in the *Investor's Business Daily* on March 29, 2021. The confirmations of publication are included as **Exhibit D** hereto**.**

## TOLL-FREE PHONE LINE

10. SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice Packet. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## SETTLEMENT WEBPAGE

11. On March 24, 2021, SCS established a webpage for the Settlement on its website at www.strategicclaims.net/saexploration/. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status of the case; the deadlines for the case; the online

claim filing link; important documents such as the Notice Packet, the Preliminary Approval Order, and the Stipulation and exhibits.

## REPORT ON EXCLUSIONS AND OBJECTIONS

12.    The Postcard Notice, Summary Notice, Notice, and the Settlement Webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than June 24, 2021.  SCS has been monitoring all mail delivered for this case.  As of the date of this Declaration, SCS has received one request for exclusion; however, it is invalid as it did not provide the requested SAExploration transaction information and documentation.  **Exhibit E** is a copy of the exclusion request.

13.    According to the Postcard Notice, Summary Notice, Notice, and the Settlement Webpage, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, Plaintiffs' Counsel's motion for attorneys' fees and expenses or application for an Award to Plaintiffs, are required to submit their objection in writing such that the request is received by Plaintiffs' Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than June 24, 2021.  As of the date of this Declaration, SCS has neither received any objections nor been notified that Plaintiffs' Counsel has received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of June 2021, in Media, Pennsylvania.

*Josephine B ravata*

Josephine Bravata

EXHIBIT A

SAExploration Holdings, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

*You may be entitled to a payment.*
*This Notice may affect your legal rights.*

*Please read it carefully.*

*Amrit Kumar and Tony Tep v. SAExploration Holdings, Inc., et al., Case No. 4:19-cv-03089 (S.D. Tex.)*
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

There has been a proposed Settlement of claims against SAExploration Holdings, Inc. ("SAExploration") and certain of its officers and directors (collectively, "Defendants"). The Settlement resolves a lawsuit in which Plaintiffs allege that, in violation of the federal securities laws, Defendants misled investors, issuing materially false and misleading statements and causing damages to Settlement Class Members. Defendants deny any wrongdoing.

You received this notice because you or someone in your family may have purchased SAExploration Common Stock between March 15, 2016 and February 7, 2020, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for the settlement and dismissal and release of Defendants, a fund consisting of $3,550,000 in cash ("Settlement Fund"), less attorneys' fees and expenses, will be divided among all Settlement Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation and Agreement of Settlement at www.strategicclaims.net/SAExploration/. You may request a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim by contacting the Claims Administrator in any of the following ways: (1) mail: *SAExploration Holdings, Inc. Securities Litigation*, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll-free, (866) 274-4004; (3) fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) website: www.strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. A copy of the Proof of Claim can be found on the website. The website also contains a link to the online filing system where you can submit an electronic version of the Proof of Claim. PROOFS OF CLAIM ARE DUE BY JUNE 24, 2021 TO THE CLAIMS ADMINISTRATOR AT THE ABOVE ADDRESS OR SUBMITTED ELECTRONICALLY THROUGH THE ONLINE FILING SYSTEM AT WWW.STRATEGICCLAIMS.NET. If you do not want to be legally bound by the Settlement, you must exclude yourself by June 24, 2021, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by June 24, 2021. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on August 12, 2021 at 9:00 a.m. at the Bob Casey United States Courthouse, 515 Rusk Street, Courtroom 9110, Houston, TX, 77002, or via telephonic or other virtual means at the Court's direction, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Plaintiffs' Counsel for up to one-third of the Settlement Fund in attorneys' fees, plus actual expenses, for litigating the case and negotiating the Settlement. You may attend the hearing and ask to be heard by the Court, but you don't have to. For more information, call toll-free (866) 274-4004, or visit the website, www.strategicclaims.net.

**EXHIBIT B**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202        EMAIL: info@strategicclaims.net   FAX: (610) 565-7985

March 26, 2021

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS OR ENTITIES WHO PURCHASED COMMON STOCK OF SAEXPLORATION HOLDINGS, INC. ("SAEXPLORATION" OR THE "COMPANY") DURING THE PERIOD MARCH 15, 2016 THROUGH FEBRUARY 7, 2020, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are: (i) Defendants and their immediate family members; (ii) each of the foregoing's respective subsidiaries; (iii) their past and current officers and directors; (iv) their legal representatives, heirs, successors, or assigns; (v) any entity in which any of the foregoing excluded persons have or had a controlling interest.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *SAExploration Holdings, Inc. Securities Litigation*<br>Case No. 4:19-cv-03089<br>Claim Filing Deadline: June 24, 2021<br>Exclusion Deadline: June 24, 2021<br>Objection Deadline: June 24, 2021<br>Settlement Hearing: August 12, 2021 | Cusip Numbers: 78636X105, 78636X204, and 78636X873 |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE</u>

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of the Summary Notice or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice you have ten (10) calendar days to mail them; or
4. Request a copy of the Summary Notice in electronic format and advise us that you will email the Summary Notice to your beneficial purchasers/owners within ten (10) calendar days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.05 per email if you email the Summary Notice** OR
- **$0.05 per name and address or email address** if you are providing us the records OR
- **$0.05 per name and address, including materials, plus postage at the current postcard rate used by the Claims Administrator if** you are requesting postcards and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of the legal matter. A copy of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim Form and Release Form and all the important documents are available on our website at www.strategicclaims.net/SAExploration/. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
SAExploration Holdings, Inc. Securities Litigation

EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| AMRIT KUMAR and TONY TEP, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, and MICHAEL FAUST, <br><br> Defendants. | Case No. 4:19-cv-03089 |

**NOTICE OF PENDENCY AND**
**PROPOSED SETTLEMENT OF CLASS ACTION**

If you purchased Common Stock of SAExploration Holdings, Inc. ("SAExploration" or the "Company") during the period from March 15, 2016 through February 7, 2020, both dates inclusive ("Settlement Class Period"), you could get a payment from a proposed class action settlement ("Settlement") in the case styled as *Kumar, et al. v. SAExploration Holdings, Inc., et al.,* No. 4:19-cv-03089, pending in the United States District Court for the Southern District of Texas (the "Action").

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide three million five hundred fifty thousand dollars ($3,550,000) ("Settlement Amount") gross, plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased SAExploration Common Stock during the Settlement Class Period.

- The Settlement represents an estimated average recovery of $.83 per share of SAExploration for the approximately 4.3 million shares outstanding at the end of the Settlement Class Period. A share may have been traded more than once during the Settlement Class Period. **This estimate solely reflects the average recovery per outstanding share of SAExploration Common Stock. The indicated average recovery per share will be the total average recovery for all purchasers of that share. This is not an estimate of the actual recovery per share you should expect.** Your actual recovery will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold SAExploration Common Stock, and the total number of claims filed.

- Attorneys for Plaintiffs ("Plaintiffs' Counsel") intend to ask the Court to award them fees of up to one third plus interest of the Settlement Amount (up to $1,183,333.33, plus interest), reimbursement of litigation expenses of no more than $50,000, and an Award to Lead Plaintiffs collectively not to exceed $10,000 (up to $5,000 each). Collectively, the attorneys' fees and expenses and Award to Lead Plaintiffs are estimated to average $.29 per affected share of SAExploration. If approved by the Court, these amounts will be paid from the Settlement Fund.

1

- The approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is an average of $.54 per affected share of SAExploration Common Stock. This estimate is based on the assumptions set forth in the preceding paragraph. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold SAExploration Common Stock, the purchase and sale prices, and the total number and amount of claims filed.
- The Settlement resolves the Action concerning whether SAExploration and certain of its officers and directors, Jeff Hastings, Brian Beatty, Brent Whiteley, L. Melvin Cooper, Gary Dalton, David D. Sgro, Gregory R. Monahan, and Michael Faust (collectively, "Defendants") violated federal securities laws by allegedly making misrepresentations and/or omissions of material fact in various filings with the U.S. Securities and Exchange Commission and in other public statements to the investing public concerning SAExploration's internal controls and results of operations. Defendants have denied and continue to deny each, any, and all allegations of wrongdoing, fault, liability, or damage whatsoever asserted by Plaintiffs. Defendants have also denied, *inter alia*, the allegations that Plaintiffs or the Settlement Class have suffered damages or that Plaintiffs or the Settlement Class were harmed by the conduct alleged in the Action. Defendants continue to believe the claims asserted against them in the Action are without merit.
- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

### YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **SUBMIT A CLAIM FORM NO LATER THAN JUNE 24, 2021** | The only way to get a payment. |
| **EXCLUDE YOURSELF NO LATER THAN JUNE 24, 2021** | Get no payment. This is the only option that allows you to ever be part of any other lawsuit against the Defendants or the other Defendants' Releasees (as defined in the Stipulation) about the legal claims in this case. |
| **OBJECT NO LATER THAN JUNE 24, 2021** | Write to the Court about why you do not like the Settlement. |
| **GO TO A HEARING ON AUGUST 12, 2021** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | Get no payment. Give up rights. |

- **These rights and options – and the deadline to exercise them – are further explained in this Notice.  Please note: the date and time of the Settlement Hearing – currently scheduled for August 12, 2021 at 9:00 a.m. – is subject to change without further notice to the Settlement class.   If you plan to attend the hearing, you should check the website www.strategicclaims.net/SAExploration/  or with Co-Lead Counsel as set forth herein to confirm that no change to the date and/or time of the hearing has been made.**

2

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or any other questions by Settlement Class Members should be directed to:

SAExploration Holdings, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Telephone: (866) 274-4004
Facsimile: (610) 565-7985
info@strategicclaims.net

**or**

| Plaintiffs' Counsel | |
|---|---|
| Reed R. Kathrein, Esq. | Phillip Kim |
| HAGENS BERMAN SOBOL SHAPIRO LLP | THE ROSEN LAW FIRM, P.A. |
| 715 Hearst Avenue, Suite 202 | 275 Madison Avenue, 40th Floor |
| Berkeley, CA 94710 | New York, NY 10016 |
| Telephone: (510) 725-3000 | Telephone: (212) 686-1060 |
| Facsimile: (510) 725-3001 | Facsimile: (212) 202-3827 |
| reed@hbsslaw.com | pkim@rosenlegal.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated January 15, 2021 ("Stipulation").

## COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

1.    **Why did I get this Notice?**
You or someone in your family may have acquired SAExploration Common Stock between March 15, 2016 and February 7, 2020, both dates inclusive.

2.    **What is this lawsuit about?**
The case is known as *Amrit Kumar and Tony Tep v. SAExploration Holdings, Inc., et al.*, Case No. 4:19-cv-03089 (S.D. Tex.) ("Action"). The Court in charge of the case is the United States District Court for the Southern District of Texas.

