# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| AMRIT KUMAR and TONY TEP, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, and MICHAEL FAUST, <br><br> Defendants. | Case No. 4:19-cv-03089 <br><br><br> <u>CLASS ACTION</u> |

**DECLARATION OF PHILLIP KIM ON BEHALF OF THE ROSEN LAW FIRM, P.A.
CONCERNING ATTORNEYS' FEES AND EXPENSES**

I, Phillip Kim, Esq., declare and state, under penalty of perjury, that the following is true

and correct to the best of my knowledge, information and belief:

1.      I am a partner of The Rosen Law Firm, P.A., Co-Lead Counsel for Lead Plaintiff

and the Class in this litigation (the "Action"). I have personal knowledge of the matters set forth

herein and, if called upon, I could and would completely testify thereto.

2.      A copy of the firm's resume is attached as Exhibit A hereto.

3.      The Rosen Law Firm, P.A. has been counsel in this Action since 2020.

4.      My firm rendered the following legal services in connection with the prosecution

of this Action: conducted case investigation and assessment of the factual and legal bases of the

action; communications with clients; prepared the motion for appointment of lead plaintiff and

lead counsel; researched and prepared the amended complaint; identified and developed leads for

1

witnesses; participated in settlement negotiations; negotiated and prepared settlement documents; conferred with clients about the Settlement; and prepared motions and briefs in support of approval of the settlement.

5.      The chart below is a summary of time expended by the attorneys and professional staff of The Rosen Law Firm, P.A. on this Action, and the lodestar calculation based on their current billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. Time spent in preparing this Declaration in support of my firm's application for fees and reimbursement of expenses and any other time related to billing or periodic time reporting has not been included in this chart:

| Name | Current Hourly Rate | Total Hours Worked on Case | Total Lodestar |
|------|---------------------|----------------------------|----------------|
| Philip Kim (P) | $975 | 47.94 | $46,741.50 |
| Brent LaPointe (A) | $725 | 663.88 | $481,313.00 |
| Erica Stone (A) | $675 | 7.83 | $5,285.25 |
| Stephen Shepardson (A) | $600 | 7.6 | $4,560.00 |
| Ryan Hedrick (A) | $575 | 14.75 | $8,481.25 |
| **TOTALS:** | | **742** | **$546,381.00** |

* Partner (P), Associate (A)

6.      From the beginning of this Action through June 1, 2021, my firm performed a total of 678.32 professional work hours in the prosecution of this Action. The total lodestar amount for my firm is $500,082.50.

7.      The Rosen Law Firm expended a total of $28,796.74 in un-reimbursed expenses in connection with the prosecution of this Action broken down as follows:

2

| Category of Expenses | Amount |
|---|---:|
| Court Fees/Filing Fees | $400.00 |
| Copying/Printing | $0.75 |
| Experts | $8,106.40 |
| Investigators | $10,950.43 |
| Mediation | $4,365.00 |
| Legal Research/ECF/PACER | $430.04 |
| Service of Process | $730.00 |
| Pro Hac Vice/Certificates of Good Standing | $44.00 |
| Transcripts/Court Reporters | $26.40 |
| Travel/Transportation/Hotels/Meals | $47.88 |
| Press Releases and Notice to Class Members | $3,695.84 |
| **TOTAL EXPENSES:** | **$28,796.74** |

8.      The expenses set forth above are reflected in the firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, NY
Dated: June 1, 2021                                          /s/ Phillip Kim
                                                                        Phillip Kim

3