# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| AMRIT KUMAR and TONY TEP, Individually and on Behalf of All Others Similarly Situated,<br><br> Plaintiff,<br><br>v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, and MICHAEL FAUST,<br><br> Defendants. | **CLASS ACTION**<br><br>Case No. 4:19-cv-03089 |

**DECLARATION OF REED R. KATHREIN ON BEHALF OF HAGENS BERMAN SOBOL SHAPIRO LLP CONCERNING ATTORNEYS' FEES AND EXPENSES**

Reed R. Kathrein, admitted *pro hac vice* in the above-captioned action (the "Action"), hereby declares under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a partner in the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") Co-Lead Counsel, along with The Rosen Law, P.A. ("Rosen Law"), for Lead Plaintiffs Amrit Kumar and Tony Tep ("Lead Plaintiffs") in the Action. I submit this declaration in support of Lead Plaintiffs' motions for: (1) Final Approval of the Proposed Class Action Settlement, Plan of Allocation, and Class Certification; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Lead Plaintiffs.

2.     I have personal knowledge of the matters described in this declaration and am competent to testify thereto.

3.      A copy of the firm's resume is attached as Exhibit A hereto. As set forth in detail in the Joint Declaration of Reed R. Kathrein and Phillip Kim in Support of Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement, Plan of Allocation, and Class Certification; and (2) Plaintiffs' Counsels' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Plaintiffs ("Joint Declaration"), Hagens Berman has been directly involved in all aspects of this litigation. *See* Joint Declaration ¶¶29-36.

4.      Hagens Berman's lodestar through May 26, 2021, is $305,025.00. The total amount of time expended by my firm's attorneys and paralegals is 501.7 hours.

5.      The chart below is a summary of the amount of time expended by each of my firm's partners, attorneys, and professional support staff who were involved in the Action. The lodestar calculations were based on my firm's billing rates. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available for inspection at the request of the Court. Time expended in preparing this and prior applications fees has not been included in this request.

| Name | Current Hourly Rate | Total Hours Worked on Case | Total Lodestar |
|---|---|---|---|
| Reed Kathrein (P) | $900 | 101.8 | $91,620.00 |
| Christopher O'Hara (P) | $675 | 28.0 | $18,900.00 |
| Lucas Gilmore (A) | $750 | 35.4 | $26,550.00 |
| Robert Jigarjian (A) | $525 | 2.5 | $1,312.50 |
| Danielle Smith (A) | $525 | 269.5 | $141,487.50 |
| Wesley Wong (A) | $450 | 38.7 | $17,415.00 |
| Lisa Lin (PL) | $300 | 24.2 | $7,260.00 |
| Lisa Napoleon (PL) | $300 | 1.6 | $480.00 |
| | | | |
| **TOTALS:** | | **501.7** | **$305,025.00** |

Partner/Shareholder (P)
Associate (A)
Project/Staff Attorney (PA)
Contract Attorney (CON)
Paralegal (PL)

Case Assistant (CA)

6.    The hourly rates above for my firm's partners, attorneys and professional staff are based on the equivalent rates of competitor firms and opposing counsel, including partnership status, education, years of relevant experience, and reputation. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm.

7.    Hagens Berman spent a total of $11,059.94 in unreimbursed expenses in connection with the prosecution of the Action, as detailed in the chart below.

| Category of Expenses | Amount |
|---|---|
| Court Fees/Filing Fees | $0.00 |
| Copying/Printing | $3.50 |
| Experts | $2,895.72 |
| Mediation Fees | $7,666.00 |
| Legal Research/ECF/PACER | $472.92 |
| Overnight/Hand Delivery | $21.80 |
| Service of Process | $0.00 |
| Telephone/Fax | $0.00 |
| Transcripts/Court Reporters | $0.00 |
| Travel/Transportation/Hotels/Meals | $0.00 |
| Miscellaneous | $0.00 |
| **TOTAL EXPENSES:** | **$11,059.94** |

8.    The expenses set forth above are reflected in my firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of the action.

9.    I declare under penalty of perjury that the foregoing is true and correct.

DATED:  June 1, 2021                    /s/ Reed R. Kathrein
                                        REED R. KATHREIN