# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN BODIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, AND MICHAEL FAUST,<br><br>Defendants. | Case No. 4:19-cv-03089<br><br>**DECLARATION OF MARION M. REILLY ON BEHALF OF HILLIARD MARTINEZ GONZALES LLP CONCERNING ATTORNEYS' FEES AND EXPENSES**<br><br><u>CLASS ACTION</u> |

I, Marion M. Reilly declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am an attorney duly licensed to practice law in the State of Texas and before this Court.

2.      I am a Partner at Hilliard Martinez Gonzalez LLP, Liaison Counsel for Lead Plaintiffs in this Action.  I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

3.      A copy of Hilliard Martinez Gonzalez LLP's resume is annexed hereto as Exhibit A.

4.      Hilliard Martinez Gonzalez LLP has been involved in this action since its inception in 2019 and continuing throughout all other aspects of this Action.

5.      Hilliard Martinez Gonzalez LLP rendered the following legal services in connection with the prosecution of this Action: (a) reviewing, editing, and filing of pleadings; and (b) advice and guidance on local rules and strategy.

- 1 -

6. The chart below is a summary of time expended by the attorneys and professional staff of Hilliard Martinez Gonzalez LLP on this Action, and the lodestar calculation based on their current billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. Time spent in preparing this Declaration in support of my firm's application for fees and reimbursement of expenses and any other time related to billing or periodic time reporting has not been included in this chart.

| Professional (position)* | Years in Practice | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|---|
| Marion M. Reilly (P) | 10 | $900.00 | 50 | $45,000.00 |
| Ana Zabalgoitia (A) | 3 | $450.00 | 10 | $4,500.00 |
| Caitlin L. Salinas (PL) | 10 | $300.00 | 6 | $1,800.00 |
| **Total** | | | **66** | **$51,300.00** |

* Partner (P), Associate (A), Paralegal (PL).

7. From the inception of this Action through May 26, 2021 my firm performed a total of 66 professional work hours in the prosecution of this Action. The total lodestar amount for my firm is $51,300.00

8. Hilliard Martinez Gonzalez LLP expended a total of $82.00 in un-reimbursed expenses in connection with the prosecution of this Action broken down as follows:

**LIST OF UNREIMBURSED EXPENSES**

| Category | Amount |
|---|---|
| Online Computer Legal Research and Document Retrieval Fees | $52.00 |
| FedEx, Postage, and Messenger Service Fees | $31.00 |
| **TOTAL EXPENSES** | **$83.00** |

9. The expenses set forth above are reflected in counsel's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 1, 2021

                                  */s/ Marion M. Reilly*
                                  Marion M. Reilly