# EXHIBIT 4-A

# WE FIGHT *to* WIN



*We fight for justice in cases involving personal injury, wrongful death, product liability, and commercial and business litigation. We're known for winning big verdicts and forcing settlements.*

Hilliard Martinez Gonzales LLP has been successfully representing clients in the United States and Mexico since 1986. Our experienced, tenacious legal team has earned a national and international reputation for taking on powerful, wealthy companies and bringing them to justice for causing personal injury or wrongful death.

---

*Our reputation is so well known that often a corporation will agree to a fair settlement rather that go to court against us.*

---

If you or a loved one have been harmed by negligence, unsafe/defective products or a car or truck crash with a company vehicle, we can help you fight for rightful compensation.



**HILLIARD MARTINEZ GONZALES LLP**
TRIAL ATTORNEYS

HMGLAWFIRM.COM · O 361.882.1612 · TF 800.334.3298 · 719 S SHORELINE BLVD, CORPUS CHRISTI, TX 78401



**HILLIARD MARTINEZ GONZALES LLP**
TRIAL ATTORNEYS



MAKING *the* NEWS

*The National Law Journal*
**September 2014**

---

THE NATIONAL LAW JOURNAL                                                                 SEPTEMBER 29, 2014

# ELITE TRIAL LAWYERS



## Hilliard Muñoz Gonzales

Robert Hilliard does his homework.

Besides reading up on the precedents, he says he performs a "self-archeological dig" to find out what will make jurors tick.

"My bailiwick is—I find the real story. Sometimes people don't look hard enough at what the real story is," Hilliard said. And that sometimes includes his clients, whom he has learned to put at ease in front of a jury, even though "a courtroom is kind of antiseptic, it's a difficult place to relax."

Hilliard is now one of three co-lead court-appointed counsel for the plaintiffs in multidistrict litigation against GM over ignition-switch defects.

When former client Vanice Wilson asked for $2.9 million in her suit against a Coca-Cola truck delivery driver who was on a cellphone when the driver struck her car, the jury awarded $22 million. "They call him the bulldog," Wilson said, but "he was a very charming attorney."

Donnie Contreras, a paraplegic man who sued Holiday Inn after scalding water burned his legs in one of the chain's hotels, said "I've always felt comfortable since I first met him." And yet, he added, "I wouldn't want to go against him."

Hilliard has employed the same approach in litigating personal injury suits, wrongful death actions and civil rights cases. "We really get to know and understand the client's story," he said.

—Lalita Clozel

### FIRM FACTS

**LOCATION OF MAIN OFFICE:** Corpus Christi, Texas  |  **NUMBER OF PARTNERS:** 6

**KEY TO WINNING**   "You have to know and understand yourself and you have to be yourself in front of a jury."
—ROBERT HILLIARD

Reprinted with permission from the September 29, 2014 edition of THE NATIONAL LAW JOURNAL © 2014 ALM Media Properties, LLC. All rights reserved.
Further duplication without permission is prohibited. For information, contact 877-257-3382, reprints@alm.com or visit www.almreprints.com. #005-10-14-05

# THE NATIONAL LAW JOURNAL

SEPTEMBER 29, 2014

An **ALM** Publication








# ELITE TRIAL LAWYERS

## 50 Leading Plaintiffs Firms In America

In the past year, plaintiffs lawyers helped their clients win billions of dollars in awards—in fact, the 100 largest verdicts of 2013 yielded more than $10 billion in recoveries. That sum is likely to be equaled or surpassed in 2014. The ripple effects of these wins reach beyond dollars, with plaintiffs' efforts helping in many cases to reshape public policies or reform corporate behavior.

Recognizing the impact of this work, The National Law Journal and Law. com this year teamed to select law firms that are doing the most creative and substantial work on the plaintiffs side.

The result is our inaugural list of America's Elite Trial Lawyers. The 50 firms named here pulled in big victories in complex cases that have a wide impact on the law and legal business.

To create our list, we vetted more than 100 firms, poring over nominations and reporting on performance. We recognized the work of the firms as a whole, understanding that successful trial work is usually the result of a team effort. We also strived to capture a wide variety of practices and business models—from Wall Street securities specialists to firms that focus on high-impact personal injury cases.

To qualify for inclusion, firms had to have scored at least one significant plaintiffs win between Jan. 1, 2013, and June 30, 2014, and possess an impressive track record of wins within the past three to five years. A "significant win"

meant prevailing in a bench or jury trial or in a major settlement where the stakes were high—for example, a substantial amount of money was at stake or the outcome could have affected litigation strategy or results in similar cases nationally. Also, firms had to devote at least 50 percent of their litigation resources to plaintiffs work and derive half or more of their revenue from plaintiffs-side activities. Firms with higher percentages of plaintiffs-side work were considered.

Among the factors we considered in selecting firms were:
- Performance in significant cases, including key rulings, victories at trial and settlements.
- Verdict dollar amount, size of punitive damages penalties and cash settlements.
- Complexity of procedure and substantive law.
- Willingness to take on large cases and to persevere in the face of adversity.
- Impact of litigation results that changed a government or business practice.

In this special report, you'll find insights on why we selected the firms that we did. In November, we'll gather in Las Vegas for a special dinner and conference honoring the firms and focusing on the current state of the plaintiffs bar.



