# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

AMRIT KUMAR and TONY TEP,
Individually and on Behalf of All Others Similarly
Situated,

    Plaintiff,

v.

SAEXPLORATION HOLDINGS, INC., JEFF
HASTINGS, BRIAN BEATTY, BRENT
WHITELEY, L. MELVIN COOPER, GARY
DALTON, DAVID D. SGRO, GREGORY R.
MONAHAN, and MICHAEL FAUST,

    Defendants.

Case No. 4:19-cv-03089

I, Stuart L. Cochran, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1.    I am an attorney duly licensed to practice law in the State of Texas and before this Court.

2.    I am a Partner at Steckler Gresham Cochran Cherry PLLC, and Liaison Counsel for Lead Plaintiff in this Action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

3.    A copy of Steckler Gresham Cochran Cherry PLLC's resume is annexed hereto as Exhibit A.

4.    Steckler Gresham Cochran Cherry PLLC has been involved in this Action since its inception in 2019 and continuing throughout all other aspects of this Action.

5.    Steckler Gresham Cochran Cherry PLLC rendered the following legal services in connection with the prosecution of this Action: (a) review, editing, and filing of pleadings and (b) advice and guidance on local rules and strategy.

6.    The chart below is a summary of time expended by the attorneys and professional staff of Steckler Gresham Cochran Cherry PLLC on this Action, and the lodestar calculation based on their current billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. Time spent in preparing this Declaration in support of my firm's application for fees and reimbursement of expenses and any other time related to billing or periodic time reporting has not been included in this chart.

| Professional (position)* | Years in Practice | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|---|
| Dean Gresham (P) | 20 | $750.00 | 18.70 | $14,025.00 |
| Stuart L. Cochran (P) | 20 | $750.00 | 2.00 | $1,500.00 |
| L. Kirstine Rogers (P) | 20 | $700.00 | 1.50 | $1,050.00 |
| Lisa Medeles (PL) | 32 | $125.00 | 11.00 | $1,375.00 |
| Carolyn Jones (PL) | 31 | $125.00 | 2.25 | $ 281.25 |
| **Total** | | | **35.45** | **$18,686.25** |

* Partner (P), Associate (A), Paralegal (PL).

7.    From the inception of this Action through June 1, 2021, my firm performed a total of 35.45 professional work hours in the prosecution of this Action. The total lodestar amount for my firm is $18,686.25.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of June, 2021.

_____
Stuart L. Cochran