# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN BODIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, AND MICHAEL FAUST,<br><br>Defendants. | Case No. 4:19-cv-03089<br><br>**DECLARATION OF AMRIT KUMAR**<br><br>CLASS ACTION |

Pursuant to 28 U.S.C. § 1746, Amrit Kumar declares:

I am above the age of 18 and fully competent with personal knowledge to make this declaration. If called as a witness, I would testify as follows:

1.      I hereby submit this declaration in support of: (1) the proposed Settlement of this Action; (2) my application for an incentive award of $5,000 for reimbursement of time spent directly related to my representation of the Class; and (3) Class Counsel's request for attorneys' fees and reimbursement of expenses.

2.      I live in Milpitas, California.

3.      I am a Lead Plaintiff in the above-captioned action along with Tony Tep.

4.      I approved the Settlement of this case for $3,550,000. I continue to believe that this is an excellent result achieved by counsel when considering the strengths of the case in light of the risks and expense of continued litigation and the paucity of Defendants' available funds.

- 1 -

5.      As a Lead Plaintiff and proposed class representative for settlement purposes, I was extremely involved with the litigation and regularly kept abreast of developments in this case and news concerning SAExploration Holdings, Inc. ("SAEX") as to satisfy my fiduciary obligations to the Class. I spent considerable time to satisfy these obligations including:

    a.      Reading and discussing the pleadings with my counsel;

    b.      Reviewing and discussing the lead plaintiff motion filings with my counsel;

    c.      Discussing the effects and implications of the bankruptcy stay on this action with my counsel;

    d.      Making myself available for the mediation and assisting my counsel in the efforts to settle this action;

    e.      Discussing continued settlement negotiations with my counsel and approving the proposed settlement in principle reached in January 2021; and

    f.      Reviewing the settlement documents.

6.      I estimate that I spent no less than 15 hours on these tasks.

7.      I presently work as a Director of Engineering in Sunnyvale, California for a leading multinational network management software company.  For the past several years, I have worked as a software engineering manager for Bay Area technology companies.  Based on my annual gross compensation, which includes my annual gross salary, annual bonus, and equity awards, and using a standard formula of an 8 hour work day, 5 day week, and 52 work week period, my hourly rate is over $400 per hour.

8.      I understand Class Counsel will be seeking an award of attorneys' fees in the amount of one-third of the Settlement Amount. I support Class Counsel's request for attorneys' fees.

9.      I also support Class Counsel's request for reimbursement of litigation expenses.

10.     In sum, I respectfully request that the court approve the Settlement; reimburse me for the time I spent on this case and representing the Class; and approve Plaintiffs' Counsel's request for attorneys' fees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2021

DocuSigned by:

*Amrit kumar*

71AD59AEACA0443...

Amrit Kumar