# EXHIBIT 7

## DECLARATION OF TONY TEP

Pursuant to 28 U.S.C. §1746, Tony Tep declares:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1. I hereby submit this declaration in support of: (1) the proposed Settlement of this Action; (2) my application for reimbursement of time spent directly related to my representation of the Class; and (3) Class Counsel's request for attorneys' fees and reimbursement of expenses.

2. I live in Fairfax County, Virginia.

3. I am a Co-Lead Plaintiff in the above-captioned action along with Amrit Kumar.

4. I approved the Settlement of this case for $3,550,000. I continue to believe that this is an excellent result achieved by counsel when considering the strengths of the case in light of the risks and expense of continued litigation, the ongoing related litigation and criminal charges against several of the individual Defendants, and Defendant SAExploration Holdings, Inc. ("SAExploration")'s bankruptcy.

5. As a Co-Lead Plaintiff, I was directly involved with the litigation and regularly kept abreast of developments in this case and news concerning SAExploration as to satisfy my fiduciary obligation to the Class. I spent considerable time to satisfy these obligations including:

   a. Reading and discussing the pleadings with my counsel.

   b. Reviewing and discussing the lead plaintiff motion with my counsel.

   c. Discussing Defendants' motions to dismiss and our opposition with my counsel.

   d. Discussing continued settlement negotiations with my counsel and approving the proposed settlement in principle reached in March of 2021; and

1

e.  reviewing the settlement documents.

6.      I estimate that I spent about 90 hours on these tasks.  I am college graduate and I work in sales.

7.      I understand Class Counsel will be seeking an award of attorneys' fees in the amount of one-third of the Settlement Amount. I support Class Counsel's request for attorneys' fees.

8.      I also support Class Counsel's request for reimbursement of litigation expenses.

9.      In sum, I respectfully request that the court approve the Settlement; reimburse me for the time and effort I spent on this case and representing the Class; and approve Plaintiffs' Counsel's request for attorneys' fees.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on  5/26/2021

DocuSigned by:

A998276E40694FD...

Tony Tep

2