# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AMRIT KUMAR and TONY TEP, Individually and on Behalf of All Others Similarly Situated,<br><br> Plaintiff,<br><br> v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, and MICHAEL FAUST,<br><br> Defendants. | Case No. 4:19-cv-03089 |

### DECLARATION OF JOSEPHINE BRAVATA CONCERNING:
### (A) MAILING OF THE POSTCARD NOTICE AND
### (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over nineteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four-hundred and twenty-five (425) class action settlements since its inception.  I submit this Supplemental Declaration in order to provide the Court and the Parties updated information regarding the mailing of the Postcard Notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## UPDATE ON MAILING OF POSTCARD NOTICE

2.      Pursuant to the Court's Order Granting Co-Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dated March 15, 2021 (the "Preliminary Approval Order"), SCS was appointed and approved as Claims Administrator in connection with the Settlement of the above-captioned action.[1]

3.      As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections ("Bravata Declaration") dated June 1, 2021, SCS mailed or emailed 1,244 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 43,691 Postcard Notices to potential Settlement Class Members or nominees.[2]  Since the Bravata Declaration was filed, two additional Postcard Notices were mailed due to responses from Nominee Account Holders and Institutional Groups. In total, 43,693 Postcard Notices have been mailed.

4.      Additionally, the Bravata Declaration noted that SCS was notified by one of the Nominee Account Holders that they emailed 25,757 of their customers to notify them of this settlement and to provide direct links to the Notice Packet on the Settlement webpage. Since the Bravata Declaration, SCS has been notified by the same Nominee Account Holder that they emailed an additional 42 of their customers.  In total, 25,799 direct links to the Notice Packet has been emailed.

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation and Agreement of Settlement, dated as of January 15, 2021 (the "Stipulation").

[2] The Bravata Declaration stated that out of the 43,693 Postcard Notices mailed, SCS received 15 requests from potential Settlement Class Members to mail them the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Claim Form") (collectively, the "Notice Packet"). Since the Bravata Declaration, SCS have received an additional 5 requests for the Notice Packets from potential Settlement Class Members.  In total, SCS mailed 20 Notice Packets from these requests.

5. Since the Bravata Declaration an additional 777 Postcard Notices were returned. Of these, the United States Postal Service provided forwarding addresses for 21, and SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 756 Postcard Notices returned as undeliverable were corrected to obtain updated addresses and 455 were re-mailed to updated addresses.

<b><u>UPDATE ON SETTLEMENT WEBPAGE</u></b>

6. The Bravata Declaration also noted that on March 24, 2021, SCS established the webpage for the Settlement on its website at www.strategicclaims.net/saexploration/. The webpage is accessible 24 hours a day, 7 days a week. SCS continues to maintain the website. The webpage contains the current status of the case; the deadlines for the case; the online claim filing link; important documents such as the Notice Packet, the Preliminary Approval Order, and the Stipulation and exhibits.

<b><u>UPDATE ON TOLL-FREE PHONE LINE</u></b>

7. The Bravata Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004), which was set forth in the Postcard Notice, Notice Packet, and Summary Notice. SCS made the toll-free helpline available for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice Packet. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

<b><u>UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS</u></b>

8. The Postcard Notice, Notice, Summary Notice, and the Settlement Webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than June 24, 2021. SCS has been

3

monitoring all mail delivered for this case. The Bravata Declaration stated that SCS received one invalid request for exclusion and a copy of that exclusion request was attached as Exhibit E to the Bravata Declaration. Since the Bravata Declaration, SCS has received no exclusion requests and no response for the invalid exclusion request.

9.  According to the Postcard Notice, Summary Notice, Notice, and the Settlement Webpage, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, Plaintiffs' Counsel's motion for attorneys' fees and expenses or application for an Award to Plaintiffs, were required to submit their objection in writing such that the request was received by Plaintiffs' Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than June 24, 2021. As of the date of this Declaration, SCS has neither received any objections nor been notified that Plaintiffs' Counsel has received any objections.

## CLAIM FORMS SUBMITTED

10.  As of the date of this declaration, SCS has received 1,715 claims. The claims filing deadline was postmarked no later than June 24, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of July 2021, in Media, Pennsylvania.

_Josephine Bravata_
Josephine Bravata

4