**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| AMRIT KUMAR and TONY TEP, Individually and on Behalf of All Others Similarly Situated,<br><br> Plaintiff,<br><br> v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, and MICHAEL FAUST,<br><br> Defendants. | **CLASS ACTION**<br><br>Case No. 4:19-cv-03089 |

**LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF
<u>CLASS ACTION SETTLEMENT FUNDS</u>**

PLEASE TAKE NOTICE that Lead Plaintiffs Amrit Kumar and Tony Tep ("Lead Plaintiffs"), by and through their attorneys, individually and on behalf of all others similarly situated, will and hereby does move this Court August 12, 2022, at 10:00 a.m., the date and time previously set by the Honorable Andrew S. Hanen., Courtroom 9C, United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002 for an order granting the Motion for Distribution of Class Action Settlement Funds.

In support of this Motion, Lead Plaintiffs submit the accompanying Memorandum of Law and the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process. Lead Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the [Proposed] Order Granting Motion for Distribution of Class Action Settlement Funds submitted herewith.

Dated: June 1, 2022                                Respectfully submitted,


                                                   /s/ Stuart L. Cochran
                                                   Stuart L. Cochran
                                                   Texas Bar No. 24027936
                                                   **COCHRAN LAW PLLC**
                                                   8140 Walnut Hill Lane, Suite 250
                                                   Dallas, Texas 75231
                                                   Telephone: (469) 333-3405
                                                   Facsimile: (469) 333-3406
                                                   Email: stuart@scochranlaw.com

                                                   *Co-Liaison Counsel for the Class*

                                                   Phillip Kim, Esq.
                                                   Laurence M. Rosen, Esq.
                                                   Brent J. LaPointe, Esq.
                                                   **THE ROSEN LAW FIRM, P.A.**
                                                   275 Madison Avenue, 40th Floor
                                                   New York, New York 10016
                                                   Telephone: (212) 686-1060
                                                   Fax: (212) 202-3827
                                                   Email: pkim@rosenlegal.com

1

Email: lrosen@rosenlegal.com
Email: blapointe@rosenlegal.com

*Co-Lead Counsel for the Class*

Marion M. Reilly
John B. Martinez
**HILLIARD MARTINEZ GONZALES LLP**
719 South Shoreline, Suite 500
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
marion@hmglawfirm.com
john@hmglawfirm.com

*Co-Liaison Counsel for the Class*

Reed R. Kathrein
Lucas E. Gilmore
Wesley A. Wong
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for the Class*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 1, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Stuart L. Cochran*
Stuart L. Cochran
