**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| AMRIT KUMAR and TONY TEP, Individually and on Behalf of All Others Similarly Situated,<br><br> Plaintiff,<br><br> v.<br><br>SAEXPLORATION HOLDINGS, INC., JEFF HASTINGS, BRIAN BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, DAVID D. SGRO, GREGORY R. MONAHAN, and MICHAEL FAUST,<br><br> Defendants. | **CLASS ACTION**<br><br>Case No. 4:19-cv-03089 |

**REPLY MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS'**
**MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**

Lead Plaintiffs Amrit Kumar and Tony Tep ("Lead Plaintiffs"), on behalf of themselves and the Settlement Class, submit this Reply Memorandum of Law in further support of their Motion for Distribution of Class Action Settlement Funds (ECF Nos. 107 and 108). The deadline for the filing of an Opposition has passed and no Opposition has been filed.

Thus, Lead Plaintiffs' Motion for Distribution is unopposed, and Lead Plaintiffs respectfully request that the Court enter the [Proposed] Order for Distribution of Class Action Settlement Funds (ECF No. 107-1).

Dated: July 8, 2022,                              Respectfully submitted,


/s/ Stuart L. Cochran
Stuart L. Cochran
Texas Bar No. 24027936
**COCHRAN LAW PLLC**
8140 Walnut Hill Lane, Suite 250
Dallas, Texas 75231
Telephone: (496).333.3405
Facsimile: (214) 300-1765
Email: stuart@scochranlaw.com

*Co-Liaison Counsel for the Class*

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Brent J. LaPointe, Esq.
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: blapointe@rosenlegal.com

*Co-Lead Counsel for the Class*

1

Marion M. Reilly
John B. Martinez
**HILLIARD MARTINEZ GONZALES LLP**
719 South Shoreline, Suite 500
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
marion@hmglawfirm.com
john@hmglawfirm.com

*Co-Liaison Counsel for the Class*

Reed R. Kathrein
Wesley A. Wong
Lucas E. Gilmore
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
wesleyw@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for the Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Stuart L. Cochran*　　　　
Stuart L. Cochran