The Action involves allegations that Defendants violated certain federal securities laws by making misrepresentations or omissions of material fact concerning SAExploration's internal controls and results of operations. The Amended Class Action Complaint ("Complaint") alleges that once true facts were disclosed, SAExploration's share price plummeted. Defendants have denied and continue to deny each, any, and all allegations of wrongdoing, fault, liability, or damage whatsoever asserted in the Action. Neither the Settlement nor Stipulation shall in any event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury, or damages, or of any wrongful conduct, acts, or omissions on the part of any of the Released Parties, or of any infirmity of any defense, or of any damages to the Plaintiffs or any other Settlement Class Member.

3

The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims, whether known or unknown.

**3.    Why is this a class action?**
In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.    Why is there a Settlement?**
Plaintiffs and Defendants do not agree regarding the merits of Plaintiffs' allegations and Defendants' defenses with respect to liability or the average amount of damages per share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Defendants disagree include: (1) whether the challenged statements were materially false or misleading or otherwise actionable under federal securities law; (2) whether the alleged disclosures were corrective disclosures; (3) the causes of the loss in the value of SAExploration Common Stock; and (4) the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial and the Court has not decided in favor of either Plaintiffs or Defendants. Instead, Plaintiffs and Defendants have agreed to settle the case. Plaintiffs and Plaintiffs' Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by Defendants. Among the reasons that Plaintiffs and Plaintiffs' Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they will be able to prove that any challenged statement was false or misleading, that the alleged misstatements and omissions actually caused the Settlement Class any damages, and the amount of damages, if any.

Even if Plaintiffs were to win at trial, and also prevail on any on appeal, Plaintiffs might not be able to collect some, or all, of any judgment they could be awarded. Moreover, while litigation of this type is usually expensive, there is also a significant risk that, even if Plaintiffs' allegations were found to be true, the total amount of damages to which Settlement Class Members would be entitled could be substantially reduced.

**5.    How do I know if I am part of the Settlement?**
The Settlement Class consists of those persons who purchased SAExploration Common Stock[1] from March 15, 2016 through February 7, 2020, both dates inclusive, except that excluded from the Settlement Class are: (i) Defendants and their immediate family members; (ii) each of the foregoing's respective subsidiaries; (iii) their past and current officers and directors; (iv) their legal representatives, heirs, successors, or assigns; (v) any entity in which any of the foregoing excluded Persons have or had a controlling interest; and (vi) Persons who have no compensable damages. Also excluded from the Settlement Class are persons or entities who or which exclude themselves by submitting a request for exclusion in accordance with the requirements set forth in this Notice that is accepted by the Court.

---

[1] During the Settlement Class Period, SAExploration Common Stock was listed on the NASDAQ stock market under the ticker symbol "SAEX."

6.      **Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are (i) Opt-Outs, *i.e.*, those Persons who timely and validly request exclusion from the Settlement Class, and (ii) Defendants, each of their subsidiaries, their past and current officers and directors, during the Settlement Class Period, and the immediate family members, legal representatives, heirs, successors, or assigns of such excluded persons, and any entity in which any excluded Person has or had a controlling interest.

7.      **What can I do if I am still not sure whether I am included?**

If you are still not sure whether you are included, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004 or by facsimile at (610) 565-7985, or visit the website at www.strategicclaims.net/SAExploration/, or fill out and return the Proof of Claim and Release Form described in Question 9 to see if you qualify.

8.      **What does the Settlement provide?**

a.      **What is the Settlement Fund?**

The proposed Settlement provides for Defendants and/or Defendants' insurers to pay three million five hundred fifty thousand dollars ($3,550,000) into a settlement fund ("Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Plaintiffs' Counsel, and any Award to Lead Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining ("Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.

b.      **What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed; (ii) the dates you purchased and sold SAExploration Common Stock; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amount awarded by the Court to Plaintiffs' Counsel for attorneys' fees, costs, and expenses and to Plaintiffs.

The Claims Administrator will determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's valid "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Stipulation or by order of the Court under the below proposed Plan of Allocation ("Authorized Claimants"), which reflects Plaintiffs' contention that the price of SAExploration securities declined following disclosure of omitted material information.

5

Defendants have denied and continue to deny these allegations and any and all allegations of wrongdoing, fault, liability, or damage whatsoever asserted in the Action.

The proposed Plan of Allocation set forth herein is the plan that is being proposed to the Court for its approval by Plaintiffs after consultation with their damages expert.  The Court may approve this plan as proposed or it may modify the Plan of Allocation without further notice to the Settlement Class.  Any orders regarding any modification of the Plan of Allocation will be posted on the settlement website: www.strategicclaims.net/SAExploration/.  The Plan of Allocation is a matter separate and apart from the proposed settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed settlement. Defendants have had, and will have, no involvement or responsibility for the terms or application of the Plan of Allocation.

### PROPOSED PLAN OF ALLOCATION OF THE NET SETTLEMENT FUND

The objective of the proposed Plan of Allocation is to equitably distribute the Net Settlement Fund proceeds among Authorized Claimants based on their respective alleged economic losses as a result of the alleged false and misleading statements, as opposed to losses caused by market- or industry-wide factors, or Company-specific factors unrelated to the alleged false and misleading statements. the Plan of Allocation was created with the assistance of a consulting damages expert and is based on certain statements that Plaintiffs allege were false and misleading, and that the price of the security allegedly changed in reaction to the public announcements that allegedly corrected the misrepresentations and omissions alleged by Plaintiffs. The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement.  The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members.  Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net/SAExploration/.

The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants.  To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph.  If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). No distribution will be made on a claim where the potential distribution amount is less than fifteen dollars ($15.00) in cash.

For each share of SAExploration Common Stock purchased or otherwise acquired during the Settlement Class Period (*i.e.*, March 15, 2016 through February 7, 2020, inclusive), the Recognized Loss per share shall be calculated as follows:

### THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:
(I)   **Recognized Loss for the Company's Common Stock Purchased or Otherwise Acquired During the Settlement Class Period will be calculated as follows:**
   (A)   For shares purchased or otherwise acquired during the Settlement Class Period and sold during the Settlement Class Period, the Recognized Loss per share will be the *lesser*

6

of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below) less the inflation per share upon sale (as set forth in Inflation Table A below); or (2) the purchase price per share minus the sales price per share.

(B)      For shares purchased or otherwise acquired during the Settlement Class Period and sold during the period from February 10, 2020 to May 7, 2020, inclusive, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the difference between the purchase price per share and the average closing share price as of date of sale provided in Table B below.

(C)      For shares purchased or otherwise acquired during the Settlement Class Period and retained as of the close of trading on May 7, 2020, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the purchase price per share minus $1.67[2] per share.

| INFLATION TABLE A | |
|---|---|
| **Period** | **Inflation (Split-Adjusted)** |
| March 15, 2016 to November 3, 2016, inclusive | $3.61 per share |
| November 4, 2016 to August 21, 2017, inclusive | $2.14 per share |
| August 22, 2017 to March 25, 2019, inclusive | $1.83 per share |
| March 26, 2019 to August 15, 2019, inclusive | $1.50 per share |
| August 16, 2019 to January 26, 2020, inclusive | $.48 per share |
| January 27, 2020 to February 7, 2020, inclusive | $.10 per share |
| After February 7, 2020 | $.00 per share |

---

[2] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated."  $1.67 per share was the mean (average) daily closing trading price of the Company's shares during the 90-day period beginning on February 10, 2020 through and including on May 7, 2020.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Table B** | | | | | | |
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 2/10/2020 | $2.75 | $2.75 | | 3/25/2020 | $1.16 | $1.85 |
| 2/11/2020 | $2.70 | $2.73 | | 3/26/2020 | $1.47 | $1.84 |
| 2/12/2020 | $2.65 | $2.70 | | 3/27/2020 | $1.37 | $1.83 |
| 2/13/2020 | $2.70 | $2.70 | | 3/30/2020 | $1.03 | $1.81 |
| 2/14/2020 | $2.60 | $2.68 | | 3/31/2020 | $1.09 | $1.79 |
| 2/18/2020 | $2.47 | $2.64 | | 4/1/2020 | $1.15 | $1.77 |
| 2/19/2020 | $2.46 | $2.62 | | 4/2/2020 | $1.28 | $1.76 |
| 2/20/2020 | $2.56 | $2.61 | | 4/3/2020 | $1.18 | $1.74 |
| 2/21/2020 | $2.43 | $2.59 | | 4/6/2020 | $1.21 | $1.73 |
| 2/24/2020 | $2.31 | $2.56 | | 4/7/2020 | $1.31 | $1.72 |
| 2/25/2020 | $2.39 | $2.55 | | 4/8/2020 | $1.25 | $1.71 |
| 2/26/2020 | $2.33 | $2.53 | | 4/9/2020 | $1.23 | $1.70 |
| 2/27/2020 | $2.00 | $2.49 | | 4/13/2020 | $1.19 | $1.69 |
| 2/28/2020 | $1.91 | $2.45 | | 4/14/2020 | $1.17 | $1.68 |
| 3/2/2020 | $2.17 | $2.43 | | 4/15/2020 | $1.16 | $1.67 |
| 3/3/2020 | $2.05 | $2.40 | | 4/16/2020 | $1.21 | $1.66 |
| 3/4/2020 | $2.15 | $2.39 | | 4/17/2020 | $1.07 | $1.64 |
| 3/5/2020 | $1.96 | $2.37 | | 4/20/2020 | $1.14 | $1.63 |
| 3/6/2020 | $1.91 | $2.34 | | 4/21/2020 | $2.22 | $1.65 |
| 3/9/2020 | $1.41 | $2.30 | | 4/22/2020 | $2.17 | $1.66 |
| 3/10/2020 | $1.32 | $2.25 | | 4/23/2020 | $1.88 | $1.66 |
| 3/11/2020 | $1.31 | $2.21 | | 4/24/2020 | $1.97 | $1.67 |
| 3/12/2020 | $1.25 | $2.16 | | 4/27/2020 | $1.95 | $1.67 |
| 3/13/2020 | $1.27 | $2.13 | | 4/28/2020 | $1.91 | $1.68 |
| 3/16/2020 | $1.07 | $2.09 | | 4/29/2020 | $2.00 | $1.68 |
| 3/17/2020 | $1.12 | $2.05 | | 4/30/2020 | $1.80 | $1.68 |
| 3/18/2020 | $1.00 | $2.01 | | 5/1/2020 | $1.70 | $1.68 |
| 3/19/2020 | $1.21 | $1.98 | | 5/4/2020 | $1.70 | $1.68 |
| 3/20/2020 | $1.08 | $1.95 | | 5/5/2020 | $1.20 | $1.68 |
| 3/23/2020 | $1.17 | $1.92 | | 5/6/2020 | $1.27 | $1.67 |
| 3/24/2020 | $1.18 | $1.90 | | 5/7/2020 | $1.78 | $1.67 |
| 3/25/2020 | $1.16 | $1.88 | | | | |

To the extent a claimant had a trading gain or "broke even" from his, her or its overall transactions in the Company's shares during the Settlement Class Period, the value of the Recognized Loss will be zero and the claimant will not be entitled to a share of the Net Settlement Fund. To the extent that a claimant suffered a trading loss on his, her or its overall transactions in the Company's shares during the Settlement Class Period, but that trading loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the claimant's actual trading loss.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all your purchases and sales of Company shares during the period March 15, 2016 through and including May 7, 2020. SAExploration shares purchased or otherwise acquired and sold during the Settlement Class Period must have been sold at a loss and after an alleged corrective disclosure to qualify as a Recognized Loss. Trading gains, if any, will have a Recognized Loss of $0.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Claim Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

The payment you receive will reflect your proportionate share of the Net Settlement Fund. Such payment will depend on the number of eligible securities that participate in the Settlement, and when those securities were purchased and sold. The number of claimants who send in claims varies widely from case to case.