## OUR SELECTIONS

BARON & BUDD
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
BERGER & MONTAGUE
BERNSTEIN LIEBHARD
BERNSTEIN LITOWITZ BERGER & GROSSMANN
THE BUZBEE LAW FIRM
CLIFFORD LAW OFFICES
COHEN MILSTEIN SELLERS & TOLL
COTCHETT, PITRE & MCCARTHY
EGLET LAW GROUP
FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD
GAIR, GAIR, CONASON, STEIGMAN, MACKAUF, BLOOM & RUBINOWITZ
GIBBS & BRUNS
GIRARDI KEESE
GRANT & EISENHOFER
HAGENS BERMAN SOBOL SHAPIRO
HARE, WYNN, NEWELL & NEWTON
HAUSFELD
HERMAN HERMAN & KATZ
HILLIARD MUÑOZ GONZALES
KAPLAN FOX & KILSHEIMER
KLINE & SPECTER
KOHN, KOHN & COLAPINTO
KOREIN TILLERY
LABATON SUCHAROW
THE LANIER LAW FIRM
THE LAW OFFICES OF FRANK L. BRANSON
LEVIN, FISHBEIN, SEDRAN & BERMAN
LIEFF CABRASER HEIMANN & BERNSTEIN
MAZIE SLATER KATZ & FREEMAN
MILBERG
MORGAN & MORGAN
MOTLEY RICE
NAGEL RICE
NAPOLI BERN RIPKA SHKOLNIK
NEUFELD SCHECK & BRUSTIN
NICHOLS KASTER
PANISH SHEA & BOYLE
PODHURST ORSECK
PROVOST UMPHREY LAW FIRM
ROBBINS GELLER RUDMAN & DOWD
ROBINS, KAPLAN, MILLER & CIRESI
ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS
SANFORD HEISLER
SEEGER WEISS
SIMMONS HANLY CONROY
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO
SUSMAN GODFREY
TYCKO & ZAVAREEI
WEITZ & LUXENBERG






**MAKING THE NEWS** | *The National Law Journal* | September 2014

**HILLIARD MARTINEZ GONZALES** LLP
TRIAL ATTORNEYS



**HILLIARD MARTINEZ GONZALES** LLP
**TRIAL ATTORNEYS**



# MAKING *the* NEWS

*Super Lawyers*
2011

## Super Lawyers
2011



**BOB HILLIARD**
· FOUNDER, HILLIARD MUÑOZ GONZALES
· CLASS ACTION/MASS TORTS, PERSONAL INJURY
· *TEXAS SUPER LAWYERS*: 2003, 2004, 2006–2011

# the BULLDOG

## Bob Hilliard takes on the cases other lawyers won't touch—and wins

BY ERIN CARLYLE    PHOTOGRAPHY BY FELIX SANCHEZ

Bob Hilliard watched the men dash beneath the Paso del Norte border bridge. He saw the officer jump from his bicycle, chase them, and aim. Then he heard the gunshots and a woman, crying out in Spanish.

In the aftermath, a 15-year-old boy lay flat on his back, his green T-shirt crumpled, blood spurting in red waves from his face.

The cell phone video, filmed on the Mexican side of the border, was grainy. But it was clear enough for Hilliard: An innocent teenager had been murdered by the U.S. Border Patrol.

Six months later, Hilliard filed a $25 million wrongful death and civil rights violation lawsuit against the American government, and represented the family of the dead teen, Sergio Adrian Hernandez Güereca.

"El Paso and Juárez is a tough place right now, and the Border Patrol agents, they have a tough job," Hilliard told a television reporter in an interview with Fox News. "But it certainly hasn't come down to a point in the relationship between our countries that we're shooting each other's children."

After the interview, Hilliard's voicemail at Hilliard Muñoz Gonzales filled with threats. Unfazed, he simply forwarded the calls to the FBI.

During nearly 30 years of trial work, Hilliard has consistently chosen to represent the powerless. One of Hilliard's early clients in his solo practice was Kelly Havner, a teenager born with no fingers on her right hand. While pregnant, Kelly's mother had taken a morning sickness drug called Bendectin. Hilliard sued the drug maker, Merrell Dow Pharmaceuticals Inc., partnering with Barry Nace, a Washington, D.C. attorney who had prosecuted the most famous of the Bendectin cases. When they met, Nace noticed Hilliard's distinctly Texan demeanor right away. "Just the way he talked, his lanky moves—he reminded me a little bit of a cowboy," Nace says.

A methodical cowboy. To prepare for trial, Hilliard pored over every bit of information Nace had from prior cases. On the first day of the trial, the judge asked Hilliard to tell the jury a bit about the case. When he finished, Hilliard recalls Nace saying to him, "That was exactly what I was going to say in my opening. What do I do?"

Hilliard responded, "Give your closing!" Nace remembers, "He said, 'Barry, you give the wildest closing argument you ever made.'"

So Nace did—offering the jury the kind of detailed, dramatic narrative he normally reserved for the end of the trial—and it worked beautifully. A jury awarded $30 million in punitive damages and compensatory damages of $3.75 million.

But when the case reached the Supreme Court of Texas, Hilliard discovered something about the attorney for Merrell Dow: He'd promised to raise half a million dollars for one of the justices on



Hilliard, right, with client Koua Fong Lee and son after Lee's release.

Wyoming where he met Dax Cowart. A former football star and fighter pilot from East Texas, Cowart had lost both hands and eyes in a tragic explosion that left two-thirds of his body horrifically burned and also killed his father. He'd wanted to die, but doctors refused to let him. Instead, he was forced to undergo excruciatingly painful treatments. Eventually, Cowart went to law school and became an advocate for patients' rights. Though today Cowart says he is glad he lived, he still believes that he should have been allowed to end his life.

The men hit it off right away and Hilliard offered Cowart a job. The East Texas lawyer became one of the most influential people in Hilliard's life.

"He reminded me of how important it is to stay in the moment," Hilliard says. "Use the pain you have experienced to positively affect those around you."

Last year, Hilliard got a phone call from a Minnesota attorney who was filing a lawsuit against Toyota. A family had lost three members—a father, his 9-year-old son and his 6-year-old niece—because a Toyota Camry slammed into the back of their car at 90 miles per hour.

From the moment he stepped away from the accident, Koua Fong Lee claimed he had been pressing the brakes. But the jury didn't believe him. The Hmong immigrant and father of four was charged with criminal vehicular manslaughter and sentenced to eight years in prison.

Four years later, several Toyota models were recalled amid problems of unintended acceleration. Hilliard flew up to Minnesota to help the victims' family in a civil case against the carmaker, but ended up helping out Lee, pro bono. Toyota's models with an electronic throttle control (ETC) system had been recalled, and Hilliard and his team began looking at older models—like the one Lee had been driving. The case played out as a high-stakes drama in the newspapers and on the nightly news. Despite increasing evidence that Lee had been telling the truth, the county prosecutor, Susan Gaertner, opposed a retrial. In one instance, she adopted a mock Texas accent as she declared that no lawyer from Texas was going to come up and overturn her case, and accused Hilliard of "stirring up trouble."