Acquisition by Gift, Inheritance, or Operation of Law: If a Settlement Class Member acquired SAExploration Common Stock during the Settlement Class Period by way of gift, inheritance or operation of law, such a claim will be computed by using the date and price of the original purchase and not the date and price of transfer.

Notwithstanding any of the above, receipt of SAExploration Common Stock during the Settlement Class Period in exchange for securities of any other corporation or entity shall not be deemed a purchase or sale of SAExploration Common Stock.

The first-in, first-out basis ("FIFO") will be applied to purchases, acquisitions and sales. Settlement Class Period sales will be matched first against any holdings at the beginning of the Settlement Class Period, and then against purchases or acquisitions in chronological order, beginning with the earliest purchase or acquisition made during the Settlement Class Period. You must provide all your purchases and sales of Company shares during the period March 15, 2016 through and including May 7, 2020. SAExploration shares purchased or otherwise acquired and sold during the Settlement Class Period must have been sold at a loss and after an alleged corrective disclosure to qualify as a Recognized Loss. Trading gains, if any, will have a Recognized Loss of $0.

The date of covering a "short sale" is deemed to be the date of purchase of shares. The date of a "short sale" is deemed to be the date of sale of shares. In accordance with the Plan of Allocation, however, the Recognized Loss on "short sales" is zero. In the event that a claimant has an opening short position in SAExploration Common Stock, the earliest Settlement Class Period purchases

9

shall be matched against such opening short position and not be entitled to a recovery until that short position is fully covered.

With respect to SAExploration Common Stock purchased or sold through the exercise of an option, the purchase/sale date of the stock shall be the exercise date of the option and the purchase/sale price of the stock shall be the closing price of SAExploration Common Stock on the date of exercise. Any Recognized Loss arising from purchases of SAExploration Common Stock acquired during the Settlement Class Period through the exercise of an option on SAExploration Common Stock[3] shall be computed as provided for other purchases of SAExploration Common Stock in the Plan of Allocation.

Payment according to the Plan of Allocation will be deemed conclusive against all Authorized Claimants. A Recognized Loss will be calculated as defined herein and cannot be less than zero.

Settlement Class Members who do not submit acceptable Proof of Claim and Release Forms will not share in the Settlement proceeds. The Settlement and the Order and Final Judgment dismissing this Action will nevertheless bind Settlement Class Members who do not submit a request for exclusion and who do not submit an acceptable Proof of Claim and Release Form.

Please contact the Claims Administrator or Plaintiffs' Counsel if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim and Release Form. If you are unsatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Settlement Class Members and the claims-administration process, to decide the issue by submitting a written request.

Defendants, their respective counsel, and all other Defendants' Releasees will have no responsibility or liability whatsoever for the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim. Lead Plaintiffs, Plaintiffs' Counsel and Claims Administrator, likewise, will have no liability for their reasonable efforts to execute, administer, and distribute the Settlement.

Distributions will be made to Authorized Claimants after all claims have been processed and after the Court has finally approved the Settlement. If any funds remain in the Net Settlement Fund by reason of uncashed distribution checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distributions, any balance remaining in the Net Settlement Fund after at least six (6) months after the initial distribution of such funds will be used in the following fashion: (a) first, to pay any amounts mistakenly omitted from the initial disbursement; (b) second, to pay any additional settlement administration fees, costs, and expenses, including those of Plaintiffs' Counsel as may be approved by the Court; and (c) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $15.00, after payment of the estimated costs, expenses, or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. These redistributions shall be repeated, if economically feasible, until the balance remaining in the Net Settlement Fund is *de*

---

[3] Including (1) purchases of SAExploration Common Stock as the result of the exercise of a call option, and (2) purchases of SAExploration Common Stock by the seller of a put option as a result of the buyer of such put option exercising that put option.

*minimis* and such remaining balance will then be distributed to a non-sectarian, not-for-profit organization identified by Plaintiffs' Counsel and approved by the Court.

**9.   How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This Proof of Claim and Release Form is attached to this Notice. You may also obtain a Proof of Claim and Release Form on the Internet at www.strategicclaims.net/SAExploration/. Read the instructions carefully, fill out the form, sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/SAExploration/ by 11:59 p.m. EST on June 24, 2021; or (2) by mailing the claim form together with all documentation requested in the form, postmarked no later than June 24, 2021, to:

> SAExploration Holdings, Inc. Securities Litigation
> c/o Strategic Claims Services
> P.O. Box 230
> 600 N. Jackson St., Ste. 205
> Media, PA 19063
> Fax: (610) 565-7985
> info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

**10.   What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the June 24, 2021 deadline, you will remain a member of the Settlement Class and will be bound by the release of claims against Defendants and other Defendants' Releasees if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates shall be deemed to have, and by operation of law and of the Final Judgment, shall have, fully, finally, and forever released, relinquished, compromised, settled, resolved, waived and discharged (agreeing never to sue, continue to sue, or be part of any other lawsuit) Defendants and other Defendants' Releasees any and all claims which arise out of, are based upon, or relate in any way to the purchase or acquisition of SAExploration Common Stock during the Settlement Class Period, and shall forever be barred and enjoined from prosecuting any and all of the Plaintiffs' Released Claims against any of the Defendants' Releasees.  It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, acquisitions, sale, or ownership of SAExploration Common Stock during the Settlement Class Period. The specific terms of the release are included in the Stipulation.

The parties acknowledge that they may hereafter discover facts in addition to or different from those which he, she, or it or their counsel now knows or believes to be true with respect to the subject matter of the Released Claims, but, upon the Effective Date, Plaintiffs and Defendants shall expressly settle and release, and each of the Settlement Class Members and Plaintiff Releasees shall be deemed to have, and, by operation of law shall have, settled and released, any and all Released Claims without regard to the subsequent discovery or existence of such different or additional facts.

11

11.    **How do I get out of the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Defendants' Releasees on your own about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement Class. To exclude yourself from the Settlement Class, you must mail a letter that (A) clearly indicates your name, address, phone number, and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Amrit Kumar and Tony Tep v. SAExploration Holdings, Inc., et al.*, Case No. 4:19-cv-03089 (S.D. Tex.)," and (B) states the date, number of shares, and dollar amount of each SAExploration Common Stock purchase or acquisition during the Settlement Class Period, and any sale transactions, and the number of shares of SAExploration Common Stock held by you as of February 7, 2020. In order to be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase and, if applicable, sale transaction of SAExploration Common Stock during the Settlement Class Period and (ii) demonstrating your status as a beneficial owner of the SAExploration Common Stock. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than June 24, 2021, to the Claims Administrator at the following address:

SAExploration Holdings, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

You cannot exclude yourself by telephone or by e-mail.

If you properly exclude yourself from the Settlement Class, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case. Excluding yourself from the Settlement Class is the only option that allows you to be part of any current or future lawsuit against Defendants or Defendants' Releasees concerning the Released Plaintiffs' Claims. Please note, however, if you decide to exclude yourself from the Settlement Class, you may be time-barred from asserting the claims covered by the action by a statute of repose. In addition, Defendants and Defendants' Releasees will have the right to assert any and all defenses they may have to any claims that you may seek to assert.

12.    **If I do not exclude myself, can I sue Defendants or the other Defendants' Releasees for the same thing later?**

No. Unless you followed the procedure outlined in this Notice to exclude yourself, you give up any right to sue Defendants or other Defendants' Releasees for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, because you must exclude yourself from this Settlement Class to continue your own lawsuit.

13.    **Do I have a lawyer in this case?**

The Court appointed Hagens Berman Sobol Shapiro LLP and The Rosen Law Firm, P.A. as Co-Lead Counsel for the Class (collectively, "Plaintiffs' Counsel"), to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one

at your own expense. Contact information for Plaintiffs' Counsel is provided above.  Questions about this Notice or the Settlement should be directed to Plaintiffs' Counsel.  Do not contact Defendants or their counsel regarding this Notice or the Settlement.

**14.    How will the lawyers be paid?**

Plaintiffs' Counsel have expended considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Plaintiffs' Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Plaintiffs' Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Plaintiffs' Counsel will file a motion asking the Court at the Settlement Hearing to make an award of attorneys' fees in an amount not to exceed one third plus interest of the Settlement Amount $1,183,333.33, plus interest, reimbursement of litigation expenses of no more than $50,000 and an Award to Lead Plaintiffs collectively not to exceed $10,000 (up to $5,000 each). The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.    How do I tell the Court that I do not like the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, Plaintiffs' Counsel's motion for attorneys' fees and expenses or application for an Award to Plaintiffs, and that you think the Court should not approve the Settlement, by mailing a letter stating that you object to the Settlement in the matter of *Amrit Kumar and Tony Tep v. SAExploration Holdings, Inc., et al.*, Case No. 4:19-cv-03089 (S.D. Tex.). Be sure to include (1) your name, address, and telephone number; (2) a list of all purchases and sales of SAExploration Common Stock during the Settlement Class Period in order to show membership in the Settlement Class; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address, and telephone number of all counsel, if any, who represent you, including your former or current counsel who may be entitled to compensation in connection with the objection; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case.  You cannot ask the Court to order a larger settlement; if the Court denies approval of the Settlement, no Settlement payments will be distributed and the Action will continue.

Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies of any objections, papers, and briefs to **each** of the addresses listed below, to be received no later than June 24, 2021:

| CLERK OF THE COURT: | PLAINTIFFS' COUNSEL: | DEFENDANTS' COUNSEL: |
|---|---|---|
| United States District Court Southern District of Texas 515 Rusk Street, Room 9110 Houston, TX 77002 | Reed R. Kathrein, Esq. HAGENS BERMAN SOBOL SHAPIRO LLP 715 Hearst Avenue, Suite 202 Berkeley, CA 94710<br><br>Phillip Kim, Esq. THE ROSEN LAW FIRM, P.A. 275 Madison Avenue, 40th Floor New York, NY 10016 | Yvette Ostolaza, Esq. SIDLEY AUSTIN LLP 2021 McKinney Avenue, Suite 2000 Dallas, TX 75201<br><br>Jeffrey S. Johnson VINSON & ELKINS LLP 1001 Fannin Street, Suite 2500 Houston, TX 77002<br><br>Robert Manley McKOOL SMITH, P.C. 300 Crescent Court, Suite 1500 Dallas, TX 75201<br><br>Samy Khalil GERGER KHALIL HENNESSY & McFARLANE LLP First City Tower 1001 Fannin Street, Suite 2450 Houston, TX 77002<br><br>John Kinchen HUGHES ARRELL KINCHEN LLP 1221 McKinney, Suite 3150 Houston, TX 77010 |

16.  **What is the difference between objecting and requesting exclusion?**
Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

17.  **When and where will the Court decide whether to approve the Settlement?**
The Court will hold a Settlement Hearing on August 12, 2021, at 9:00 a.m., before the Honorable Andrew S. Hanen, at the United States District Court, Southern District of Texas, Courtroom 9110, 515 Rusk Street, Houston, Texas 77002. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. In the event the Court decides to hold the Settlement Hearing telephonically or by other virtual means, Co-Lead Counsel will cause the

14

Claims Administrator to update its website, on the page dedicated to this Settlement, to note the telephonic or other virtual means for the Settlement Hearing.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve the Settlement. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide how much to pay Plaintiffs' Counsel for attorneys' fees and expenses and how much to award Lead Plaintiffs.

**18.     Do I have to come to the hearing?**
No. Plaintiffs' Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.     What happens if I do nothing at all?**
If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Defendants' Releasees about the Released Claims (as defined in the Stipulation) ever again.

### SPECIAL NOTICE TO SECURITIES BROKERS AND OTHER NOMINEES

If, between March 15, 2016 and February 7, 2020, both dates inclusive, you purchased, otherwise acquired, or sold SAExploration Common Stock for the beneficial interest of a person or organization other than yourself, the Court has directed that, WITHIN TEN (10) DAYS OF YOUR RECEIPT OF NOTICE, you either (a) provide to the Claims Administrator the name, last known address, and email address, if an email address is available, of each person or organization for whom or which you purchased such SAExploration Common Stock during such time period; (b) request an electronic copy of the Summary Notice and email the Summary Notice in electronic format to each beneficial owner for whom you are nominee or custodian within ten (10) days after receipt thereof; or (c) request additional copies of the Postcard Notice, which will be provided to you free of charge, and within ten (10) days mail the Postcard Notice directly to the beneficial owners of the SAExploration Common Stock. If you choose to follow alternative procedures (b) or (c), the Court has directed that, upon such mailing or emailing, you send a statement to the Claims Administrator confirming that the mailing or emailing was made as directed. You are entitled to reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing, up to a maximum of $0.05 plus postage at the pre-sort rate unit by the Claims Administrator per Postcard Notice mailed, $0.05 per Summary Notice emailed, or $0.05 per name and address provided to the Claims Administrator. Those expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on page 3 above.

**DO NOT CALL OR WRITE DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE.**

DATED: MARCH 16, 2021

BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

## PROOF OF CLAIM AND RELEASE FORM

**Deadline for Submission:  June 24, 2021**

If you purchased SAExploration Holdings, Inc. ("SAExploration") Common Stock during the period from March 15, 2016 through February 7, 2020, both dates inclusive ("Settlement Class Period"), you are a "Settlement Class Member" and you may be entitled to share in the settlement proceeds.

Excluded from the Settlement Class are: (i) Defendants and their immediate family members; (ii)  each of the foregoing's respective subsidiaries; (iii) their past and current executive officers and directors; (iv) their legal representatives, heirs, successors, or assigns; and (v) any entity in which any of the foregoing excluded Persons have or had a controlling interest; and (vi) Persons who have no compensable damages. Also excluded are Persons or entities who or which exclude themselves by submitting requests for exclusion in accordance with the requirements set forth in the Notice and that is accepted by the Court.

If you are a Settlement Class Member, you must complete and submit this form in order to be eligible for any settlement benefits.

You must complete and sign this Proof of Claim and Release Form ("Proof of Claim and Release Form"). You can complete and submit the electronic version of this Proof of Claim and Release Form by 11:59 p.m. EST on June 24, 2021 at www.strategicclaims.net or mail this Proof of Claim and Release Form by first class mail, postmarked no later than  June 24, 2021 to Strategic Claims Services, the Claims Administrator, at the following address:

SAExploration Holdings, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY JUNE 24, 2021 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION.  DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR.

IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM AND RELEASE FORM, YOU WILL NOT SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE ORDER AND FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM AND RELEASE FORM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

## CLAIMANT'S STATEMENT

1. I (we) purchased SAExploration Holdings, Inc. ("SAExploration") Common Stock during the Settlement Class Period. (Do not submit this Proof of Claim and Release Form if you did not purchase SAExploration Common Stock during the Settlement Class Period.)

2. By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [*e.g.*, as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3. I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim and Release Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim and Release Form.

4. I (we) have set forth where requested below all relevant information with respect to each purchase of SAExploration Common Stock during the period from March 15, 2016 through May 7, 2020, inclusive, and each sale, if any, of such securities. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5. I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of SAExploration Common Stock listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6. I (we) understand that the information contained in this Proof of Claim and Release Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivatives securities such as options.)

7. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise, and discharge by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers, and assigns (or, if I am [we are] submitting this Proof of Claim and Release Form on behalf of a

17

corporation, a partnership, estate, or one or more other persons, by it, him, her, or them, and by its, his, her, or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Defendants' Releasees" of all "Released Plaintiffs' Claims," as those terms are defined in the Stipulation.

8.   Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers, and assigns (or, if I am [we are] submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate, or one or more other persons, by it, him, her, or them, and by its, his, her, or their heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Released Plaintiffs' Claims against any of the Defendants' Releasees.

9.   "Defendants' Releasees" has the meaning laid out in the Stipulation.

10.  "Released Plaintiffs' Claims" has the meaning laid out in the Stipulation.

11.  "Unknown Claims" has the meaning laid out in the Stipulation.

12.   I (we) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

13.  NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. If you are a Representative Filer, you must contact the Claims Administrator at efile@strategicclaims.net or visit their website at www.strategicclaims.net to obtain the required file layout. Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection.  All Representative Filers MUST also submit a manually signed Proof of Claim and Release Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement), along with the electronic spreadsheet format.  No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

14.  NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim and Release Form hosted at www.strategicclaims.net.  If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim and Release Form has been submitted.  If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004.  If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim and Release Form.

18

SAEXPLORATION

## I. CLAIMANT INFORMATION

| | | |
|---|---|---|
| Name | | |
| | | |
| Address | | |
| | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF TRANSACTIONS IN SAEXPLORATION HOLDINGS, INC. ("SAEXPLORATION") COMMON STOCK

**Beginning Holdings:**

A. State the total number of shares of SAExploration Common Stock held at the close of trading on March 14, 2016 (*must be documented*). If none, write "zero" or "0."

**Purchases/Acquisitions:**

B. Separately list each and every purchase or acquisition of SAExploration Holdings, Inc. Common Stock between March 15, 2016, and May 7, 2020, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

19

**Sales:**

C.  Separately list each and every sale of SAExploration. Common Stock between March 15, 2016, and May 7, 2020, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Ending Holdings:**

D.  State the total number of shares of SAExploration Common Stock held at the close of trading on May 7, 2020 (*must be documented).*

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

**III. SUBSTITUTE FORM W-9**

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s).  For most individuals, this is your Social Security Number.  The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number.  If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | **or** | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ |  | _____ |

**IV. CERTIFICATION**

I (We) submit this Proof of Claim and Release Form under the terms of the Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of Texas, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of SAExploration Common Stock during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT, AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, *e.g.*, beneficial purchaser(s), executor, administrator, trustee, *etc.*)
☐ Check here if proof of authority to file is enclosed. (See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE POSTMARKED NO LATER THAN JUNE 24, 2021  AND MUST BE MAILED TO:**

SAExploration Holdings, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

21

A Proof of Claim and Release Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by June 24, 2021 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions.  In all other cases, a Proof of Claim and Release Form shall be deemed to have been submitted when actually received by the Claims Administrator.

The Claims Administrator will acknowledge receipt of your Proof of Claim and Release Form by mail or e-mail within 45 days of receipt. Your claim is not deemed filed until you receive such an acknowledgement. If you do not receive an acknowledgement within 45 days, please contact the Claims Administrator by telephone toll free at 866-274-4004 or by e-mail at info@strategicclaims.net.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim and Release Forms and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim and Release Form.  Please notify the Claims Administrator of any change of address.

## REMINDER CHECKLIST

- o Please be sure to sign this Proof of Claim and Release Form on page 21.  If this Proof of Claim and Release Form is submitted on behalf of joint claimants, then each claimant must sign.
- o Please remember to attach supporting documents. Do NOT send any stock certificates. Keep copies of everything you submit.
- o Do NOT use highlighter on the Proof of Claim and Release Form or any supporting documents.
- o If you move or change your address, telephone number, or e-mail address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you.  NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.

THIS PAGE IS INTENTIONALLY LEFT BLANK.