"Here's a news flash for Mr. Hilliard: This is Minnesota, not Texas, and attorneys in this state are expected to abide by stringent ethical standards," Gaertner said in one statement.

"In Texas, we don't knowingly put innocent men in prison," Hilliard shot back.

Last August, after a four-day hearing, in which the plaintiff's attorneys presented compelling evidence, a judge released Lee from prison. Minutes later, the Minnesota prosecutor announced she would not seek a new trial. Hilliard stood on the courthouse steps and celebrated, with Lee embracing him in a fierce hug.

A few months later, in December, Lee and his family traveled to Corpus Christi to share Christmas with the Hilliards. "My 5-year-old knows them well," Hilliard says. "It was powerful stuff."

Hilliard is father to six children, ages 20 months to 22 years. "He's a very good dad," says Jacobo Muñoz, Hilliard's partner of 16 years. "He devotes his life primarily to his work and to his children."

These days, Hilliard is busy with a case against BP related to the Gulf of Mexico oil spill; a suit on behalf of mentally disabled residents at a Corpus Christi state school who were forced to fight each other for the pure amusement of school employees; and a case against the San Angelo Independent School District where a special needs girl was sexually assaulted by a fellow student as a result of the school's failure to keep someone with her at all times.

Hilliard is also prosecuting a San Antonio priest in a child sex abuse case. A staunch Catholic, he says that the decision to take on the case has earned him criticism from some of his fellow parishioners—but he doesn't mind.

"If there's a priest doing this, he's not part of the church that I believe should exist," Hilliard says. "Cleaning house does not mean that you don't like the structure. It just means that the rats leave." ⊠

the bench. Hilliard protested, and the judge recused himself.

In less than 30 days, the court ruled in favor of the pharmaceutical company. However, while doing so, the court changed the admissibility standard for certain expert testimony, reverting to an old standard that disadvantaged the plaintiffs. Applying the standard required the judge to be the "gatekeeper" and make a determination during a hearing of whether the expert and his opinions met the new "Havner Standard."

But the court refused to remand the case so that Hilliard could try it again under the new rules. Instead, the court rendered a verdict in favor of the defendant.

Hilliard poured out his frustration in a motion for rehearing that slammed the judges. "Outlined against a hazy July sky, the four horsemen rode again last Wednesday," Hilliard wrote. "You know them: Pestilence, Death, Famine, and this Texas Supreme Court." The brief nearly cost Hilliard his law license. But to this day he's proud of it.

"You know, I never recall Bob taking a case that he didn't strongly believe in," says Dax Cowart, an attorney who worked with Hilliard for five years.

Hilliard's deep affinity for protecting the helpless began at home. His father, an Air Force fighter pilot who flew the first mission into North Vietnam, attended law school when a diagnosis of muscular dystrophy forced him to retire from the military. Shelley Hilliard became the county attorney of Newton, where he prosecuted from his wheelchair. Eventually, he sued the county because he had to drag himself up the courthouse steps on his hands and knees to get to work.

"Once he won the lawsuit, the county named the elevator 'Shelley's Shaft,'" Hilliard says.

Hilliard's older brother, Del, also had muscular dystrophy, and had suffered brain damage as a child. Growing up, Bob defended his older brother against bullies at school. But at home, where the boys shared a room, Del provided the comfort a little brother sometimes needs. "I used to have nightmares growing up, so I would go sleep in his bed," Hilliard says.

After majoring in English on a tennis scholarship to St. Edward's University in Austin, Hilliard attended St. Mary's University School of Law in San Antonio, where he graduated with honors. Trial law was a natural fit for Hilliard's dramatic streak—he'd loved performing in high school plays. He worked for two years for Guy Allison, one of the toughest trial lawyers in the state. Then, Hilliard started his own practice.

In 1995, Hilliard attended Gerry Spence's Trial Lawyers College in

Reprinted from the October 2011 issue of *Texas Super Lawyers*® magazine. © 2011 *Super Lawyers*®, a Thomson Reuters business. All rights reserved.



**HILLIARD MARTINEZ GONZALES** LLP
**TRIAL ATTORNEYS**





*The National Law Journal*

# THE NATIONAL LAW JOURNAL

An **ALM** Publication

# THE TOP 100 VERDICTS OF 2012

Every year, *The National Law Journal*'s VerdictSearch affiliate scours the nation's court records in search of the largest verdicts; it also consults with practitioners and with additional ALM Media LLC publications. The key here is what the jury awarded; this list does not account for judicial reductions, offsets or appeals.

| RANK | AMOUNT | TYPE | NAME/COURT/DATE | LEAD PLAINTIFFS' ATTORNEY(S)/FIRM(S) | LEAD DEFENSE ATTORNEY(S)/FIRM(S) |
|---|---|---|---|---|---|
| 85 | $21,544,873 | Motor vehicle | Chatman-Wilson v. Cabral, Nueces Co., Texas, Ct. At Law No. 2, 10-61510-2, 05/04/2012 | Robert C. Hilliard, Hilliard Munoz Gonzales, Corpus Christi, Texas; Thomas J. Henry, Law Offices of Thomas J. Henry, Corpus Christi | Darrell Barger, Hartline Dacus Barger Dreyer, Corpus Christi |



**HILLIARD MARTINEZ GONZALES** LLP
TRIAL ATTORNEYS



MAKING *the* NEWS

*The National Law Journal*

## MOTOR VEHICLE



VERDICTSEARCH

INTERSECTION — MOTOR VEHICLE — CELL PHONE — MOTOR VEHICLE — LEFT TURN — WORKER/WORKPLACE NEGLIGENCE — NEGLIGENT TRAINING — WORKER/WORKPLACE NEGLIGENCE — NEGLIGENT SUPERVISION — AGENCY/APPARENT AGENCY — VICARIOUS LIABILITY

# Coca-Cola allowed its drivers to use phones while driving

**VERDICT**   $21,544,873

**CASE**   Vanice Chatman-Wilson v. Araceli Venessa Cabral and Coca-Cola Enterprises, Inc.,
No. 10-61510-2

**COURT**   Nueces County Court at Law No. 2, TX

**JUDGE**   Lisa Gonzales

**DATE**   5/4/2012

**PLAINTIFF ATTORNEY(S)**   **Robert C. Hilliard**, Hilliard Munoz Gonzales, Corpus Christi, Texas; **Thomas J. Henry**, Law Offices of Thomas J. Henry, Corpus Christi

**DEFENSE ATTORNEY(S)**   **Darrell Barger**, Hartline Dacus Barger Dreyer, Corpus Christi

**FACTS & ALLEGATIONS** On Aug. 3, 2010, plaintiff Vanice Chatman-Wilson, 37, a financing employee, was driving a sedan heading west on Leopard Street through its intersection with McKenzie Road, in Corpus Christi. Araceli Venessa Cabral was driving a Coca-Cola Enterprises Inc. truck, taking a left turn from Leopard Street onto McKenzie Road, and struck the driver side of the plaintiff's vehicle. Chatman-Wilson sustained shoulder, neck, arm and back injuries. Cabral was using a hands-free cell phone headset.