SAExploration Holdings, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

EXHIBIT D

## Josephine Bravata

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Monday, March 29, 2021 9:01 AM |
| **To:** | jbravata@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net; lrosen@rosenlegal.com |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA |



# Release Distribution Confirmation

1

**Hagens Berman Sobol Shapiro LLP and The Rosen Law Firm, P.A. Announce Proposed Class Action Settlement on Behalf of Purchasers of Common Stock of SAExploration Holdings, Inc. - SAEX**

*Cross time: 03/29/21 09:00 AM ET: Eastern Time* - *View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

2

# INVESTOR'S BUSINESS DAILY®

## Affidavit of Publication

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Name of Publication:    IBD Weekly
Address:                 12655 Beatrice Street
City, State, Zip:        Los Angeles, CA 90066
Phone #:                 310.448.6700
State of:                California
County of:               Los Angeles

I, __Shaun Shen__ for the publisher of __IBD Weekly__ , published in the city of __Los Angeles__ , state of __California__ , county of __Los Angeles__ hereby certify that the attached notice(s) for __SAEXPLORATION HOLDINGS, INC.__ was printed in said publication on the following date(s):

**MARCH 29, 2021**

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __29th__ day of __March__ , __2021__ , by

_____ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)



RICHARD CHARLES BRAND II
Notary Public - California
Los Angeles County
Commission # 2276190
My Comm. Expires Feb 25, 2023

## BIG CAP GROWTH ETF (SPYG) VS SMALL CAP GROWTH ETF (SLYG)

| | | | |
|---|---|---|---|
| Apple Inc (AAPL) | 12.63% | NeoGenomics Inc (NEO) | 1.35% |
| Microsoft Corp (MSFT) | 10.02% | Cleveland-Cliffs Inc (CLF) | 1.31% |
| Amazon.com Inc (AMZN) | 8.27% | Yeti Holdings Inc (YETI) | 1.16% |
| Facebook Inc Cl A (FB) | 3.91% | Omnicell Inc (OMCL) | 1.14% |
| Tesla Inc (TSLA) | 3.19% | Brooks Automation (BRKS) | 1.13% |

When the line is heading up, big cap growth funds are outperforming small cap growth funds

Apr    Jul    Oct 2020    Jan

## GROWTH ETF (IUSG) VS VALUE ETF (IUSV)

| | | | |
|---|---|---|---|
| Apple Inc (AAPL) | 11.88% | Berkshire Hathaway (BRKB) | 2.84% |
| Microsoft Corp (MSFT) | 9.42% | J P Morgan Chase (JPM) | 2.43% |
| Amazon.com Inc (AMZN) | 7.78% | Walt Disney Company (DIS) | 2.06% |
| Facebook Inc Cl A (FB) | 3.68% | Johnson & Johnson (JNJ) | 1.56% |
| Tesla Inc (TSLA) | 3.00% | Verizon Communications (VZ) | 1.53% |

When the line is heading up, growth funds are outperforming value funds

Apr    Jul    Oct 2020    Jan

---

# Top Industry & Sector Funds

Best % change in last 4, 8 & 12 weeks on a total return basis. ★indicates fund is on 3 different weeks' lists.

| Mutual Fund | % Change | $ Net Assets |
|---|---|---|
| **Best % Change Last 4 Weeks** | | |
| Hennessy GasUtyInv | +8 | 908 mil |
| Fidelity Sel Chemicals | +6 | 598 mil |
| Fidelity Adv A CnsmrStpl | +6 | 1.4 bil |
| Gabelli C Utilities | +6 | 2.1 bil |
| Vanguard Admiral ConsStpIdx | +5 | 5.7 bil |
| Davis Funds A Financial ★ | +5 | 768 mil |
| **Best % Change Last 8 Weeks** | | |
| Emerald Funds Bank&FinA ★ | +24 | 206 mil |
| Vanguard Admiral EnrIndAdm ★ | +22 | 3.5 bil |
| J Hancock A RegionlBnk ★ | +21 | 1.1 bil |
| Invesco Funds A EnergyA ★ | +19 | 214 mil |
| PriceFds FinanclSvc ★ | +17 | 778 mil |
| Davis Funds A Financial ★ | +17 | 768 mil |
| **Best % Change Last 12 Weeks** | | |
| Vanguard Admiral EnrIndAdm ★ | +33 | 3.5 bil |
| Emerald Funds Bank&FinA ★ | +29 | 206 mil |
| J Hancock A RegionlBnk ★ | +27 | 1.1 bil |
| Invesco Funds A EnergyA ★ | +26 | 214 mil |
| PriceFds FinanclSvc ★ | +20 | 778 mil |
| BlackRock Instl OppInstl | +19 | 133 mil |

## U.S. Stock Fund Cash Position    High (11/00) 6.2%    Low (12/20) 1.6%

| | | | | | |
|---|---|---|---|---|---|
| 19-Aug | 2.6% | 20-Feb | 2.3% | 20-Aug | 1.9% |
| 19-Sep | 2.5% | 20-Mar | 2.7% | 20-Sep | 1.9% |
| 19-Oct | 2.5% | 20-Apr | 2.6% | 20-Oct | 1.7% |
| 19-Nov | 2.4% | 20-May | 2.4% | 20-Nov | 1.8% |
| 19-Dec | 2.1% | 20-Jun | 2.1% | 20-Dec | 1.6% |
| 20-Jan | 2.3% | 20-Jul | 1.9% | 20-Jan | 1.6% |

---

# Top Industry & Sector Funds

Best % change in last 16 & 39 weeks on a total return basis. ★ indicates fund is on 3 different weeks' lists.

| Mutual Fund | | % Change | $ Net Assets |
|---|---|---|---|
| **Best % Change Last 16 Weeks** | | | |
| Emerald Funds Bank&FinA | ★ | +51 | 206 mil |
| Vanguard Admiral EnrIndAdm | ★ | +33 | 3.5 bil |
| J Hancock A RegionlBnk | ★ | +33 | 1.1 bil |
| Invesco Funds A EnergyA | ★ | +27 | 214 mil |
| PriceFds FinanclSvc | ★ | +24 | 778 mil |
| Davis Funds A Financial | ★ | +21 | 768 mil |
| Vanguard Admiral FinIndx | | +20 | 8.4 bil |
| PgimInvest NatlRsrc | | +18 | 577 mil |
| PgimInvest JnsnFinlSrv | | +18 | 152 mil |
| BlackRock Instl OppInstl | | +18 | 133 mil |
| Fidelity NatResPort | | +18 | 242 mil |
| Van Eck  GlbHrdAstA | | +17 | 585 mil |
| **Best % Change Last 39 Weeks** | | | |
| Emerald Funds Bank&FinA | ★ | +99 | 206 mil |
| J Hancock A RegionlBnk | ★ | +73 | 1.1 bil |
| Van Eck  GlbHrdAstA | | +64 | 585 mil |
| PgimInvest NatlRsrc | | +59 | 577 mil |
| PriceFds FinanclSvc | ★ | +59 | 778 mil |
| Fidelity Sel Computers | | +52 | 652 mil |
| Davis Funds A Financial | ★ | +50 | 768 mil |
| Columbia A SelCom&Inf | | +50 | 9 bil |
| Franklin Mutual FinlSvcsA | | +49 | 334 mil |
| Columbia A SelGlbTch | | +49 | 1.6 bil |
| Vanguard Admiral FinIndx | | +47 | 8.4 bil |
| Fidelity Sel Materials | | +47 | 905 mil |

---

## Fund Performance Tables

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| C- | BalanceR2 | +3 | +3 +53 | 30.76n | +.09 | | |
| D | BondR2 | -3 | -3 +15 | 13.37n | -.02 | | |
| E | CapitalIncm | +4 | +4 +78 | 65.35n | +.30 | | |
| C- | CapitalWrld | +3 | +3 +73 | 60.20n | +.19 | | |
| C+ | EuropacGrth | -2 | -2 +94 | 64.65n | +.20 | | |
| B- | FndmntlInv | +5 | +5 +88 | 71.08n | +.25 | | |
| A | GrowthR2 | 0 | 0 +136 | 63.18n | +.02 | | |
| D | MutualR2 | +7 | +7 +58 | 46.85n | +.38 | | |
| A | NewEconmyR2-1 | -1 | -1 +128 | 53.41n | +.07 | | |
| A- | NewPrspR2 | 0 | 0 +119 | 57.50n | +.21 | | |
| B | NewWldR1 | -1 | -1 +102 | 83.58n | -.27 | | |
| B | NewWldR2 | -1 | -1 +100 | 83.56n | -.27 | | |
| A | SmlCapWldR2 | +1 | +1 +135 | 70.55n | +.33 | | |
| B- | Washington | +8 | +8 +78 | 53.70n | +.44 | | |

**American Funds R1**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| B+ | AMCAPR1 | +3 | +3 +100 | 35.47n | +.06 | | |
| C- | Balanced | +3 | +3 +53 | 30.74n | +.09 | | |
| D | BondR1 | -3 | -3 +15 | 13.37n | -.02 | | |
| E | CapitalIncm | +4 | +4 +78 | 65.38n | +.30 | | |
| C- | CapitalWrld | +3 | +3 +73 | 60.40n | +.19 | | |
| C+ | EuropacGrth | -2 | -2 +94 | 64.65n | +.20 | | |
| B- | FndmntlInv | +5 | +5 +88 | 71.96n | +.25 | | |
| A | GrowthR1 | 0 | 0 +136 | 58.15n | +.01 | | |
| C+ | InvmtCoR1 | +6 | +6 +81 | 46.34n | +.02 | | |
| D | MutualR1 | +7 | +7 +58 | 46.92n | +.38 | | |
| A- | NewEconmyR1-1 | -1 | -1 +128 | 53.01n | +.06 | | |
| A- | NewPrspR1 | 0 | 0 +119 | 57.00n | +.20 | | |
| A | SmlCapWldR1 | +1 | +1 +135 | 70.46n | +.32 | | |
| B- | Trgt2045R1 | +3 | +3 +84 | 19.06n | +.07 | | |
| C+ | WasngtnMutl | +7 | +7 +73 | 53.14n | +.43 | | |

**American Funds R2**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 1385 bil 800-421-8511 | | | | | | |
| B+ | AMCAPR2 | +3 | +3 +100 | 35.47n | +.07 | | |
| C+ | AmerR2 | +6 | +6 +76 | 46.50n | +.19 | | |

**American Funds R3**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 1468 bil 800-421-8511 | | | | | | |
| B+ | AMCAPR3 | +3 | +3 +104 | 38.76n | +.07 | | |
| C | BalanceR3 | +3 | +3 +55 | 13.08n | +.09 | | |
| D | BondR3 | -3 | -3 +17 | 13.37n | -.02 | | |
| E | CapitalIncm | +4 | +4 +30 | 65.35n | +.30 | | |
| C | CapWrld | +3 | +3 +75 | 60.56n | +.20 | | |
| C+ | EuropacGrth | -2 | -2 +87 | 66.39n | +.29 | | |
| B- | FndmntlInv | +5 | +5 +90 | 72.15n | +.25 | | |
| A | GrowthR3 | 0 | 0 +141 | 66.34n | +.02 | | |
| D | IncomeR3 | +5 | +5 +42 | 24.51n | +.14 | | |
| C+ | InvmtCoR3 | +6 | +6 +78 | 46.66n | +.20 | | |
| D | MutualR3 | +7 | +7 +60 | 47.05n | +.38 | | |
| A- | NewEconmyR3-1 | -1 | -1 +134 | 57.16n | +.08 | | |
| A- | NewPrspR3 | 0 | 0 +124 | 59.00n | +.21 | | |
| B | NewWldR3 | -1 | -1 +106 | 85.54n | +.29 | | |
| A | SmlCapWldR3+2 | +2 | +2 +148 | 84.19n | +.39 | | |
| B- | WasngtnMutl+8 | +8 | +8 +78 | 53.25n | +.43 | | |