Chatman-Wilson sued Coca-Cola and Cabral contending that Cabral was negligent in the operation of the vehicle for failing to properly execute a left turn, and that Coca-Cola was vicariously liable and negligent in the training, supervision and management of the employee.

Chatman-Wilson contended that Cabral was talking on a cell phone at the time of the accident, and that the investing officer found her at fault for failing to yield the right-of-way while turning left.

Plaintiff's counsel maintained that Coca-Cola had a negligent policy in place that allowed employees to talk on their hands-free phones while driving company vehicles. Coca-Cola should not have allowed Cabral to talk on her phone while driving, and that failure to train employees not to do so was negligent, counsel argued.

The defendants contended that, while the company's driver was responsible for the accident, the driver's use of the cell phone was not the proximate cause of the accident. Coca-Cola conceded that employees are required to use hands-free devices when operating a motor vehicle, but contended that the policy was consistent with state traffic laws, and exceeded state law safety requirements.

**INJURIES/DAMAGES** *chiropractic; contusion; discectomy; hardware implanted; herniated disc at L4-5; physical therapy; trigger point injection; whiplash*

Chatman-Wilson sustained a herniation at L4-5, contusions of her torso, arms and legs, and soft-tissue whiplash injuries of the neck and back. After the accident she drove home, but within hours drove herself to the emergency room. She underwent conservative treatment for six months, including physical therapy and chiropractic sessions three to four times a week and four trigger point injections. In February 2011, she underwent a discectomy with instrumentation at L4-5. Chatman-Wilson underwent another course of physical therapy and continued to treat with an orthopedist approximately once a month.

Chatman-Wilson claimed to sustain pain and limitation in her neck, which caused pain when standing or sitting for lengthy periods of time. Following the accident, she returned to work for approximately a week, but claimed she was unable to continue thereafter due to the injuries. She claimed the injuries also rendered her unable to exercise, or perform her household chores, such as cooking, cleaning and caring for her children.

The plaintiff's vocational rehabilitation expert opined that the injuries were permanent and she would never be able to return to work, which would cost some $900,000 in future medical expenses. She sought recovery for past and future pain and suffering, along with lost wages and medical costs. She also sought punitive damages, arguing that the company's policy regarding cellular phones was reckless and called for a ban on using a cell phone while driving.

The defense vocational rehabilitation expert contended that Chatman-Wilson was able to return to work. The defendants asked the jury to award between $300,000 and $400,000 for her claim. Defense counsel argued that the cell phone policy was reasonable, making punitive damages unnecessary.

**RESULT** The jury found for the plaintiff and awarded Chatman-Wilson $21,544,873.

**VANICE C HATMAN-WILSON**
$149,873 past medical cost
$45,000 past lost earnings
$900,000 future lost earnings
$10,000,000 punitive damages
$1,000,000 future disfigurement
$300,000 past physical pain and mental anguish
$500,000 past physical impairment
$5,000,000 future physical pain and mental anguish
$3,000,000 future physical impairment
$650,000 past disfigurement
$21,544,873

**TRIAL DETAILS** Trial Length: 4 days
Trial Deliberations: 6 hours

**PLAINTIFF EXPERT(S)**   **Carmen Daecher**, trucking industry, Camp Hill, PA
**Viola G. Lopez, L.P.C., C.R.C.**, life care planning, Houston, TX

**DEFENSE EXPERT(S)**   **Everett G. Dillman, Ph.D.**, economic analysis, El Paso, TX

**POST-TRIAL** The defendants plan to appeal the case.

**EDITOR'S NOTE** This report is based on information that was provided by plaintiff's and defendant's counsel.

*–Max Mitchell*

Reprinted with permission from the March 4, 2013 edition of the THE NATIONAL LAW JOURNAL and VERDICTSEARCH © 2013 ALM Media Properties, LLC. All rights reserved. Further duplication without permission is prohibited. For information, contact 877-257-3382 or reprints@alm.com. #005-03-13-30



**HILLIARD MARTINEZ GONZALES** LLP
TRIAL ATTORNEYS



MAKING *the* NEWS

*Super Lawyers*
2013

---

## Super Lawyers®

2013

### HILLIARD MUÑOZ GONZALES, LLP

Trial Lawyers - www.hmglawfirm.com



SEATED (L To R):  Marion Reilly, Rudy Gonzales*, Bob Hilliard*, Catherine Tobin
STANDING: John Martinez, Jacobo Muñoz, Neely Balko, Chris Pinedo
*Chosen to 2013 Super Lawyers

**Recent Jury Verdict Among Top in the Country:**
2012 Motor Vehicle Accident Case No. 1 Verdict in Country for an Operated Back Case
*(National Law Journal)*

**Settlements:**
**Refinery Explosion**
Wrongful Death - $8,727,229.46*
**Commercial Vehicle Accident**
Wrongful Death - $7,411,943.65*
**Refinery Accident**
Burn Injuries - $4,108,739.28*
**Chemical Plant Accident**
Burn Injuries - $3,478,008.11*
(* net to client)

**Bob Hilliard,** a relentless advocate with more than 30 years of experience, has tried more than 100 cases to a jury verdict.  Mr. Hilliard is board certified in personal injury trial law and civil trial law by the Texas Board of Legal Specialization.

**Rudy Gonzales** is board certified in personal injury trial law by the Texas Board of Legal Specialization and has tried more than 55 cases to jury verdicts.