**American Funds R4**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 1492 bil 800-421-8511 | | | | | | |
| B+ | AMCAPR4 | +3 | +3 +107 | 39.92n | +.08 | | |
| C | BalanceR4 | +3 | +3 +57 | 30.90n | +.10 | | |
| D | BondR4 | -3 | -3 +18 | 13.37n | -.02 | | |
| D- | CapitalIncm | +4 | +4 +30 | 65.41n | +.31 | | |
| C | CapitalWrld | +3 | +3 +77 | 60.83n | +.20 | | |
| B- | EuropacGrth | -2 | -2 +89 | 66.74n | +.29 | | |
| A | GrowthR4 | 0 | 0 +150 | 69.63n | +.02 | | |
| D | IncomeR4 | +5 | +5 +43 | 24.56n | +.14 | | |
| C+ | InvmtCoR4 | +6 | +6 +79 | 47.26n | +.20 | | |
| D | MutualR4 | +7 | +7 +61 | 47.28n | +.39 | | |
| A- | NewEconmyR4-1 | -1 | -1 +137 | 58.28n | +.07 | | |

**American Funds R5**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 1164 bil 800-421-8511 | | | | | | |
| A+ | AMCAPR5 | +3 | +3 +109 | 41.03n | +.08 | | |
| C- | BalancedR5 | +3 | +3 +58 | 31.01n | +.09 | | |
| D | BondR5 | -3 | -3 +19 | 13.37n | -.02 | | |
| D- | CapitalIncm | +4 | +4 +32 | 65.29n | +.30 | | |
| C- | EuropacGrth | -2 | -2 +92 | 67.95n | +.22 | | |
| A | GrowthR5 | +1 | +1 +147 | 67.89n | +.02 | | |
| C | InvmtCoR5 | +6 | +6 +81 | 46.84n | +.20 | | |
| C- | MutualR5 | +7 | +7 +63 | 47.45n | +.38 | | |
| A- | NewEconmyR5-1 | -1 | -1 +139 | 59.34n | +.08 | | |
| A- | NewperspR5 | 0 | 0 +129 | 60.64n | +.21 | | |
| B | NewWldR5 | -1 | -1 +110 | 87.26n | +.29 | | |
| A | SmlCapWldR5+2 | +2 | +2 +148 | 84.19n | +.39 | | |
| B- | WasngtnMutl+8 | +8 | +8 +78 | 53.73n | +.44 | | |

**American Funds R6**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 1490 bil 800-421-8511 | | | | | | |
| A+ | AMCAPR6 | +3 | +3 +110 | 40.92n | +.08 | | |
| C- | BalancedR6 | +3 | +3 +58 | 30.99n | +.10 | | |
| D | BondR6 | -3 | -3 +20 | 13.37n | -.02 | | |
| D- | CapitalIncm | +4 | +4 +32 | 65.30n | +.31 | | |
| C- | CapitalWrld | +3 | +3 +79 | 60.98n | +.20 | | |
| B- | EuropacGrth | -2 | -2 +93 | 68.03n | +.22 | | |
| A | GrowthR6 | +1 | +1 +147 | 67.90n | +.02 | | |
| D | IncomeR6 | +5 | +5 +44 | 24.62n | +.14 | | |
| C+ | InvmtCoR6 | +6 | +6 +81 | 46.84n | +.20 | | |
| C- | MutualR6 | +7 | +7 +63 | 47.47n | +.39 | | |
| A- | NewEconmyR6-1 | -1 | -1 +140 | 59.07n | +.07 | | |
| A- | NewPerR6 | 0 | 0 +129 | 60.74n | +.21 | | |
| B+ | NewWorldR6 | -1 | -1 +111 | 87.01n | +.29 | | |
| A | SmlCapWld | +2 | +2 +149 | 83.33n | +.38 | | |
| B- | WasngtnMutl+8 | +8 | +8 +78 | 53.76n | +.44 | | |

**Amerindo Funds**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 85.4 bil 888-832-4386 | | | | | | |
| A | CapAppR | +2 | +2 +162 | 40.23n | -.17 | | |

**AMG Funds**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 45.1 bil 800-548-4539 | | | | | | |
| A | BrandywineI | +3 | +3 +141 | 40.45n | +.00 | | |
| A- | CapCoreI | +9 | +9 +114 | 33.28n | +.00 | | |
| A | GrowthN | 0 | 0 +93 | 14.01n | +.00 | | |

---

## (Center-right fund columns)

**American Funds F**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 2675 bil 800-421-8511 | | | | | | |
| B+ | AMCAP529F1 | +3 | +3 +108 | 40.14n | +.07 | | |
| B+ | AMCAPF1 | +3 | +3 +107 | 39.92n | +.07 | | |
| B- | Amer529F | +6 | +6 +81 | 46.64n | +.20 | | |
| D | Amer529F | +1 | +1 +146 | 66.84n | +.02 | | |
| D | Amer529F1 | +5 | +5 +44 | 24.53n | +.13 | | |
| C+ | AmerF1 | +6 | +6 +79 | 46.72n | +.19 | | |
| C | BalancedF | +3 | +3 +58 | 30.89n | +.09 | | |
| C | BalancedF1 | +3 | +3 +57 | 30.95n | +.09 | | |
| D- | Bldr529F | +4 | +4 +31 | 65.26n | +.30 | | |
| D | Bond529F | -3 | -3 +19 | 13.37n | -.02 | | |
| D | BondF1 | -3 | -3 +18 | 13.37n | -.02 | | |
| C | CapitalF1 | +3 | +3 +77 | 60.85n | +.20 | | |
| A- | Economy529F | -1 | -1 +138 | 58.06n | +.08 | | |
| A- | EconomyF1 | -1 | -1 +137 | 59.14n | +.08 | | |
| A | F1Growth | +1 | +1 +144 | 67.38n | +.02 | | |
| B- | Growth529F1 | -2 | -2 +91 | 67.08n | +.21 | | |
| B- | GrowthF1 | -2 | -2 +89 | 67.71n | +.22 | | |
| E | IncomeBldr | +4 | +4 +28 | 65.38n | +.30 | | |
| D | IncomeF1 | +5 | +5 +43 | 24.54n | +.14 | | |
| E | InvsS29F1 | +5 | +5 +93 | 72.14n | +.25 | | |
| B | InvsF1 | +5 | +5 +92 | 72.30n | +.25 | | |
| C- | Mutual529F | +7 | +7 +62 | 47.40n | +.39 | | |
| B- | Mutual529F1 | +8 | +8 +77 | 53.45n | +.44 | | |
| C | MutualF1 | +8 | +8 +76 | 53.54n | +.44 | | |
| B- | NewWorldF1 | -1 | -1 +108 | 86.39n | +.29 | | |
| A- | Perspective | 0 | 0 +128 | 59.60n | +.21 | | |
| A | SmCpWld529F+2 | +2 | +2 +146 | 81.32n | +.38 | | |
| A | SmlCapWldF1+2 | +2 | +2 +144 | 79.65n | +.37 | | |
| C | World529F | +3 | +3 +78 | 60.79n | +.20 | | |

**American Funds F2**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 1416 bil 800-421-8511 | | | | | | |
| B+ | AMCAPF2 | +3 | +3 +109 | 40.66n | +.07 | | |

**American Funds R3** (second block)

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| C+ | Balanced | +3 | +3 +58 | 30.95n | +.09 | | |
| D | BondFund | -3 | -3 +19 | 13.37n | -.02 | | |
| C+ | CapitalWrld | +3 | +3 +78 | 60.91n | +.20 | | |
| D- | CaptIncome | +4 | +4 +32 | 65.22n | +.30 | | |
| C+ | EuropacGrth | -2 | -2 +91 | 67.86n | +.21 | | |
| A | F2Income | +5 | +5 +44 | 24.58n | +.14 | | |
| B- | FndmntlInv | +5 | +5 +93 | 72.30n | +.25 | | |
| A | GrowthFunds+1 | +1 | +1 +146 | 67.73n | +.02 | | |
| B- | InvmtCo | +6 | +6 +81 | 46.83n | +.20 | | |
| C- | MutualF2 | +7 | +7 +62 | 47.43n | +.38 | | |
| A- | NewEconomy | -1 | -1 +139 | 58.82n | +.07 | | |
| A- | NewPerF2 | 0 | 0 +128 | 60.45n | +.21 | | |
| A | SmlCapWldF2+2 | +2 | +2 +147 | 82.70n | +.38 | | |
| B- | Washington | +8 | +8 +78 | 53.70n | +.44 | | |

---

**American Funds R6** (second column block)

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| A- | NewperpR4 | 0 | 0 +126 | 59.70n | +.21 | | |
| B | NewWldR4 | -1 | -1 +108 | 86.43n | +.29 | | |
| A- | RetireR4 | +3 | +3 +99 | 19.02n | +.06 | | |
| A | SmlCapWldR4+2 | +2 | +2 +144 | 80.13n | +.37 | | |
| C+ | WasngtnMutl+8 | +8 | +8 +76 | 53.44n | +.44 | | |

**American Funds R3**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| A+ | NewPrspR4 | +3 | +3 +156 | | | | |

---

## (Right columns — funds by letter)

**AmSouth A**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| A | 107 bil 800-451-8382 | | | | | | |
| D | IncomeR5 | +5 | +5 +45 | 24.60n | +.14 | | |

**AQR Funds**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| A | 78.0 bil 866-290-2688 | | | | | | |
| A- | AQRfundI | +5 | +5 +123 | 24.29n | +.00 | | |
| A- | DiverArbitI | +5 | +5 +63 | 12.07n | +.00 | | |
| A- | DiverArbitN | +5 | +5 +62 | 12.08n | +.00 | | |
| A- | LargeCap | -2 | -2 +116 | 30.02n | +.00 | | |
| A- | Momentum | -1 | -1 +103 | 23.36n | +.00 | | |
| A- | MomentumI | -1 | -1 +102 | 23.33n | +.00 | | |
| A- | MomentumL | -1 | -1 +100 | 23.48n | +.00 | | |