**HILLIARD MUÑOZ GONZALES** LLP
TRIAL ATTORNEYS
719 S. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
PH: (361) 882-1612



### HILLIARD & SHADOWEN, LLC

**We Fight For Justice. We Fight For You.** In 2012, Bob Hilliard joined forces with long-time friend Steve Shadowen to open a second law firm, Hilliard & Shadowen, LLC. With offices in Harrisburg, Pennsylvania and Austin, Texas, the new firm pursues economic and social justice for people and small businesses that have been hurt by corporate or institutional wrongdoing. Hilliard & Shadowen's experienced attorneys handle complex class action and individual cases in antitrust, consumer protection, and civil and human rights.



HS HILLIARD | SHADOWEN LLC
ATTORNEYS AT LAW
919 Congress, Suite 1325; Austin, TX 78701
PH: (855) 344-3298

www.hmglawfirm.com | www.hilliardshadowenlaw.com

Reprinted from the special advertising section in the October 2013 issue of *Texas Monthly* and the Texas 2013 issue of *Super Lawyers Magazine*.
© 2013 Super Lawyers®, a Thomson Reuters business. All rights reserved.





## MAKING *the* NEWS

*Super Lawyers*
**2015**



BOB HILLIARD
*takes on*
BIG PHARMA
*when drugs and devices
harm instead of heal.*

### BOB HILLIARD IS BOARD CERTIFIED IN
### CIVIL TRIAL LAW AND PERSONAL INJURY TRIAL LAW

### Prescription for disaster:

drugs and medical devices rushed to market and later found to cause injury or even death of patients they should have helped.

Bob Hilliard is on the front lines of pharmaceutical and medical device litigation, going toe-to-toe with pharma giants like Bristol-Meyers Squibb, Bayer, GlaxoSmithKline, and Johnson & Johnson. His experience includes actions involving Xarelto, Zofran, OxyElite Pro and the laparoscopic power morcellator.

**A Texas law firm nationally recognized for significant verdicts and settlements.**

hmglawfirm.com  |  1 (800) 334-3298
719 S Shoreline Blvd #500  |  Corpus Christi, TX 78401



HILLIARD MUÑOZ GONZALES LLP
**TRIAL ATTORNEYS**

Reprint from the special advertising secton in the August 2015 issue of Delta Sky magazine. © 2015 Super Lawyers, part of Thomson Reuters. All Rights Reserved





*first*: JUSTICE.
*THEN* FAME.

| $21.5 MILLION* commercial vehicle accident verdict | $25 MILLION premises liability verdict | $7.5 MILLION auto accident settlement |

VERDICTS *like these put* HMG *in the* TEXAS VERDICTS HALL *of* FAME.

A TEXAS LAW FIRM *with a* NATIONAL REPUTATION *for* WINNING BIG VERDICTS *and* FAST SETTLEMENTS.

Bob Hilliard is Board Certified in Civil Trial Law and Personal Injury Trial Law
*No. 3 2012 Top Texas Verdict: Motor Vehicle Verdicts, No. 11 Overall Verdict



HILLIARD MARTINEZ GONZALES LLP
TRIAL ATTORNEYS

HMGLawFirm.com  |  1(800) 334-3298
719 S Shoreline Blvd, Corpus Christi, TX  78401



# BOB HILLIARD

ONE OF THREE ATTORNEYS APPOINTED BY FEDERAL JUDGE TO LEAD
THE NATIONAL CLASS ACTION SUIT AGAINST GENERAL MOTORS

*Hilliard and team are pursuing justice for victims of accidents
caused by GM's defective ignition switch*

*it's a* NUMBERS
GAME. & WE'RE
WINNING.

Bob Hilliard is Board Certified in Civil Trial Law and Personal Injury Trial Law

**THIS IS WHAT IT TAKES TO WIN A $25 MILLION WORKPLACE SAFETY VERDICT:**
A team that is fully prepared. Evidence that has been completely analyzed and understood. The financial resources to go toe-to-toe with the biggest companies in the world. Most important, a lawyer who knows his client, knows how to tell his client's story and has a 30-year track record of winning the biggest jury verdicts.

A TEXAS LAW FIRM *with a* NATIONAL REPUTATION
*for* WINNING BIG VERDICTS *and* FAST SETTLEMENTS.

*2013's third-largest workplace safety verdict*

HMGLawFirm.com  | 1(800)334-3298
719 S. Shoreline Blvd, Corpus Christi, TX  78401



HILLIARD MARTINEZ GONZALES LLP
TRIAL ATTORNEYS

A TEXAS LAW FIRM *with a* NATIONAL REPUTATION
*for* WINNING BIG VERDICTS *and* FORCING SETTLEMENTS.

PARTNERS ———
*in* JUSTICE

Bob Hilliard and Rudy Gonzales are *your* partners when you need an experienced, tenacious legal team to represent your interests in court or in seeking a settlement.

**OUR RECORD SPEAKS FOR ITSELF** – 30 years of winning some of the state's and nation's largest jury verdicts.

**$25 MILLION JURY VERDICT**
Top Texas Verdict, Premises Liability, 2013
*Net to Client: $1,475,000.00 | Expenses: $250,000.00*
*Attorney Fees: $1,274,000.00*

**$21.5 MILLION JURY VERDICT**
Top U.S. Verdict, back injury requiring surgery, 2012
*Net to Client: $1,699,033.30 | Expenses: $310,145.13*
*Attorney Fees: $1,360,000.00*

**$6.4 MILLION JURY VERDICT**
No. 3 Texas Verdict, Premises Liability, 2011
*Net to Client: $1,694,663.86 | Expenses: $92,836.14*
*Attorney Fees: $1,462,500.00*

MR. HILLIARD AND MR. GONZALES WERE SELECTED TO THE 2014 TEXAS SUPER LAWYERS LIST

**BOB HILLIARD**
*Double Board Certified in Civil Trial Law and Personal Injury Trial Law*

**RUDY GONZALES**
*Board Certified in Personal Injury Trial Law*

*Advertisement by Hilliard Martinez Gonzales L.L.P.*

**Call today about your case.**
HMGLawFirm.com  |  1(800)334-3298
719 S. Shoreline Blvd, Corpus Christi, TX 78401



HILLIARD MARTINEZ GONZALES LLP
TRIAL ATTORNEYS

## "*I Started This* FIGHT *And I Aim To* WIN IT."

*Bob Hilliard began his fight to bring General Motors to justice long before the story broke in the news and he's been leading the charge ever since.*

## PRESS ALERTS

### FEBRUARY 26, 2014  |  GM GUILTY OF BETRAYAL

Bob Hilliard is representing the families of two teenaged girls killed when airbags failed to deploy during the crash of a GM Chevrolet Cobalt, which General Motors is now recalling.