**Artisan Funds**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 80.8 bil 800-344-1770 | | | | | | |
| A | GrowthOppo | -3 | -3 +145 | 35.53n | +.17 | | |
| A- | IntlSmlCap | -3 | -3 +77 | 19.74n | +.06 | | |
| A+ | MidCapInst | -4 | -4 +166 | 53.13n | +.15 | | |
| A+ | SmallCapInv | -7 | -7 +237 | 47.67n | +.42 | | |
| A+ | SmallCapAdv | -7 | -7 | 47.91n | +.42 | | |

**Assetmgmt**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 14.2 bil 877-225-5266 | | | | | | |
| A | LargeCpR6 | +1 | +1 +76 | 22.76n | +.09 | | |
| A- | SmallGrt | +6 | +6 +122 | 22.49n | +.38 | | |
| A- | SmlCapGroA | +6 | +6 — | 21.24 | +.35 | | |

**Ave Maria Funds**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 2.0 bil 866-283-6274 | | | | | | |
| A- | Growth | +3 | +3 +118 | 43.92n | +.13 | | |

### —B—

**Baird Funds**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 111 bil 866-442-2473 | | | | | | |
| D | AggrBndInst | -3 | -3 +18x | 11.36n | -.03 | | |
| D | MidCapInv | -2 | -2 +143 | 25.81n | +.09 | | |

**Baron Instl**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 10.4 bil 800-992-2766 | | | | | | |
| A | Asset | -3 | -3 +165 | 113.20n | +.06 | | |
| A+ | BaronGrt | -4 | -4 +225 | 49.43n | -.31 | | |
| A | Opportunity | -1 | -1 +348 | 41.71n | +.13 | | |
| A+ | RealEstate | +11 | +11 +154 | 39.92n | +.75 | | |
| A | SmallCap | +1 | +1 +159 | 39.30n | +.33 | | |

**Baron Retail**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 7.0 bil 800-992-2766 | | | | | | |
| A+ | Partners | -3 | -3 +465 | 159.55n | +1.2 | | |

**Baron Funds**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 6.1 bil 800-992-2766 | | | | | | |
| A | Asset | -3 | -3 +161 | 108.08n | +.05 | | |
| A+ | Discovery | +4 | +4 +315 | 35.58n | +.49 | | |
| A | Opportunity | -1 | -1 +341 | 39.62n | +.12 | | |
| A+ | RealEstate | +11 | +11 +151 | 39.00n | +.73 | | |

**Berkshire Funds**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 915 mil 877-526-0707 | | | | | | |
| A+ | Focus | -10 | -10 +326 | 39.45n | +.02 | | |

**BlackRock**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| A- | OppsSvc | -1 | -1 +101 | 73.08n | +.31 | | |

**BlackRock A**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 131 bil 212-810-5596 | | | | | | |
| A | CapAppInvA | -2 | -2 +156 | 35.91 | -.15 | | |
| A- | CoreInvA | +10 | +10 +128 | 19.67 | +.42 | | |
| A+ | EqInvA | -3 | -3 +211 | 36.57 | -.01 | | |
| C- | Glob Alloc | +1 | +1 +125 | 21.67 | +.01 | | |
| A- | LarCapGrInv | -1 | -1 +140 | 20.42 | +.01 | | |
| A- | Sciences | -1 | -1 | 77.05n | +.33 | | |
| A- | SmCapGr | +3 | +3 +140 | 17.19 | +.31 | | |
| A+ | SmlCapIdx | +11 | +11 +117 | 26.79n | +.60 | | |

**BlackRock BIRk**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 9.4 bil 212-810-5596 | | | | | | |
| A+ | CpWrldGl#IR5+3 | +3 +78 | 61.00n | +.20 | | | |

**BlackRock C**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 149 bil 212-810-5596 | | | | | | |
| A- | AdvLarCap | -1 | -1 +132 | 17.02n | +.00 | | |
| A- | CapAppInvC | -2 | -2 +141 | 23.30n | -.10 | | |
| A+ | EqInvC | -4 | -4 +199 | 28.01n | -.01 | | |
| A- | EquityInvC | +2 | +2 +81 | 15.39n | +.11 | | |

---

## (Far-right columns — C, D, etc.)

**BlackRock Instl**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| C | GlobAlloc | 0 | 0 +50 | 19.25n | +.01 | | |
| A- | HealthInvB | -2 | -2 +94 | 62.35n | +.26 | | |
| A- | SmCapGr | +2 | +2 +113 | 5.89n | +.10 | | |

**BlackRock Instl**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 151 bil 212-810-5596 | | | | | | |
| A- | CapAppInst | -2 | -2 +160 | 39.87n | -.17 | | |
| A+ | CapGrInstl | +3 | +3 +146 | 24.96n | +.45 | | |
| A+ | EqInstl | -3 | -3 +215 | 42.52n | +.00 | | |
| A- | LngHrznEqty | +2 | +2 +88 | 15.26n | +.11 | | |
| A | LrgeCapInst | -1 | -1 +140 | 21.52n | +.00 | | |
| A- | SciQbInst | -1 | -1 +104 | 76.94n | +.33 | | |
| A+ | SmlCapIdx | +11 | +11 +119 | 26.78n | +.60 | | |
| A+ | GrowthIst | -3 | -3 +130 | 38.14n | -.18 | | |

**BlackRock K**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 34.4 bil 212-810-5596 | | | | | | |
| A- | S#P500Ind | +4 | +4 +108 | 464.02n | +2.4 | | |

**Blackrock R**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 100 bil 212-810-5596 | | | | | | |
| A+ | CapAppR | -2 | -2 +149 | 27.75n | -.12 | | |
| A | EquityR | -4 | -4 +206 | 35.79n | -.01 | | |
| C+ | Glob Alloc | +1 | +1 +53 | 20.45n | +.02 | | |
| A- | OppsR | -2 | -2 +99 | 70.91n | +.30 | | |

**BlackRock Svc**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 34.8 bil 212-810-5596 | | | | | | |
| A+ | MidCapEqSvc | -3 | -3 +211 | 38.27n | -.01 | | |
| A | SmCapGr | +3 | +3 +142 | 19.81n | +.35 | | |

**Blackrock Funds**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 143 bil 212-810-5596 | | | | | | |
| A+ | Opportunity | -5 | -5 +378 | 46.58n | -.19 | | |
| E | StratIncOpp | 0 | 0 +12 | 10.32n | +.00 | | |
| E | StratIncOpp | 0 | 0 +15 | 10.33n | +.00 | | |
| C- | StrtIncOppA | 0 | 0 +14 | 10.33 | +.00 | | |

**BNY Mellon**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 46.0 bil 212-495-1784 | | | | | | |
| A- | GrowthA | +2 | +2 +99 | 65.68 | -.01 | | |
| A- | LgCapEql | +3 | +3 +118 | 26.90n | +.14 | | |
| A- | MidCapInv | -5 | -5 +106 | 21.53n | +.22 | | |

**Calvert Group**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 2.9 bil 800-368-2745 | | | | | | |
| A | EquityC | 0 | 0 +111 | 34.93n | +.00 | | |

**Carillon Family**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 24.2 bil 800-421-4184 | | | | | | |
| A+ | CapApprI | +1 | +1 +121 | 54.72n | +.04 | | |
| A- | CapitalAppA | +1 | +1 +118 | 51.43 | +.03 | | |
| A+ | EgIMidCpGrA | -4 | -4 +164 | 86.86 | +.15 | | |
| A | MidCap | -4 | -4 +170 | 93.76n | +.17 | | |

---

## (Rightmost columns)

**C (top)**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| A+ | USEqFdZ | +3 | +3 +99 | 16.80n | +.04 | | |

**BridId**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 49.6 bil 855-823-3611 | | | | | | |
| A+ | MidCapGrwth+1 | +1 +151 | 17.14n | +.13 | | | |

**Bridgeway Funds**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 2.8 bil 800-661-3550 | | | | | | |
| A- | UltSmCoMkt+31 | +31 +119 | 18.46n | +.33 | | | |

**Brown Advisory**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 9.2 bil 410-537-5400 | | | | | | |
| A | CapGrowth | 0 | 0 +142 | 29.00n | +.25 | | |
| A- | EquityInv | +6 | +6 +128 | 30.70n | +.18 | | |
| A- | FlexEqtInst | +6 | +6 +129 | 30.78n | +.18 | | |
| A+ | GroveEqtInst | -4 | -4 +149 | 31.95n | -.13 | | |
| A+ | GrowthI | -3 | -3 +180 | 38.14n | -.18 | | |

**Brown Capitl Mgmt**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 5.1 bil 877-892-4226 | | | | | | |
| A | SmallCo | -8 | -8 +177 | 122.28n | +.84 | | |

**Buffalo Funds**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 2.8 bil 800-492-8332 | | | | | | |
| A+ | SmallCap | -4 | -4 +224 | 21.65n | +.25 | | |

### —C—

**Calamos Funds**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 34.4 bil 630-245-7200 | | | | | | |
| A | ConvertC | 0 | 0 +121 | 24.98n | +.04 | | |
| A | ConvertI | 0 | 0 +128 | 22.13n | +.04 | | |
| A- | EvoWrdGrA | -3 | -3 +125 | 21.94 | +.09 | | |
| A- | Gr#IncI | +3 | +3 +89 | 40.06n | +.18 | | |
| A- | GrowthC | 0 | 0 +94 | 17.36n | +.04 | | |
| A | GrowthI | +1 | +1 +119 | 54.45n | +.12 | | |
| A- | IntlGrowC | -1 | -1 +116 | 26.08 | +.25 | | |
| A- | IntlGrowI | -1 | -1 +119 | 27.02n | +.26 | | |
| A- | WrldGrwI | -3 | -3 +127 | 22.16n | +.09 | | |

**Calvert Group**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| A+ | MidCapGrw | -4 | -4 +169 | 92.90n | +.16 | | |
| A | MidCapGrw | -4 | -4 +161 | 83.36n | +.16 | | |
| A | MidCapGrw | -4 | -4 +169 | 92.61n | +.16 | | |
| A+ | SmallCapI | +7 | +7 +156 | 38.51n | +.55 | | |

**CGM Funds**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 1.3 bil 800-345-4048 | | | | | | |
| E | Focus | +21 | +21 +13 | 39.79n | +1.1 | | |
| E | Mutual | +16 | +16 +38 | 33.68n | +.70 | | |

**Champlain**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 2.0 bil 866-773-3238 | | | | | | |
| A | MidCapI | +2 | +2 +144 | 25.23n | +.21 | | |

**ClearBridge Inv**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 20.3 bil 800-691-6960 | | | | | | |
| A+ | SmallCapGrA | +2 | +2 +195 | 46.99 | +.59 | | |