*"GM is guilty of betraying our trust and ending the lives of two beautiful young girls."*

### MARCH 24, 2014  |  U.S. SENATOR JOINS HILLIARD

*U.S. Senator Richard Blumenthal joined attorney Robert Hilliard in urging Attorney General Eric Holder to hold General Motors responsible for the deaths and injuries.*

### APRIL 22, 2014  |  GM IS MORALLY BANKRUPT

*"General Motors exhibits a stunning level of arrogance by even attempting such a bone-headed maneuver. Know this, after today there is at least one bankruptcy label the entire country believes: GM is morally bankrupt."*

### JUNE 5, 2014  |  NEW KIND OF EVIL

*"Why did it take three months for GM to fire (engineer) DiGiorgio? The guy was either a new kind of evil or the poster child for criminal carelessness."*

### NOVEMBER 11, 2014  |  EXPLOSIVE PIECE OF EVIDENCE

Internal GM emails show near-panic over ignition switch defect. Hilliard calls the newly public emails *"the single most explosive piece of evidence"* that GM wasn't as aggressive as it should have been in warning owners about the dangerous switches.



HILLIARD MARTINEZ GONZALES LLP
TRIAL ATTORNEYS

# THE OILFIELD IS DANGEROUS:

**HIGH PRESSURE LINE RUPTURES**
**COLLAPSED RIGS | DEFECTIVE MACHINERY**
**OILFIELD BLOWOUTS | TOXIC FUMES**
**EXPLOSIONS | VEHICLE CRASHES**

*Bob Hilliard is Board Certified in Civil Trial Law & Personal Injury Trial Law by the Texas Board of Legal Specialization.*

## WE GET IT.

If you or a loved one has been involved in an oilfield accident, you need an attorney who understands the industry. We do — we've tried many onshore and offshore oilfield cases and understand the parts that fracing, wireline, and snubbing play in drilling, completion and workover operations. We know the difference between fishing with a wireline and fishing with a rod. We know the industry.

## AND WE GET BIG SETTLEMENTS.

We've earned a reputation for winning big verdicts and negotiating big settlements. The oil industry doesn't want the dollar amounts made public, so most of the compensation we've won for our clients is confidential. We can tell you that five of our recent oilfield accident cases resulted in settlements totaling over $30 million.

If you have been seriously injured or a loved one has been killed in an oilfield accident, then you have the right to compensation. We will work aggressively to make sure you are compensated for medical expenses, lost wages, pain and suffering, and permanent disabilities or disfigurement.

We have the resources and track record to successfully take on your case, which we will review for free. Call 1-800-334-3298 and tell us what happened. We're ready to help you!

HMGLawFirm.com  |  1(800)334-3298
719 S. Shoreline Blvd, Corpus Christi, TX  78401



**HILLIARD MARTINEZ GONZALES** LLP
**TRIAL ATTORNEYS**



**(800) 334-3298**

BOB HILLIARD *won the single* LARGEST *jury* VERDICT *ever obtained against the largest* AUTO MAKER *in the* WORLD *for a* SUDDEN ACCELERATION *defect.*

## JOIN FORCES WITH A FIGHTER WHO KNOWS HOW TO WIN.

### $11 MILLION WIN AGAINST TOYOTA

Lead trial counsel Bob Hilliard's huge victory obtained in Minneapolis Federal Court on February 3, 2015 in *Trice, et. al v. Toyota Motor Corporation et. al* is the single largest jury verdict ever obtained against Toyota for sudden unintended acceleration. Bob can bring the same skill, tenacity and tough tactics to your litigation.



**HILLIARD MARTINEZ GONZALES** LLP
**TRIAL ATTORNEYS**

A Texas law firm with a national reputation for winning big verdicts and fast settlements. Bob Hilliard is Board Certified in Civil Trial Law and Personal Injury Trial Law.

hmglawfirm.com | 719 S Shoreline Blvd | Corpus Christi, TX 78401



APRIL 23, 2016 WEATHER CHANNEL REPORTS:

## *Bexar County hailstorm*

# "ONE OF THE COSTLIEST IN TEXAS HISTORY"

**$1.36 BILLION OVERALL DAMAGE**
**$800 MILLION COMMERCIAL AND RESIDENTIAL PROPERTY DAMAGE**

## NOW SOME INSURANCE COMPANIES ARE DENYING CLAIMS OR TRYING TO UNDERPAY.

Attorney Bob Hilliard has decades of experience
forcing insurance companies to pay what they owe.

Contact us now about your hail damage claim denial or underpayment.
(361) 882-1612    |    (800) 3343298
email info@hmglawfirm.com



HILLIARD MARTINEZ GONZALES LLP
TRIAL ATTORNEYS

# BOB HILLIARD
*Has Successfully Taken On*
# GM & TOYOTA
*Now He's Going After*
# VW

## JOIN FORCES WITH A FIGHTER WHO KNOWS HOW TO WIN.

**THE NEW YORK TIMES REPORTS,** "…G.M…(is)…setting aside $575 million to resolve the cases of about 1,380 people, all represented by Robert C. Hilliard. Mr. Hilliard, a lawyer who is among those leading the class-action cases against the automaker, said that 45 death cases were among those settled."

**$14 MILLION JURY VERDICT.** Bob Hilliard's huge victory in *Trice, et. al v. Toyota Motor Corporation, et. al* is the largest U.S. verdict related to death and injury caused by sudden acceleration of Toyota vehicles.

Bob Hilliard can bring the same skill, tenacity and tough tactics to your litigation.



**HILLIARD MARTINEZ GONZALES LLP**
**TRIAL ATTORNEYS**

A Texas law firm with a national reputation for winning big verdicts and fast settlements. Bob Hilliard is Board Certified in Civil Trial Law and Personal Injury Trial Law.