**Columbia A**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 114 bil 800-345-6611 | | | | | | |
| A- | AcornA | 0 | 0 +112 | 12.70 | +.11 | | |
| A- | AcornUSA | +4 | +4 +118 | 14.16 | +.15 | | |
| A- | ContraCore | +6 | +6 +99 | 31.94 | +.19 | | |
| A+ | Conv Secs | +1 | +1 +157 | 30.18 | +.06 | | |
| A- | GlobalEq | 0 | 0 +114 | 71.41 | +.03 | | |
| A- | LargeGrA | +2 | +2 +111 | 52.42 | +.04 | | |
| A- | LargeGrow | -2 | -2 +111 | 10.63 | +.03 | | |
| A- | MidCapGrow | 0 | 0 +116 | 77.03 | +.15 | | |
| A+ | SelCom#Inf | +8 | +8 +237 | 112.60 | +.45 | | |
| A- | SelGlbTch | +7 | +7 +242 | 63.05 | +.27 | | |
| A- | SelLgGr | -5 | -5 +142 | 13.22 | -.05 | | |
| A+ | SmallGrI | 0 | 0 +260 | 29.82 | +.31 | | |
| A- | Technology | -1 | -1 +273 | 57.99 | +.06 | | |

**Columbia C**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 95.2 bil 800-345-6611 | | | | | | |
| A+ | ConvSecs | +1 | +1 +150 | 30.10n | +.07 | | |
| A- | LargeGrow | -5 | -5 +128 | 9.98n | +.04 | | |
| A- | LrgCapGrow | +1 | +1 +128 | 40.03n | +.03 | | |
| A- | MidCapGr | 0 | 0 +105 | 19.61n | +.11 | | |
| A+ | SelgCom#Inf | +8 | +8 +236 | 64.17n | +.26 | | |
| A- | SelGlbTch | +7 | +7 +225 | 43.51n | +.18 | | |
| A- | Technology | -1 | -1 +260 | 51.05n | -.06 | | |

**Columbia LT&G**

| 36 Mo Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net After Value | Asset Chg | NAV |
|---|---|---|---|---|---|---|---|
| E | 25.7 bil 800-345-6611 | | | | | | |
| A | LargeGrT | +1 | +1 +139 | 51.80 | +.04 | | |
| A- | MidCapGrT | 0 | 0 +116 | 26.86 | +.15 | | |

---

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS

AMRIT KUMAR and TONY TEP, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, and MICHAEL FAUST,

Defendants.

Case No. 4:19-cv-03089

### SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT

**TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED SAEXPLORATION HOLDINGS, INC. COMMON STOCK FROM MARCH 15, 2016, THROUGH FEBRUARY 7, 2020, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of Texas, that a hearing will be held on August 12, 2021, at 9:00 a.m., before the Honorable Andrew S. Hanen, at the United States District Court, Southern District of Texas, Courtroom 9110, 515 Rusk Street, Houston, Texas 77002, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $3,550,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Plaintiffs' Counsel for an award of attorneys' fees of up to one-third plus interest of the Settlement Amount, reimbursement of expenses of not more than $50,000, and an award of no more than $10,000, in aggregate, or $5,000 each, to Lead Plaintiffs, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement dated January 15, 2021 ("Stipulation"). The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you purchased SAExploration Holdings, Inc. ("SAExploration") Common Stock during the period from March 15, 2016, through February 7, 2020, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in SAExploration Common Stock. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to, calling, or contacting the Claims Administrator: SAExploration Holdings, Inc. Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; (email) info@strategicclaims.net. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form electronically or postmarked no later than June 24, 2021 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than June 24, 2021, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Stipulation.

Any objection to the Settlement, Plan of Allocation, or Plaintiffs' Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Lead Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than June 24, 2021, by each of the following:

| CLERK OF THE COURT: | PLAINTIFFS' COUNSEL: |
|---|---|
| United States District Court Southern District of Texas 515 Rusk Street, Room 9110 Houston, Tx 77002 | Reed R. Kathrein, Esq. HAGENS BERMAN SOBOL SHAPIRO LLP 715 Hearst Avenue, Suite 202 Berkeley, CA 94710 |
| | Phillip Kim, Esq. THE ROSEN LAW FIRM, P.A. 275 Madison Avenue, 40th Floor New York, NY 10016 |

**DEFENDANTS' COUNSEL:**

| | | | |
|---|---|---|---|
| Yvette Ostolaza, Esq. SIDLEY AUSTIN LLP 2021 McKinney Avenue, Suite 2000 Dallas, TX 75201 | Jeffrey S. Johnson VINSON & ELKINS LLP 1001 Fannin Street, Suite 2500 HoustonTX 77002 | Robert Manley McKOOL SMITH, P.C. 300 Crescent Court, Suite 1500 Dallas, TX 75201 | Samy Khalil GERGER KHALIL HENNESSY & McFARLANE LLP First City Tower 1001 Fannin Street, Suite 2450 Houston, TX 77002 |
| | | | John Kinchen HUGHES ARRELL KINCHEN LLP 1221 McKinney, Suite 3150 Houston, TX 77010 |

If you have any questions about the Settlement, you may call or write to Plaintiffs' Counsel:

| Reed R. Kathrein, Esq. HAGENS BERMAN SOBOL SHAPIRO LLP 715 Hearst Avenue, Suite 202 Berkeley, CA 94710 Telephone: (510) 725-3000 | Phillip Kim, Esq. THE ROSEN LAW FIRM, P.A. 275 Madison Avenue, 40th Floor New York, NY 10016 Telephone: (212) 686-1060 |
|---|---|

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: March 16, 2021

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

---

## SUPERIOR COURT OF NEW JERSEY LAW DIVISION: HUDSON COUNTY

OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff,*

vs.

NEWELL BRANDS INC., MICHAEL B. POLK, JOHN K. STIPANICICH, SCOTT H. GARBER, BRADFORD R. TURNER, MICHAEL T. COWHIG, THOMAS E. CLARKE, KEVIN C. CONROY, SCOTT S. COWEN, DOMENICO DE SOLE, CYNTHIA A. MONTGOMERY, CHRISTOPHER D. O'LEARY, JOSE IGNACIO PEREZ-LIZAUR, STEVEN J. STROBEL, MICHAEL A. TODMAN, and RAYMOND G. VIAULT,

*Defendants.*

DOCKET NO.: HUD-L-3492-18

Civil Action

### SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

**To all former shareholders of Jarden Corporation who received or acquired the common stock of Newell Brands Inc., pursuant to the S-4 registration statement and prospectus issued in connection with Newell Brands Inc.'s April 2016 acquisition of and merger with Jarden Corporation (the "Class").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 4:32 of the New Jersey Court Rules and the August 7, 2020 Order of the Superior Court of New Jersey, Law Division: Hudson County (the "Court"), that the above-captioned action (the "Action") has been certified to proceed as a class action on behalf of the Class, defined above, subject to certain exclusions. IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. At this time, there is no judgment, settlement, or monetary recovery.

If you are a Class Member, you have the right to decide whether to remain a member of the Class. *If you choose to stay in the Class*, you do not need to do anything at this time other than retain your documents relating to Newell, including documents showing all of your transactions (purchases, sales, and grants) in Newell common stock. You will automatically be included in the Class and all orders or judgments in the Action, whether favorable or unfavorable, will apply to you.

If you *do not* wish to remain a member of the Class, *you must take steps to exclude yourself from the Class*. If you ask to be excluded from the Class, you will not be bound by any order or judgment in the Action, but you will not be eligible to receive a share of any money which might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion *postmarked or submitted online no later than May 6, 2021*, in accordance with the instructions set forth in the full printed Notice of Pendency of Class Action (the "Notice"). Pursuant to the New Jersey Court Rules, it is within the Court's discretion whether to allow a second opportunity to request exclusion from the Class in the event there is a future settlement or judgment in the Action.

This notice is only a summary. The full printed Notice is currently being mailed to known potential Class Members. If you have not received a copy of the Notice, you may obtain a copy of the Notice by downloading it from www.NewellBrandsSecuritiesLitigation.com or by contacting the Notice Administrator at:

*Oklahoma Firefighters Pension and Retirement System v. Newell Brands Inc., et al.*
Claims Administrator
c/o Epiq
P.O. Box 3328
Portland, OR 97208-3328

If you did not receive the Notice by mail and you are a member of the Class, please send your name and address to the Notice Administrator so that, if any future notices are mailed in connection with the Action, you will receive them.

Inquiries, other than requests for the Notice, may be made to Class Counsel:

DEBORAH CLARK-WEINTRAUB
MAX R. SCHWARTZ
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

**Please Do Not Call the Court with Questions.**

Dated: March 29, 2021

BY ORDER OF THE COURT:
Superior Court of New Jersey
Law Division: Hudson County



A
MARKET WIZARD
TELLS ALL

U.S. Investing Champion Mark Minervini
Reveals His Proven Superperformance Strategy

The Secrets, Rules & Blunt Truths of a Stock Market Wizard

Think & Trade Like A Champion

MARK MINERVINI — U.S. INVESTING CHAMPION
Best-Selling Author of *Trade Like A Stock Market Wizard*

Learn the Strategy That Made Him One of America's Most Successful Stock Traders

TRADE LIKE A STOCK MARKET WIZARD

HOW TO ACHIEVE SUPERPERFORMANCE IN STOCKS IN ANY MARKET

MARK MINERVINI — U.S. INVESTING CHAMPION

Bookauthority
BEST STOCK MARKET BOOKS OF ALL TIME
WINNER

"Most traders would be delighted to have Minervini's worst years as their best"
*- Jack Schwager, Stock Market Wizards*

"One of the country's most successful stock traders."
*- Ron Insana*

available at amazon

EXHIBIT E

May 12, 2021

Neal Long

Dear SAExploration Holdings Litigation,

My name is Neal Long.                                    . My phone
number is                    . My email address is                        .

This is a request to be excluded from the settlement class in Amrit Kumar and
Tony Tep v SAExploration Holdings, Inc.

I do not have any information of my shares and dollar amount or any other
information for the lawsuit. I'm retired from Duke Energy and I do not have a
brokerage account any longer. I had already dissolved any shares of this years
ago. So with this being said I want to be excluded from any settlement monies
from this lawsuit.

The only way I had any shares of this was in my brokerage account I had with
Duke and Fidelity. And this I do not have any longer. If I did have any shares I have
already sold them and no proof that I had any at all.


Sincerely,



Neal Long

Neal Long

13 MAY 2021 PM 6 L



FOREVER / USA

SA Exploration Holdings Inc Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste 205
Media, PA 19063

MAY 17 2021

19063-256455