HMGLawFirm.com  |  1 (800) 334-3298  |  719 S Shoreline Blvd, Corpus Christi, TX  78401



# BOB HILLIARD

*won the single* **LARGEST** *jury* **VERDICT** *ever obtained against the largest* **AUTO MAKER** *in the* **WORLD** *for a* **SUDDEN ACCELERATION** *defect*.

## JOIN FORCES WITH A FIGHTER WHO KNOWS HOW TO WIN.



### $14 MILLION WIN AGAINST TOYOTA

Lead trial counsel Bob Hilliard's huge victory obtained in Minneapolis Federal Court on February 3, 2015 in *Trice, et. al v. Toyota Motor Corporation et. al* is one of the largest jury verdicts ever obtained against Toyota for sudden unintended acceleration. Bob can bring the same skill, tenacity and tough tactics to your litigation.

**HILLIARD MARTINEZ GONZALES** LLP
**TRIAL ATTORNEYS**

A Texas law firm with a national reputation for significant verdicts and settlements.
Bob Hilliard is Board Certified in Civil Trial Law and Personal Injury Trial Law.

HMGLawFirm.com  |  1 (800) 334-3298  |  719 S Shoreline Blvd, Corpus Christi, TX  78401



# BOB HILLIARD

*has gone toe-to-toe with*
**GM, TOYOTA, COCA-COLA,
GLAXO SMITH KLINE,
BRISTOL-MYERS SQUIBB,
JANSSEN PHARMACEUTICALS**
*and other powerful companies,
earning a national reputation for
bringing big corporations to account
for the harm they've caused with
their vehicles, negligence
or unsafe products.*

## KNOWLEDGE *and* EXPERIENCE *in* PROSECUTING COMPLEX LITIGATION

*Robert C. Hilliard is the founding partner of Hilliard Martinez Gonzales LLP and
Hilliard & Shadowen, LLP. He is Double Board Certified in Civil Trial Law and Personal Injury Trial Law.*

---

### MR. HILLIARD'S CASES HAVE MADE NATIONAL HEADLINES FOR DECADES. A PARTIAL LIST OF NOTABLE CASES FOLLOWS.

- **$575 MILLION** from General Motors to settle lawsuits filed over injuries and deaths caused by faulty ignition switches. (As reported in NYT 7/8/15)

- **$80 MILLION** settlement from Bristol-Myers Squibb for 15 people killed or hurt by an experimental drug for hepatitis C. (As reported in WSJ 1/24/13)

- **$50 MILLION** settlement of class action suit against H&R Block for receiving kickbacks to arrange loans between its clients and predatory lenders. (As reported on AccountingWeb 6/30/03)

- **$25 MILLION** verdict for a workplace brain injury. (Case settled on appeal for $3 million — net to client: $1,475,000 | expenses: $250,000 | attorney fees: $1,360,000).

- **$21.5 MILLION** verdict for an auto accident victim who suffered a back injury, the largest verdict awarded in 2012 in the U.S. for a car wreck injury requiring back surgery. (The National Law Journal) (Case settled on appeal for $3.4 million — net to client: $1,699,033 | expenses: $310,145 | attorney fees: $1,360,000).

- **$20.9 MILLION** settlement for oilfield explosion fatality (net to clients: $13,011,236 | expenses: $77,546 | attorney fees: $7,886,214).

- **$14 MILLION** jury verdict — the single largest verdict against Toyota for sudden unintended acceleration. Currently on appeal.

- **$7.5 MILLION** settlement for family of man killed by oilfield truck (net to clients: $4,474,708 | expenses: $25,288 | attorney fees: $3,000,000).



**HILLIARD MARTINEZ GONZALES LLP**
**TRIAL ATTORNEYS**

*Hilliard Martinez Gonzales LLP has been successfully representing clients in the
United States and Mexico since 1986, winning significant verdicts and settlements in mass torts,
personal injury, product liability, commercial and business litigation, and wrongful death cases.*

HMGLawFirm.com  |  (361) 882-1612  |  (800) 334-3298  |  719 S Shoreline Blvd, Corpus Christi, TX 78401



# ROBERT C. HILLIARD

Hilliard Martinez Gonzales L.L.P.

*Founding Partner*

## U.S. SUPREME COURT

**Successfully argued before the Supreme Court of the United States**

*Hernandez v. Mesa*
*Argument: Feb. 21, 2017*

## ACCOLADES & ASSOCIATIONS

**National Law Journal 2015 Elite Trial Lawyer of the Year: Motor Vehicles**

**National Law Journal 2016 Elite Trial Lawyer of the Year: Products Liability**

**Texas Super Lawyer 15 years**

**Martindale-Hubbell "AV ® Preeminent Rating,"**

**Litigation Counsel of America (LCA) Member**

**American Board of Trial Advocates (ABOTA), "Advocate" level**

**Alumni Board of Trustees for St. Mary's University's School of Law**

**American Association for Justice National Co-Chair, Ethics Committe Chairman 1992-1995**

### KNOWLEDGE & EXPERIENCE
### *in* PROSECUTING COMPLEX LITIGATION

*Mr. Hilliard is the Founding Partner of Hilliard Martinez Gonzales, LLP (1985 – present) and Hilliard & Shadowen, LLP (2012 – present).*

Mr. Hilliard is currently Co-Lead Counsel in *In re: General Motors LLC Ignition Switch Litigation*, MDL 2543. This multi-district litigation is considered the largest product liability litigation in US history. Mr. Hilliard has successfully led approximately 1,153 plaintiffs and their attorneys in a wide array of pretrial matters, including discovery disputes and negotiations with opposing counsel about the proceedings. As reported by *The New York Times*, "...G.M. reached another legal milestone, setting aside $575 million to resolve the cases of about 1,380 people, all represented by Robert C. Hilliard. Mr. Hilliard, a lawyer who is among those leading the class-action cases against the automaker, said that 45 death cases were among those settled."

Mr. Hilliard is also currently Co-Lead Counsel for the Plaintiffs' Steering Committee in the Texas GM MDL, *In re: General Motors LLC Ignition Switch Litigation*, MDL No. 2014-51871.

Mr. Hilliard's firm, Hilliard & Shadowen LLP, is currently in leadership roles in the following MDLs:

• **2014**: *In re Aggrenox Antitrust Litig.*, No. 3:14 MD 2516 (SRU) (D. Conn.) (Interim Co-Lead counsel on behalf of consumer class plaintiffs);

• **2014:** *Loestrin 24 Fe Antitrust Litig.*, No. 1:13-md02472-S (D.R.I) (Interim Co-Lead counself of behalf of consumer class plaintiffs);

• **2014:** *In re Niaspan Antitrust Litig.*, No. 2:13-md-02460-JD (E.D. Pa.) (Interim Co-Lead Counsel on behalf of consumer class plaintiffs);

• **2013:** *In re Nexium (Esomeprazole Antitrust Litig.*, No. 1:12-md-02409-WGY (D. Mass.) (Co-Lead Counsel on behalf of consumer class plaintiffs);

**2016/2017:** Mr. Hilliard is lead counsel in a series of cases challenging the U.S. Border Patrol's policy of using lethal force against persons across the border in Mexico who allegedly throw rocks at agents in the U.S. The United States Supreme Court granted Mr. Hilliard's Petition for Certiorari and he presented oral argument before the Court in February 2017. Mr. Hilliard's clients include surviving family members of

## ACCOLADES & ASSOCIATIONS

St. Edward'sUniversity 2016 Distinguished Alumni

---

American Bar Association

---

Corpus Christi Bar Association

---

2015 Cover Story in Elite Attorney SA: "In Justice: Texas Attorney Bob Hilliard brings national causes to justice"

---

Featured in the 2011 Texas Super Lawyer magazine: "The Bulldog — Bob Hilliard Takes On Cases Others Won't Touch... And Wins."

---

2011 Cover Story about Mr. Hilliard in NSIDE Magazine "The Champion"

---

Featured on ABC World News Tonight, CNN, CNBC, Good Morning America, FOX News, 60 Minutes, New York Times, USA Today, Washington Post, Wall Street Journal and other national and international media

an unarmed, unthreatening 15-year-old bystander and a father who was a bystander in another incident while on a picnic with his wife and two young children. *Hernandez v. United States,* No. 11-50792 consolidated with No. 12-50217 and No. 12-50301 (5th Cir.). Under pressure of Mr. Hilliard's litigation, as well as condemnation from Congressional leaders and international human rights organizations, the Border Patrol announced sweeping revisions to use-of-force policies and the case caught the attention of the Nation's highest court.

**2017:** After Mr. Hilliard filed a lawsuit against Major League Baseball for a client severely injured by a foul ball, all thirty ball clubs announced they would extend safety netting beyond the dugout.

**2013:** Mr. Hilliard was the lead trial attorney for 15 patients killed or injured during Bristol-Myers Squibb's testing of an experimental drug for Hepatitis C. Mr. Hilliard led all filings, pre-trial matters, and negotiations and, as reported in the Wall Street Journal, successfully settled the cases for $80 million.

**2013:** Mr. Hilliard was Lead Counsel in the pharmaceutical product liability case, *In re: Risperdal Litigation,* against Johnson & Johnson. He tried two cases before juries in the Philadelphia County Court of Common Pleas that both settled during trial. See Banks v. Janssen Pharmaceuticals, Inc. et al.; Bentley v. Janssen Pharmaceuticals, Inc., et al. Mr. Hilliard led the negotiations and successfully settled over 1,500 cases for a confidential amount after taking



the deposition of Johnson & Johnson's C.E.O., Alex Gorsky.

**2011:** The Honorable Kurt Englehart (E.D. La) appointed Mr. Hilliard as one of eight attorneys to the Plaintiffs' Steering Committee in *In Re FEMA Trailer Product Liability Litigation,* MDL No. 1873. Mr. Hilliard's firm represented approximately 30,000 FEMA Plaintiffs, 98% of whom accepted the proposed settlement. Mr. Hilliard was one of the trial lawyers in the first bellwether case, *Alexander, et al. v. Gulf Stream Coach, Inc., In Re FEMA Trailer Product Liability Litigation,* MDL No. 1873 (E.D. La.).

## BAR & COURT ADMISSIONS

**United States Supreme Court**

**Supreme Court of Texas**

**State Bar of Texas**

**United States Court of Appeals: Fifth Circuit & Eighth Circuit**

**United States District Courts: District of Columbia, Eastern, Northern, Southern and Western Districts of Texas, Louisiana, Pennsylvania, Minnesota and Western District of Michigan**

## EDUCATION

**St. Mary's University School of Law - J.D., 1983**

**St. Edward's University B.A. English Literature, Summa Cum Laude 1980**



**2011:** Mr. Hilliard was a 2011 Public Justice National Trial Lawyer of the Year Finalist for his pro bono representation of Koua Fong Lee, a Hmong refugee, who served three years of a six-year prison sentence for vehicular homicide in Minnesota as a result of an accident involving his runaway Toyota. Mr. Hilliard successfully led a four-day evidentiary hearing proving the sudden unintended acceleration of Mr. Lee's Toyota and culminating in Mr. Lee's immediate and permanent release from custody. All charges were dropped, and Mr. Hilliard received the Never Forgotten Award from the Innocence Project of Minnesota for his tireless work on this case. Mr. Hilliard then sued Toyota and was lead trial lawyer in the civil case filed in Federal Court in Minnesota, where a Minnesota jury returned a verdict of over 10 million dollars for all of the victims of the accident, including the Lee family. Toyota lost its appeal of this verdict when the 8th Circuit affirmed 3-0.

Mr. Hilliard's other recent jury verdicts as lead trial attorney:

- **2013:** *Davila v. Premium Assets, Inc.* — $25 million jury verdict; the top premises liability verdict in Texas in 2013.

- **2012:** *Chatman-Wilson v. Cabral & Coca-Cola, Enterprises, Inc.* — $21 million jury verdict against Coca-Cola; one of the top overall verdicts in Texas for 2012.

- **2011:** *Garcia v. Christus Spohn* — $6.4 million jury verdict against Christus Spohn Medical Center; the third highest premises liability verdict in 2011.

**MR. HILLIARD *is* DOUBLE BOARD CERTIFIED *in* PERSONAL INJURY TRIAL LAW *(1990) and* CIVIL TRIAL LAW *(1992).***